UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHONICE G. GARNETT, *et al.*,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>LAURA ZEILINGER,<br><br>     *Defendant*. | )<br>)<br>)<br>)<br>) Civil Action No. 1:17-cv-1757<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

  Individually Named Plaintiffs Shonice G. Garnett, Richard Messick, Jr., Linda Murph, and Tracey Ross ("Plaintiffs"), hereby move, pursuant to Rule 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure, for certification of the following two classes:

  1. All District of Columbia residents, since June 1, 2016: (1) who have applied, are applying, or will apply for SNAP benefits through an initial or recertification application; and (2) who have had or will have the processing of such application delayed beyond the timeframes mandated by law.

  2. All District of Columbia SNAP recipients, since June 1, 2016: (1) who have been or will be required to submit a recertification application to maintain SNAP benefits; (2) as to whom Defendant has failed or will fail to issue notice of the need to recertify; and (3) who have been or will be terminated from participation in SNAP due to Defendant's failure to issue such notice.

  Plaintiffs request that this action be certified as a class action for litigation and trial of Plaintiffs' claims under the federal SNAP Act (7 U.S.C. §§ 2014, 2020 (e)(3), (4), (9)) and its

implementing regulations, as well as the Due Process Clause of the Fourteenth Amendment of the United States Constitution.  Plaintiffs further request that the named Plaintiffs be appointed Class representatives as follows:  Shonice G. Garnett, Richard Messick, Jr., and Linda Murph for Class One; and Tracey Ross for Class Two.

This Motion is supported by the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Class Certification.

Respectfully Submitted,

Date:  August 28, 2017

/s Chinh Q. Le
Chinh Q. Le (DC Bar No. 1007037)
Jennifer Mezey (DC Bar No. 462724)*
Chelsea Sharon (DC Bar No. 1016006)*
LEGAL AID SOCIETY OF THE
    DISTRICT OF COLUMBIA
1331 H Street NW, Suite 350
Washington, DC 20005
202-628-1161 (Phone)
202-727-2132 (Fax)
cle@legalaiddc.org
jmezey@legalaiddc.org
csharon@legalaiddc.org

Marc Cohan[†]
Mary R. Mannix[†]
Travis W. England[†]
Katharine Deabler-Meadows[†]
NATIONAL CENTER FOR LAW
    AND ECONOMIC JUSTICE
275 7th Avenue, Suite 1506
New York, NY 10001
212-633-6967 (Phone)
212-633-6371 (Fax)
cohan@nclej.org

---

[*] Certification to practice pursuant to LCvR 83.2(g) to be submitted.
[†] Application for admission *pro hac vice* to be sought.

2

        Peter R. Bisio (DC Bar No. 459256)
        Lance Y. Murashige (DC Bar No. 1021562)[‡]
        Emily Goldman (DC Bar No. 1032032)
        HOGAN LOVELLS US LLP
        555 Thirteenth Street NW
        Washington, DC 20004
        202-637-5600 (Phone)
        202-637-5910 (Fax)
        peter.bisio@hoganlovells.com

        *Attorneys for Plaintiffs*

---

[‡]    Admission to the US District Court for the District of Columbia pending.

## **CERTIFICATE OF SERVICE**

I certify that, on August 28, 2017, I caused a copy of this motion and the accompanying memorandum and exhibits to be served on the following via certified mail:

Laura Zeilinger
Director of the Department of Human Services for the District of Columbia
64 New York Avenue, NE, 6th Floor
Washington, DC 20002
202-671-4200 (Phone)
202-671-4326 (Fax)


Muriel Bowser
Mayor for the District of Columbia
John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004
202-727-2643


Karl Racine
Attorney General for the District of Columbia
441 4th Street, NW
Washington, DC 20001
202-727-3400


Date: August 28, 2017               /s Chinh Q. Le
                                                          Chinh Q. Le (DC Bar No. 1007037)
                                                          Legal Aid Society of the
                                                            District of Columbia
                                                          1331 H Street NW, Suite 350
                                                          Washington, DC 20005
                                                          202-628-1161 (Phone)
                                                          202-727-2132 (Fax)
                                                          cle@legalaiddc.org

                                                          *Attorney for Plaintiffs*