

**Amarillas, Fernando (OAG)**

| | |
|---|---|
| **From:** | Le, Chinh <cle@legalaiddc.org> |
| **Sent:** | Tuesday, December 05, 2017 9:22 PM |
| **To:** | Amarillas, Fernando (OAG) |
| **Cc:** | Risher, Conrad (OAG); Jackson, Toni (OAG); Gere, Sally (OAG); McGraw, Esther (OAG); Bisio, Peter R.; Marc Cohan; Gina Mannix; Travis England; Katharine Deabler; Musser, Susan A.; Welborn, Kaitlin E.; Goldman, Emily; Murashige, Lance Y.; Jennifer Mezey; Chelsea Sharon |
| **Subject:** | Re: Garnett et al. v. Zeilinger, 1:17-cv-01757 -- Meet and Confer |

Fernando,

We are disappointed with the District's position. Judge Cooper asked the parties to meet and confer so the parties could determine "whether proceedings in the case should be stayed to allow for further discussions regarding settlement and/or narrowing of the disputed issues." We don't believe the documents the District proposes to share -- which are publicly available through FOIA -- include all of "the most current available data on the timeliness of ESA's processing of SNAP applications." We also are concerned that the parties will not be able to have a meaningful discussion about the most current available data without the participation of agency staff who are familiar with the District's database. Thus, based on the District's position, it seems unlikely that there will be any basis from which the parties could conclude that proceedings should be stayed.

Notwithstanding the District's position, Plaintiffs are prepared to meet and confer in good faith regarding the most current available data to see if there is a basis for further discussions. We do not understand the District's unwillingness to meet in person. However, if the District insists upon meeting and conferring by phone, we can use the following dial-in number tomorrow at 2:30pm.

1-800-470-7005
*8015457

We look forward to speaking with you then.

Best,
-Chinh


**Chinh Q. Le** | Legal Director
**Legal Aid Society of the District of Columbia**
1331 H Street, NW | Suite 350
Washington, DC 20005 | www.LegalAidDC.org
P: (202) 386-6662 | F: (202) 727-2132

Preferred Pronouns: he/him/his



Visit Our Blog at *MakingJusticeReal.org*

This message and any attachments may be protected by the attorney-client privilege, work product doctrine or other applicable protection. If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message. Thank you.

On Tue, Dec 5, 2017 at 11:31 AM, Amarillas, Fernando (OAG) <fernando.amarillas@dc.gov> wrote:

> Chinh,
>
> The District maintains its objection to plaintiffs' request for expedited discovery.  However, in the interest of compromise, the District is willing to provide a copy of the FNS 366-B form for Quarter 4 of FY2017, which reflects the most recent timeliness data. The District also agrees to provide, upon submission to FNS, copies of the revised FNS 366-B forms for Quarters 1 through 3 of FY2017.  DHS plans to submit the revised forms within the next week or so.
>
> The District objects to producing any additional data or reports as requested below, and objects to providing a data dictionary, DHS staff, or other information to assist plaintiffs in the interpretation of data.  The Court's December 1, 2017 Minute Order does not appear to contemplate these types of requests, but simply encourages the Parties "to meet and confer regarding the most current available data on the timeliness of ESA's processing of SNAP applications." In the District's view, plaintiffs' requests are inappropriate, especially at this stage of the case.
>
> Given the District's position, we do not believe an in-person meeting is necessary but remain available for a conference call tomorrow at 2:30pm to discuss.
>
> Thank you.
>
> Fernando Amarillas
>
> Assistant Attorney General
>
> Equity Section
>
> Public Interest Division
>
> Office of the Attorney General for the District of Columbia
>
> 441 Fourth Street, N.W., Suite 630 South
>
> Washington, D.C. 20001
>
> fernando.amarillas@dc.gov
>
> (202) 442-9887  (Phone)
>
> (202) 730-0646  (Fax)

**Confidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**Metadata:** This e-mail transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not intended to be viewed by a non-client recipient.

**From:** Le, Chinh [mailto:cle@legalaiddc.org]
**Sent:** Monday, December 04, 2017 1:06 PM
**To:** Amarillas, Fernando (OAG) <fernando.amarillas@dc.gov>; Risher, Conrad (OAG) <conrad.risher@dc.gov>; Jackson, Toni (OAG) <toni.jackson@dc.gov>; Gere, Sally (OAG) <sally.gere@dc.gov>; McGraw, Esther (OAG) <esther.mcgraw@dc.gov>
**Cc:** Bisio, Peter R. <peter.bisio@hoganlovells.com>; Marc Cohan <cohan@nclej.org>; Gina Mannix <mannix@nclej.org>; Travis England <england@nclej.org>; Katharine Deabler <deabler@nclej.org>; Musser, Susan A. <susan.musser@hoganlovells.com>; Welborn, Kaitlin E. <kaitlin.welborn@hoganlovells.com>; Goldman, Emily <emily.goldman@hoganlovells.com>; Murashige, Lance Y. <lance.murashige@hoganlovells.com>; Jennifer Mezey <jmezey@legalaiddc.org>; Chelsea Sharon <csharon@legalaiddc.org>
**Subject:** Re: Garnett et al. v. Zeilinger, 1:17-cv-01757 -- Meet and Confer

Fernando:

Thanks for your response. We are happy to meet on Wednesday, but we think it would be a much more productive conversation if we meet in person to discuss the kind and form of data and reporting that Defendant is able to provide Plaintiffs per the court's request. Please advise if you and your team would be willing to meet with us in person. In addition, we request that Defendant provide us with copies of any proposed reporting in advance of the meeting and, as we indicated below, have available agency staff familiar with the database from which the report was or will be drawn and the method for generating the report.

