Exhibit B

**PAST SIX MONTH AVERAGE***
**(October 2016 - March 2017)**

| State | State Rate | Sample Size | Sqrt Var | 95% Confidence (Rate + -) | Upper Bound | Upper Bound < 90 | FY 2015 Caseload | |
|---|---|---|---|---|---|---|---|---|
| CONNECTICUT | 99.02 | 102 | 1.0 | 1.91 | 100.93 | | 239,766 | 237,415 |
| MAINE | 96.00 | 50 | 2.8 | 5.43 | 101.43 | | 103,881 | 99,726 |
| MASSACHUSETTS | 95.24 | 42 | 3.3 | 6.44 | 101.68 | | 432,951 | 412,334 |
| NEW HAMPSHIRE | 95.56 | 45 | 3.1 | 6.02 | 101.58 | | 47,955 | 45,824 |
| NEW YORK | 82.98 | 47 | 5.5 | 10.74 | 93.72 | | 1,561,124 | 1,295,401 |
| VERMONT | 93.42 | 76 | 2.8 | 5.57 | 98.99 | | 46,305 | 43,259 |
| | | | | | | | | - |
| DELAWARE | 93.75 | 48 | 3.5 | 6.85 | 100.60 | | 69,120 | 64,800 |
| DIST. OF COL. | 79.49 | 78 | 4.6 | 8.96 | 88.45 | 1 | 77,169 | 61,339 |
| MARYLAND | 87.88 | 99 | 3.3 | 6.43 | 94.31 | | 390,953 | 343,565 |
| NEW JERSEY | 89.68 | 126 | 2.7 | 5.31 | 94.99 | | 448,980 | 402,657 |
| PENNSYLVANIA | 98.65 | 74 | 1.3 | 2.63 | 101.28 | | 885,145 | 873,184 |
| VIRGINIA | 81.82 | 44 | 5.8 | 11.40 | 93.21 | | 385,188 | 315,154 |
| VIRGIN ISLANDS | 90.00 | 20 | 6.7 | 13.15 | 103.15 | | 12,306 | 11,075 |
| WEST VIRGINIA | 88.61 | 79 | 3.6 | 7.01 | 95.61 | | 175,035 | 155,094 |
| | | | | | | | | - |
| ALABAMA | 98.36 | 61 | 1.6 | 3.19 | 101.55 | | 401,721 | 395,135 |
| FLORIDA | 95.45 | 66 | 2.6 | 5.03 | 100.48 | | 1,783,653 | 1,702,578 |
| GEORGIA | 88.06 | 67 | 4.0 | 7.76 | 95.82 | | 784,594 | 690,911 |
| KENTUCKY | 91.80 | 122 | 2.5 | 4.87 | 96.67 | | 366,515 | 336,473 |
| MISSISSIPPI | 94.34 | 53 | 3.2 | 6.22 | 100.56 | | 287,892 | 271,596 |
| NORTH CAROLINA | 95.79 | 95 | 2.1 | 4.04 | 99.83 | | 768,310 | 735,960 |
| SOUTH CAROLINA | 89.00 | 100 | 3.1 | 6.13 | 95.13 | | 371,826 | 330,925 |
| TENNESSEE | 83.95 | 81 | 4.1 | 7.99 | 91.94 | | 592,902 | 497,745 |
| | | | | | | | | - |
| ILLINOIS | 93.65 | 63 | 3.1 | 6.02 | 99.67 | | 1,009,450 | 945,358 |
| INDIANA | 95.33 | 107 | 2.0 | 4.00 | 99.33 | | 370,689 | 353,367 |
| MICHIGAN | 84.75 | 59 | 4.7 | 9.17 | 93.92 | | 787,926 | 667,734 |
| MINNESOTA | 90.00 | 80 | 3.4 | 6.57 | 96.57 | | 237,708 | 213,937 |
| OHIO | 88.52 | 61 | 4.1 | 8.00 | 96.52 | | 835,398 | 739,533 |
| WISCONSIN | 96.05 | 76 | 2.2 | 4.38 | 100.43 | | 397,287 | 381,605 |

