Exhibit B

# U.S. DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE
## PROGRAM AND BUDGET SUMMARY STATEMENT
### PART B - PROGRAM ACTIVITY STATEMENT

**A. STATE:** 1192390I  DC DEPARTMENT OF HUMAN SERVICES, SNAP-OP

**B. REPORT PERIOD:** FY 2018, Quarter 1, Revision 0

From: Month 10 / Year 2017   To: Month 12 / Year 2017

| 7. ACTIVITY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **CERTIFICATIONS** | (A) APPROVALS | (B) DENIALS | (C) TOTAL APPROVED AND DENIED | (D) APPROVED OVERDUE APPLICATIONS, 1-30 DAYS | (E) APPROVED OVERDUE APPLICATIONS, 31-60 DAYS | (F) APPROVED OVERDUE APPLICATIONS, 61-90 DAYS | (G) APPROVED OVERDUE APPLICATIONS, 91+ DAYS | |
| 3. INITIAL APPLICATIONS | 7,290 | 1,363 | 8,653 | 271 | 43 | 8 | 45 | |
| 4. RECERTIFICATIONS | 9,712 | 6,487 | 16,199 | 3,817 | 105 | 11 | 28 | |
| 5. TOTAL | 17,002 | 7,850 | 24,852 | 4,088 | 148 | 19 | 73 | |
| 6. EXPEDITED SERVICE | 5,531 | | | 236 | 36 | 3 | 12 | |

| FAIR HEARINGS | (A) HEARINGS REQUESTED | (B) HEARINGS HELD | (C) DECISIONS UPHELD | (D) DECISIONS REVERSED | (E) DECISIONS OVERDUE | (F) WITHDRAWN REQUESTS | | |
|---|---|---|---|---|---|---|---|---|
| 7. ACTIVITY | 68 | 103 | 4 | 1 | 5 | 26 | | |

| FRAUD INVESTIGATIONS | ELIGIBILITY FRAUD, (A) EVIDENCE FOUND TO REDUCE OR DENY BENEFITS | ELIGIBILITY FRAUD, (B) NO EVIDENCE FOUND TO REDUCE OR DENY BENEFITS | ELIGIBILITY FRAUD, (C) RESULTED IN REFERRAL FOR ADH OR PROSECUTION | ELIGIBILITY FRAUD, (D) AVERAGE # OF DAYS PER CONCLUDED INVESTIGATION | ELIGIBILITY FRAUD, (E) OPEN INVESTIGATIONS | TRAFFICKING, (F) RESULTED IN REFERRAL FOR ADH OR PROSECUTION | TRAFFICKING, (G) RESULTED IN NO REFERRAL FOR ADH OR PROSECUTION | TRAFFICKING, (H) AVERAGE # OF DAYS PER CONCLUDED INVESTIGATION | TRAFFICKING, (I) OPEN INVESTIGATIONS | COMBINED, (J) INVESTIGATOR HOURS |
| 8. CASES/DAYS/HOURS | 129 | 190 | 16 | 1,149 | 7,541 | 78 | 291 | 544 | 2,435 | 11,143 |

| ADMINISTRATIVE DISQUALIFICATION HEARINGS | ELIGIBILITY FRAUD, (A) ADH CONCLUDED, INDIVIDUAL DISQUALIFIED | ELIGIBILITY FRAUD, (B) WAIVER SIGNED, INDIVIDUAL DISQUALIFIED | ELIGIBILITY FRAUD, (C) ADH CONCLUDED, INDIVIDUAL NOT DISQUALIFIED | ELIGIBILITY FRAUD, (D) AMOUNT SUBJECT TO CLAIM | TRAFFICKING, (E) ADH CONCLUDED, INDIVIDUAL DISQUALIFIED | TRAFFICKING, (F) WAIVER SIGNED, INDIVIDUAL DISQUALIFIED | TRAFFICKING, (G) ADH CONCLUDED, INDIVIDUAL NOT DISQUALIFIED | TRAFFICKING, (H) AMOUNT SUBJECT TO CLAIM | COMBINED, REFERRED INDIVIDUALS AWAITING SCHEDULING, (I) 91-180 DAYS | COMBINED, REFERRED INDIVIDUALS AWAITING SCHEDULING, (J) 181+ DAYS |
| 9. INDIVIDUALS/$/NOTICES | 0 | 20 | 0 | 56,536 | 0 | 13 | 1 | 5,813 | 41 | 0 |

| PROSECUTIONS | ELIGIBILITY FRAUD, (A) PROSECUTION CONCLUDED, INDIVIDUAL DISQUALIFIED | ELIGIBILITY FRAUD, (B) DCA SIGNED, INDIVIDUAL DISQUALIFIED | ELIGIBILITY FRAUD, (C) ADH CONCLUDED, INDIVIDUAL NOT DISQUALIFIED | ELIGIBILITY FRAUD, (D) AMOUNT SUBJECT TO CLAIM | TRAFFICKING, (E) PROSECUTION CONCLUDED, INDIVIDUAL DISQUALIFIED | TRAFFICKING, (F) DCA SIGNED, INDIVIDUAL DISQUALIFIED | TRAFFICKING, (G) PROSECUTION CONCLUDED, INDIVIDUAL NOT DISQUALIFIED | TRAFFICKING, (H) AMOUNT SUBJECT TO CLAIM | COMBINED, (I) AVERAGE # OF DAYS PER CONCLUDED PROSECUTION | COMBINED, (K) DECISION NOTICES OVERDUE |
| 10. INDIVIDUALS/$/DAYS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| DATE | SIGNATURE | TITLE |
|---|---|---|
| 1/31/18 | [signed] | Accounting Office |

STAMP/CERTIFY DATE 1/31/2018   LAST UPDATED BY Barbara Thomas-Roberson   LAST UPDATED ON 1/31/2018