Best,

-Chinh

**Chinh Q. Le** | Legal Director
**Legal Aid Society of the District of Columbia**
1331 H Street, NW | Suite 350
Washington, DC 20005 | www.LegalAidDC.org
P: (202) 386-6662 | F: (202) 727-2132

Preferred Pronouns: he/him/his



Visit Our Blog at **MakingJusticeReal.org**

This message and any attachments may be protected by the attorney-client privilege, work product doctrine or other applicable protection. If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message. Thank you.

On Mon, Dec 4, 2017 at 10:03 AM, Amarillas, Fernando (OAG) <fernando.amarillas@dc.gov> wrote:

> Chinh,
>
> Thanks for your email.  Unfortunately, tomorrow morning does not work but we are available for a conference call this Wednesday, December 6, at 2:30pm.  Are you able to provide dial-in information?
>
> Fernando Amarillas
>
> Assistant Attorney General
>
> Equity Section
>
> Public Interest Division
>
> Office of the Attorney General for the District of Columbia
>
> 441 Fourth Street, N.W., Suite 630 South
>
> Washington, D.C. 20001
>
> fernando.amarillas@dc.gov
>
> (202) 442-9887  (Phone)
>
> (202) 730-0646  (Fax)
>
> **Confidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary,

privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

<u>Metadata</u>: This e-mail transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not intended to be viewed by a non-client recipient.

**From:** Le, Chinh [mailto:cle@legalaiddc.org]
**Sent:** Friday, December 01, 2017 5:41 PM
**To:** Amarillas, Fernando (OAG) <fernando.amarillas@dc.gov>; Risher, Conrad (OAG) <conrad.risher@dc.gov>; Jackson, Toni (OAG) <toni.jackson@dc.gov>; Gere, Sally (OAG) <sally.gere@dc.gov>; McGraw, Esther (OAG) <esther.mcgraw@dc.gov>
**Cc:** Bisio, Peter R. <peter.bisio@hoganlovells.com>; Marc Cohan <cohan@nclej.org>; Gina Mannix <mannix@nclej.org>; Travis England <england@nclej.org>; Katharine Deabler <deabler@nclej.org>; Musser, Susan A. <susan.musser@hoganlovells.com>; Welborn, Kaitlin E. <kaitlin.welborn@hoganlovells.com>; Goldman, Emily <emily.goldman@hoganlovells.com>; Murashige, Lance Y. <lance.murashige@hoganlovells.com>; Jennifer Mezey <jmezey@legalaiddc.org>; Chelsea Sharon <csharon@legalaiddc.org>
**Subject:** Garnett et al. v. Zeilinger, 1:17-cv-01757 -- Meet and Confer

Dear Fernando,

I am writing to follow up on today's hearing to propose dates for counsel to meet and confer regarding the most current available data on the timeliness of ESA's processing of SNAP applications, as the Court requested. Please let me know if you and your colleagues would be available to meet on Tuesday (12/5) at 9:00am (our preference), or alternatively, Wednesday (12/6) at 2:30pm. Our co-counsel would be happy to host this meeting at Hogan Lovells.

As we stated when we previously met and conferred regarding the TRO and PI, Plaintiffs are willing to consider data Defendant can provide that shows the District is in compliance with its statutory and regulatory obligations. If such data exist, that may narrow, or even resolve, the issues upon which we seek preliminary relief.

To that end, we ask Defendant to provide data for the months of July, August, and September 2017 showing the number and percentage of initial applications timely processed and for which eligible households receive benefits timely, broken down by whether the application is entitled to expedited processing or not. For those applications not processed timely, we seek the number of days for which the application processing is untimely. We also request that Defendant produce reports that track the timeliness of recertification applications for those cases where the certification period ended in the months of July, August, and September 2017. We also seek data Defendant has relating to the September and October 2017 "error[s]" or "glitch[es]" that led to recertification notices not being mailed to thousands of households.

Of course, we will need the Defendant's assistance in interpreting the reports. To that end, we request that Defendant provide us with a data dictionary and access to a person (or persons) familiar with the database used to make the reports to help walk us through the reports and answer questions we may have. We believe that it would be in all of our interests (and that of the Court) to make sure that we are on the same page about what the data shows.

Finally, Plaintiffs have the District's Forms 366-B for the first three quarters of fiscal year 2017 and the District's FNS

Decks through September 13, 2017. Because we already have these data, and because it is our understanding that Defendant believes that they are unreliable and/or inaccurate, we do not need Defendant to provide them again.

We look forward to hearing from you and your team about what dates and times will work for you and would be happy to answer any questions about this email.

Sincerely,
-Chinh



**Chinh Q. Le** | Legal Director
**Legal Aid Society of the District of Columbia**
1331 H Street, NW | Suite 350
Washington, DC 20005 | www.LegalAidDC.org
P: (202) 386-6662 | F: (202) 727-2132

Preferred Pronouns: he/him/his




Visit Our Blog at *MakingJusticeReal.org*

This message and any attachments may be protected by the attorney-client privilege, work product doctrine or other applicable protection. If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message. Thank you.