NCLEJ 000003

| State | State Rate | Sample Size | Sqrt Var | 95% Confidence (Rate + -) | Upper Bound | Upper Bound < 90 | FY 2015 Caseload | |
|---|---|---|---|---|---|---|---|---|
| ARKANSAS | 87.78 | 90 | 3.5 | 6.77 | 94.54 | | 206,166 | 180,968 |
| LOUISIANA | 93.83 | 81 | 2.7 | 5.24 | 99.07 | | 351,119 | 329,445 |
| OKLAHOMA | 91.09 | 101 | 2.8 | 5.56 | 96.65 | | 258,932 | 235,859 |
| TEXAS | 92.56 | 121 | 2.4 | 4.68 | 97.24 | | 1,535,234 | 1,421,043 |
| | | | | | | | | - |
| COLORADO | 97.14 | 140 | 1.4 | 2.76 | 99.90 | | 209,674 | 203,683 |
| IOWA | 85.71 | 70 | 4.2 | 8.20 | 93.91 | | 179,043 | 153,465 |
| KANSAS | 96.47 | 85 | 2.0 | 3.92 | 100.39 | | 116,063 | 111,967 |
| MISSOURI | 96.51 | 86 | 2.0 | 3.88 | 100.39 | | 390,998 | 377,358 |
| MONTANA | 92.19 | 128 | 2.4 | 4.65 | 96.84 | | 53,509 | 49,329 |
| NEBRASKA | 91.76 | 85 | 3.0 | 5.84 | 97.61 | | 73,658 | 67,592 |
| NORTH DAKOTA | 90.24 | 41 | 4.6 | 9.08 | 99.33 | | 22,896 | 20,662 |
| SOUTH DAKOTA | 93.94 | 33 | 4.2 | 8.14 | 102.08 | | 41,718 | 39,190 |
| UTAH | 97.53 | 81 | 1.7 | 3.38 | 100.91 | | 86,504 | 84,368 |
| WYOMING | 95.24 | 63 | 2.7 | 5.26 | 100.50 | | 13,229 | 12,599 |
| | | | | | | | | - |
| ALASKA | 83.93 | 56 | 4.9 | 9.62 | 93.55 | | 31,425 | 26,375 |
| ARIZONA | 91.94 | 124 | 2.4 | 4.79 | 96.73 | | 407,811 | 374,923 |
| CALIFORNIA | 90.59 | 85 | 3.2 | 6.21 | 96.80 | | 1,936,381 | 1,754,134 |
| GUAM | 86.67 | 15 | 8.8 | 17.20 | 103.87 | | 14,702 | 12,742 |
| HAWAII | 96.00 | 100 | 2.0 | 3.84 | 99.84 | | 90,355 | 86,741 |
| IDAHO | 99.05 | 105 | 0.9 | 1.86 | 100.91 | | 80,790 | 80,021 |
| NEVADA | 98.56 | 139 | 1.0 | 1.98 | 100.54 | | 193,356 | 190,574 |
| OREGON | 94.79 | 96 | 2.3 | 4.44 | 99.24 | | 404,991 | 383,898 |
| WASHINGTON | 97.87 | 47 | 2.1 | 4.13 | 102.00 | | 541,365 | 529,847 |
| U.S.# | 91.66 | | | | | 1 | 21,111,668 | 19,350,462 |

\* Un-weighted averages across last six months (not weighted for
   changing FY's or stratification). Data as of August 8, 2017.

\# U.S. rate is weighted by FY 2015 caseload

\*\*Please note that due to data challenges, this quarterly report does not include data
from Rhode Island or New Mexico; an updated spreadsheet will be shared when it is available.

| FY 2016 Jul16 - Sep16 | | | FY 2017 Oct16 - Dec16 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Rate | Cases | | Rate | Cases | | | | | |
| 96.67 | 90 | 87 | 100.00 | 52 | 52 | 142 | 139 | CONNECTICUT | 1 |
| 93.06 | 72 | 67 | 100.00 | 14 | 14 | 86 | 81 | MAINE | 2 |
| 91.46 | 82 | 75 | 94.74 | 19 | 18 | 101 | 93 | MASSACHUSETTS | 3 |
| 88.46 | 78 | 69 | 100.00 | 18 | 18 | 96 | 87 | NEW HAMPSHIRE | 4 |
| 85.14 | 74 | 63 | 83.33 | 12 | 10 | 86 | 73 | NEW YORK | 5 |
| 93.44 | 61 | 57 | 93.10 | 29 | 27 | 90 | 84 | VERMONT | 7 |
| | | | | | | | | | 8 |
| 82.29 | 96 | 79 | 87.50 | 24 | 21 | 120 | 100 | DELAWARE | 9 |
| 91.61 | 155 | 142 | 74.07 | 27 | 20 | 182 | 162 | DIST. OF COL. | 10 |
| 90.35 | 114 | 103 | 88.37 | 43 | 38 | 157 | 141 | MARYLAND | 11 |
| 86.46 | 96 | 83 | 92.68 | 82 | 76 | 178 | 159 | NEW JERSEY | 12 |
| 97.50 | 80 | 78 | 100.00 | 30 | 30 | 110 | 108 | PENNSYLVANIA | 13 |
| 93.41 | 91 | 85 | 87.50 | 16 | 14 | 107 | 99 | VIRGINIA | 14 |
| 76.19 | 21 | 16 | 88.89 | 9 | 8 | 30 | 24 | VIRGIN ISLANDS | 15 |
| 86.00 | 100 | 86 | 92.86 | 28 | 26 | 128 | 112 | WEST VIRGINIA | 16 |
| | | | | | | | | | 17 |
| 99.22 | 128 | 127 | 100.00 | 25 | 25 | 153 | 152 | ALABAMA | 18 |
| 96.40 | 139 | 134 | 96.00 | 25 | 24 | 164 | 158 | FLORIDA | 19 |
| 91.75 | 97 | 89 | 89.66 | 29 | 26 | 126 | 115 | GEORGIA | 20 |
| 93.39 | 121 | 113 | 95.00 | 40 | 38 | 161 | 151 | KENTUCKY | 21 |
| 94.59 | 74 | 70 | 95.45 | 22 | 21 | 96 | 91 | MISSISSIPPI | 22 |
| 91.92 | 99 | 91 | 93.10 | 29 | 27 | 128 | 118 | NORTH CAROLINA | 23 |
| 88.12 | 101 | 89 | 91.30 | 46 | 42 | 147 | 131 | SOUTH CAROLINA | 24 |
| 87.50 | 120 | 105 | 80.00 | 20 | 16 | 140 | 121 | TENNESSEE | 25 |
| | | | | | | | | | 26 |
| 81.51 | 119 | 97 | 100.00 | 20 | 20 | 139 | 117 | ILLINOIS | 27 |
| 92.75 | 69 | 64 | 91.67 | 36 | 33 | 105 | 97 | INDIANA | 28 |
| 93.18 | 88 | 82 | 95.00 | 20 | 19 | 108 | 101 | MICHIGAN | 29 |
| 92.45 | 106 | 98 | 89.47 | 19 | 17 | 125 | 115 | MINNESOTA | 30 |
| 94.17 | 103 | 97 | 94.74 | 19 | 18 | 122 | 115 | OHIO | 31 |
| 97.17 | 106 | 103 | 97.06 | 34 | 33 | 140 | 136 | WISCONSIN | 32 |

NCLEJ 000005

| FY 2016 Jul16 - Sep16 | | | FY 2017 Oct16 - Dec16 | | | | | State | |
|---|---|---|---|---|---|---|---|---|---|
| Rate | Cases | | Rate | Cases | | | | | |
| 90.38 | 104 | 94 | 79.17 | 24 | 19 | 128 | 113 | ARKANSAS | 34 |
| 94.49 | 127 | 120 | 88.24 | 17 | 15 | 144 | 135 | LOUISIANA | 35 |
| 91.26 | 103 | 94 | 92.86 | 28 | 26 | 131 | 120 | OKLAHOMA | 37 |
| 94.93 | 138 | 131 | 94.29 | 35 | 33 | 173 | 164 | TEXAS | 38 |
|  |  |  |  |  |  |  |  |  | 39 |
| 98.58 | 141 | 139 | 100.00 | 49 | 49 | 190 | 188 | COLORADO | 40 |
| 84.69 | 98 | 83 | 88.89 | 27 | 24 | 125 | 107 | IOWA | 41 |
| 91.35 | 104 | 95 | 95.65 | 23 | 22 | 127 | 117 | KANSAS | 42 |
| 87.01 | 77 | 67 | 91.67 | 24 | 22 | 101 | 89 | MISSOURI | 43 |
| 91.67 | 108 | 99 | 88.68 | 53 | 47 | 161 | 146 | MONTANA | 44 |
| 95.05 | 101 | 96 | 96.15 | 26 | 25 | 127 | 121 | NEBRASKA | 45 |
| 96.23 | 53 | 51 | 94.44 | 18 | 17 | 71 | 68 | NORTH DAKOTA | 46 |
| 92.65 | 68 | 63 | 93.33 | 15 | 14 | 83 | 77 | SOUTH DAKOTA | 47 |
| 94.79 | 96 | 91 | 100.00 | 22 | 22 | 118 | 113 | UTAH | 48 |
| 97.83 | 46 | 45 | 94.12 | 17 | 16 | 63 | 61 | WYOMING | 49 |
|  |  |  |  |  |  |  |  |  | 50 |
| 74.44 | 90 | 67 | 86.36 | 22 | 19 | 112 | 86 | ALASKA | 51 |
| 96.30 | 162 | 156 | 93.02 | 43 | 40 | 205 | 196 | ARIZONA | 52 |
| 93.10 | 145 | 135 | 87.04 | 54 | 47 | 199 | 182 | CALIFORNIA | 53 |
| 85.71 | 21 | 18 | 87.50 | 8 | 7 | 29 | 25 | GUAM | 54 |
| 93.43 | 137 | 128 | 93.02 | 43 | 40 | 180 | 168 | HAWAII | 55 |
| 100.00 | 110 | 110 | 100.00 | 45 | 45 | 155 | 155 | IDAHO | 56 |
| 97.35 | 151 | 147 | 97.67 | 43 | 42 | 194 | 189 | NEVADA | 57 |
| 95.61 | 114 | 109 | 95.74 | 47 | 45 | 161 | 154 | OREGON | 58 |
| 90.38 | 104 | 94 | 100.00 | 21 | 21 | 125 | 115 | WASHINGTON | 59 |
|  |  |  |  |  |  |  |  |  | 60 |
|  | 5,078 | 4,681 |  | 1,491 | 1,388 | 6,569 | 6,069 |  |  |

NCLEJ 000006