UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHONICE G. GARNETT, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 17-1757 (CRC) |
| LAURA ZEILINGER, | |
| *Defendant*. | |

THIRD SUPPLEMENTAL DECLARATION OF LAURA GREEN ZEILINGER
IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Laura Green Zeilinger, declare as follows:

1.      I am the Director of the District of Columbia (the District) Department of Human Services (DHS).

2.      I have been committed to underserved populations throughout my career. Prior to my position as DHS Director, I served as the Deputy Director and then Executive Director of the United States Interagency Council on Homelessness, where I was responsible for the implementation of *Opening Doors: Federal Strategic Plan to Prevent and End Homelessness*, an effort that includes the coordination of Federal homelessness policies among nineteen federal departments and agencies, as well as partnerships with state and local communities, non-profits, and the private sector. I also previously served as DHS Deputy Director for Program Operations and led efforts to create permanent supportive housing for persons experiencing homelessness and housing stability for District residents.

3.     I previously provided information about DHS's administration of the Supplemental Nutrition Assistance Program (SNAP, formerly known as Food Stamps) program; DHS's Economic Security Administration (ESA), the specific Administration within DHS that administers the District's SNAP program; the District of Columbia Access System (DCAS), the main IT system that supports eligibility determinations for ESA's public assistance programs; and oversight by the U.S. Department of Agriculture (USDA), through its Food and Nutrition Service (FNS), in my November 15, 2017, February 21, 2018, and March 22, 2018 Declarations. (ECF Nos. 31-1, 48-1, 53-1.)

4.     I provide the following facts in further opposition to Plaintiffs' Motion for Preliminary Injunction.

**Status of the District's Corrective Action Plan on Application Processing Timeliness**

5.     On October 23, 2017, FNS requested that DHS submit a corrective action plan (CAP) addressing the District's application processing timeliness rates.

6.     DHS had never been required to submit a CAP for application processing timeliness before.

7.     On November 14, 2017, DHS requested and received from FNS an extension of time to December 15, 2017 to submit the CAP.

8.     On December 14, 2017, DHS submitted its application processing timeliness CAP.

9.     On January 30, 2018, FNS notified DHS that its CAP could not be approved because it did not contain sufficient detail.

10.    On February 9, 2018, DHS submitted a revised CAP.

11.    On March 8, 2018, FNS notified DHS that its revised CAP could not be approved because it did not contain sufficient detail and that, as a result, FNS would be conducting a training to assist the District in creating a CAP that addresses FNS's concerns.

12.    FNS conducted the CAP training on March 14, 2018. During the training, an FNS representative noted that the District has never had to submit a CAP on application processing timeliness before.

13.    On March 28, 2018, DHS submitted a working draft CAP to FNS for an initial review.

14.    On March 29, 2018, FNS responded stating "this is what we're looking for" and "[w]e look forward to reviewing your APT CAP."

15.    On April 11, 2018, DHS officially submitted its second revised CAP.

**There Is No FNS Recertification Rate Independent of the APT Rate**

16.    FNS does not measure recertification processing rates independent of the application processing timeliness (APT) rates, and thus, there is no method by which to compare the recertification processing rates by state nor is there a national average.

17.    FNS APT rate measures the timeliness of initial applications and recertifications in one combined metric. FNS treats any recertifications filed within the 30 day grace period as initial applications for the purposes of the APT rate. The measure of recertifications filed within the 30 day grace period is treated differently

3

for the purposes of 366-B reporting.

18.    In part, this is because, as FNS has acknowledged, there are "conflicting regulations about how to treat a recertification application filed within 30 days from the end of the certification period." (FNS Guidance, Clarifications for Reporting on the Certification Section of the FNS-366B, Jan. 11, 2017, at 6, available at https://fns-prod.azureedge.net/sites/default/files/snap/366B-Certifications-Question-and-Answer.pdf.)

19.    FNS has stated that it "understands that some States are counting recertification applications filed within 30 days of the end of the certification period as initial applications on the FNS-366B (and screening for expedited status, in some cases), whereas other States are following the newer regulations at 7 CFR 273.14(e)(3) and counting recertifications filed within 30 days of the end of the certification period as recertification applications." *Id.* at 7.

20.    Due to this conflict in the regulations, FNS stated in 2017 that it "will provide guidance to all State SNAP agencies as part of this year's efforts to clarify SNAP policy on recertifications," *id.* at 7, but it has not yet done so.

### FNS Has Released the Six-Month Application Processing Timeliness Report for April Through September 2017

21.    On April 12, 2018, the FNS SNAP Director for the Mid-Atlantic Regional Office sent an email to the states in that region, attaching the six-month application processing timeliness report for April through September 2017. (**Exhibit A**.)

22.    In the April to September 2017 report, the District had an "upper

4

bound" rate of 91.03% for application processing timeliness. (Ex. A at 3.)

23.     This 91.03% rate was an increase of 2.58% from the District's rate of 88.45% in the last six-month report, which covered October 2016 through March 2017, the first six months of the DCAS implementation. (*Compare* Ex. A at 3 *with* ECF No. 45-29 (Mannix Decl. Ex. B).)

24.     According to FNS guidance, "[t]he upper bound of the confidence interval, rather than the point estimate, is used to identify and monitor poor timeliness. If the upper bound of the confidence interval is below 90 percent, the State agency is required to take corrective action." (FNS, *Clarification on the Three Ways Initial SNAP Application Processing Timeliness Is Measured*, June 2, 2017, available                            at                            https://fns-prod.azureedge.net/sites/default/files/snap/Triple%20Timeliness%20Memo%2023May2017.pdf.).

I declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the foregoing is true and correct, based upon my personal knowledge and information provided to me in the course of my official duties.

LAURA GREEN ZEILINGER
Director
District of Columbia Department of Human Services

4/17/18
DATED

6

# EXHIBIT A

| From: | Ratchford, Eric - FNS |
|---|---|
| To: | Natasha Johnson (Natasha.Johnson@dhs.state.nj.us); Larry Braasch (larry.braasch@dhs.state.nj.us); Watson, Lisa (DHS); "Buhrig, Catherine" (cbuhrig@pa.gov); Ray Fitzgerald; "Hall, Thomas (DHSS)" (thomas.hall@state.de.us); Seymour, Anthea (DHS); Wells, Ellen M. (DHS); Nicholette Smith-Bligen -DHR-Dorchester County; "Kim.Lightfoot@maryland.gov"; Watts, Linda (Linda.M.Watts@wv.gov); Hamilton, Monica A; Washington, Toni; Cox, Nikole (VDSS); Natalie Bailey (Natalie.Bailey@dhs.vi.gov); Pauline Dawes (pauline.dawes@dhs.vi.gov) (pauline.dawes@dhs.vi.gov) |
| Cc: | FNS - MARO SNAP POB Staff |
| Subject: | FW: April17 - Septbember17 Timeliness Data |
| Date: | Thursday, April 12, 2018 1:11:12 PM |
| Attachments: | image001.png<br>Six-Month-Timeliness-(Apr17-Sep17)v2.xlsx |

Good afternoon MARO State SNAP Directors,

The quarterly 6-month timeliness report (April 2017 to September 2017) is attached.

- For States with timeliness rates **between 90 and 95 percent** (on the upper bound of the confidence interval) we will review current actions taken to address timeliness and continue to monitor the State to ensure ongoing improvement.
- For States with rates **below 90 percent**, we require a State level corrective action plan. The plan must be pursued until the upper level of the confidence interval reaches 95 percent. If a State presents convincing data that explains its low timeliness rate, then a corrective action plan may not be necessary.

Please note that 6-month timeliness data is only **one way** Regional offices monitor State compliance with APT regulations. It is possible that timeliness problems occur in a State before they are reported in QC data, or that QC data for a variety of reasons may not accurately reflect the true timeliness rate. Other sources of information Regional Offices can consider include client complaints, alerts from advocacy groups, and data from ongoing monitoring by the Region in States with chronically poor APT.

Quarterly timeliness reports will be emailed to you according to the schedule below ("Approximate Report Date").

### Report Period Approximate Report Date

January – June Last week of **October**

April – September Last week of **January**

July – December Last week of **April**

October – March Last week of **July**

Please note that due to data challenges, this quarterly report does not include data from Rhode Island; an updated spreadsheet will be shared when it is available. Please let me know if you have questions.

Please excuse the tardiness of this report as it should have been sent in February when it was issued to my office. The next quarterly report covering July 2017 – December 2017 should be issued within the next few weeks.

Best Regards,

Eric

**Eric Ratchford**

Director,

Supplemental Nutrition Assistance Program,

USDA, Food and Nutrition Service
Mid-Atlantic Region
300 Corporate Blvd.
Robbinsville, NJ 08691
609-259-5088 (w)
609-203-3916 (c)
609-259-5062 (f)
eric.ratchford@fns.usda.gov
*cid:image001.png@01D3AA58.0CAF37D0*

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**PAST SIX MONTH AVERAGE***
**(April 2017 - September 2017)**

| State | State Rate | Sample Size | Sqrt Var | 95% Confidence (Rate +/-) | Upper Bound | Upper Bound < 90 | FY 2015 Caseload | | FY 2016 (Jul16 - Sep16) Rate | Cases | FY 2017 (Oct16 - Dec16) Rate | Cases | | | State | # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONNECTICUT | 97.30 | 111 | 1.5 | 3.02 | 100.31 | | 239,766 | 233,286 | 96.67 | 90 | 87 | 100.00 | 52 | 52 | 142 139 | CONNECTI CUT | 1 |
| MAINE | 89.23 | 130 | 2.7 | 5.33 | 94.56 | | 103,881 | 92,694 | 93.06 | 72 | 67 | 100.00 | 14 | 14 | 86 81 | MAI NE | 2 |
| MASSACHUSETTS | 91.61 | 143 | 2.3 | 4.54 | 96.15 | | 432,951 | 396,619 | 91.46 | 82 | 75 | 94.74 | 19 | 18 | 101 93 | MASSACHUSETTS | 3 |
| NEW HAMPSHIRE | 96.18 | 131 | 1.7 | 3.28 | 99.46 | | 47,955 | 46,125 | 98.46 | 78 | 69 | 100.00 | 18 | 18 | 96 87 | NEW HAMPSH RE | 4 |
| NEW YORK | 90.91 | 132 | 2.5 | 4.90 | 95.81 | | 1,561,124 | 1,419,203 | 85.14 | 74 | 63 | 83.33 | 12 | 10 | 86 73 | NEW YORK | 5 |
| VERMONT | 88.79 | 107 | 3.1 | 5.98 | 94.76 | | 46,305 | 41,112 | 93.44 | 61 | 57 | 93.10 | 29 | 27 | 90 84 | VERMONT | 6 |
| DELAWARE | 98.21 | 112 | 1.3 | 2.45 | 100.67 | | 69,120 | 67,886 | 82.29 | 96 | 79 | 87.50 | 24 | 21 | 120 100 | DELAWARE | 9 |
| DIST. OF COL. | 87.10 | 279 | 2.0 | 3.93 | 91.03 | | 77,169 | 67,212 | 91.61 | 155 | 142 | 74.07 | 27 | 20 | 182 162 | DI ST. OF COL. | 10 |
| MARYLAND | 88.54 | 157 | 2.5 | 4.98 | 93.52 | | 390,953 | 346,130 | 90.35 | 114 | 103 | 88.37 | 43 | 38 | 157 141 | MARYLAND | 11 |
| NEW JERSEY | 80.88 | 136 | 3.4 | 6.61 | 87.49 | 1 | 448,980 | 363,146 | 86.46 | 96 | 83 | 92.68 | 82 | 76 | 178 159 | NEW JERSEY | 12 |
| PENNSYLVANIA | 99.39 | 164 | 0.6 | 1.19 | 100.58 | | 885,145 | 879,748 | 97.50 | 80 | 78 | 100.00 | 30 | 30 | 110 108 | PENNSYLVAN A | 13 |
| VIRGINIA | 85.54 | 166 | 2.7 | 5.35 | 90.89 | | 385,188 | 329,498 | 93.41 | 91 | 85 | 87.50 | 16 | 14 | 107 99 | VI RGI NI A | 14 |
| VIRGIN ISLANDS | 81.82 | 11 | 11.6 | 22.79 | 104.61 | | 12,306 | 10,069 | 76.19 | 21 | 16 | 88.89 | 9 | 8 | 30 24 | VI RGI N I SLANDS | 15 |
| WEST VIRGINIA | 86.44 | 177 | 2.6 | 5.04 | 91.48 | | 175,035 | 151,301 | 86.00 | 100 | 86 | 92.86 | 28 | 26 | 126 112 | WEST VI RGI NI A | 16 |
| ALABAMA | 95.98 | 224 | 1.3 | 2.57 | 98.55 | | 401,721 | 385,580 | 99.22 | 128 | 127 | 100.00 | 25 | 25 | 153 152 | ALABAMA | 18 |
| FLORIDA | 97.11 | 242 | 1.1 | 2.11 | 99.22 | | 1,783,653 | 1,732,059 | 96.40 | 139 | 134 | 96.00 | 25 | 24 | 164 158 | FLORI DA | 19 |
| GEORGIA | 90.96 | 177 | 2.2 | 4.22 | 95.18 | | 784,594 | 713,670 | 91.75 | 97 | 89 | 89.66 | 29 | 26 | 126 115 | GEORGI A | 20 |
| KENTUCKY | 92.77 | 332 | 1.4 | 2.79 | 95.56 | | 366,515 | 340,020 | 93.39 | 121 | 113 | 95.00 | 40 | 38 | 161 151 | KENTUCKY | 21 |
| MISSISSIPPI | 90.58 | 138 | 2.5 | 4.87 | 95.45 | | 287,892 | 260,772 | 94.59 | 74 | 70 | 95.45 | 22 | 21 | 96 91 | MI SSI SSI PPI | 22 |
| NORTH CAROLINA | 97.21 | 215 | 1.1 | 2.20 | 99.41 | | 768,310 | 746,869 | 91.92 | 99 | 91 | 93.10 | 29 | 27 | 128 118 | NORTH CAROLI NA | 23 |
| SOUTH CAROLINA | 85.64 | 188 | 2.6 | 5.01 | 90.65 | | 371,826 | 318,425 | 88.12 | 101 | 89 | 91.30 | 46 | 42 | 147 131 | SOUTH CAROLI NA | 24 |
| TENNESSEE | 81.22 | 213 | 2.7 | 5.24 | 86.47 | 1 | 592,902 | 481,559 | 87.50 | 120 | 105 | 80.00 | 20 | 16 | 140 121 | TENNESSEE | 25 |
| ILLINOIS | 85.07 | 201 | 2.5 | 4.93 | 90.00 | | 1,009,450 | 858,785 | 81.51 | 119 | 97 | 100.00 | 20 | 20 | 139 117 | I LLI NOI S | 27 |
| INDIANA | 96.91 | 194 | 1.2 | 2.44 | 99.34 | | 370,689 | 359,224 | 92.75 | 69 | 64 | 91.67 | 36 | 33 | 105 97 | I NDI ANA | 28 |
| MICHIGAN | 91.07 | 168 | 2.2 | 4.31 | 95.38 | | 787,926 | 717,576 | 93.18 | 88 | 82 | 95.00 | 20 | 19 | 108 101 | MI CHI GAN | 29 |
| MINNESOTA | 93.48 | 184 | 1.8 | 3.57 | 97.05 | | 237,708 | 222,205 | 92.45 | 106 | 98 | 89.47 | 19 | 17 | 125 115 | MI NNESOTA | 30 |
| OHIO | 90.51 | 158 | 2.3 | 4.57 | 95.08 | | 835,398 | 756,088 | 94.17 | 103 | 97 | 94.74 | 19 | 18 | 122 115 | OHI O | 31 |
| WISCONSIN | 96.24 | 213 | 1.3 | 2.55 | 98.80 | | 397,287 | 382,365 | 97.17 | 106 | 103 | 97.06 | 34 | 33 | 140 136 | WI SCONSI N | 32 |
| ARKANSAS | 80.54 | 221 | 2.7 | 5.22 | 85.76 | 1 | 206,166 | 166,052 | 90.38 | 104 | 94 | 79.17 | 24 | 19 | 128 113 | ARKANSAS | 34 |
| LOUISIANA | 94.95 | 218 | 1.5 | 2.91 | 97.86 | | 351,119 | 333,402 | 94.49 | 127 | 120 | 88.24 | 17 | 15 | 144 135 | LOUI SI ANA | 35 |
| NEW MEXICO | 96.09 | 256 | 1.2 | 2.37 | 98.47 | | 195,981 | 188,325 | 97.56 | 123 | 120 | 100.00 | 34 | 34 | 157 154 | NEW MEXI CO | 36 |
| OKLAHOMA | 93.75 | 240 | 1.6 | 3.06 | 96.81 | | 258,932 | 242,749 | 91.26 | 103 | 94 | 92.86 | 28 | 26 | 157 120 | OKLAHOMA | 37 |
| TEXAS | 96.14 | 259 | 1.2 | 2.35 | 98.49 | | 1,535,234 | 1,475,958 | 94.93 | 138 | 131 | 94.29 | 35 | 33 | 173 164 | TEXAS | 38 |
| COLORADO | 96.92 | 260 | 1.1 | 2.10 | 99.02 | | 209,674 | 203,222 | 98.58 | 141 | 139 | 100.00 | 49 | 49 | 190 188 | COLORADO | 40 |
| IOWA | 87.79 | 172 | 2.5 | 4.89 | 92.68 | | 179,043 | 157,183 | 84.69 | 98 | 83 | 88.89 | 27 | 24 | 125 107 | I OWA | 41 |
| KANSAS | 93.96 | 182 | 1.8 | 3.46 | 97.42 | | 116,063 | 109,048 | 91.35 | 104 | 95 | 95.65 | 23 | 22 | 127 117 | KANSAS | 42 |
| MISSOURI | 95.29 | 191 | 1.5 | 3.01 | 98.29 | | 390,998 | 372,574 | 87.01 | 77 | 67 | 91.67 | 24 | 22 | 101 89 | MI SSOURI | 43 |
| MONTANA | 96.69 | 272 | 1.1 | 2.13 | 98.82 | | 53,509 | 51,738 | 91.67 | 108 | 99 | 88.68 | 53 | 47 | 161 146 | MONTANA | 44 |
| NEBRASKA | 93.72 | 207 | 1.7 | 3.31 | 97.02 | | 73,658 | 69,032 | 95.05 | 101 | 96 | 96.15 | 26 | 25 | 127 121 | NEBRASKA | 45 |
| NORTH DAKOTA | 93.86 | 114 | 2.2 | 4.41 | 98.27 | | 22,896 | 21,490 | 96.23 | 53 | 51 | 94.44 | 18 | 17 | 71 68 | NORTH DAKOTA | 46 |
| SOUTH DAKOTA | 92.17 | 115 | 2.5 | 4.91 | 97.08 | | 41,718 | 38,453 | 92.65 | 68 | 63 | 93.33 | 15 | 14 | 83 77 | SOUTH DAKOTA | 47 |
| UTAH | 97.93 | 193 | 1.0 | 2.01 | 99.94 | | 86,504 | 84,711 | 94.79 | 96 | 91 | 100.00 | 22 | 22 | 118 113 | UTAH | 48 |
| WYOMING | 96.81 | 94 | 1.8 | 3.55 | 100.36 | | 13,229 | 12,807 | 97.83 | 46 | 45 | 94.12 | 17 | 16 | 63 61 | WYOM NG | 49 |
| ALASKA | 82.70 | 185 | 2.8 | 5.45 | 88.15 | 1 | 31,425 | 25,989 | 74.44 | 90 | 67 | 86.36 | 22 | 19 | 112 86 | ALASKA | 51 |
| ARIZONA | 93.88 | 294 | 1.4 | 2.74 | 96.62 | | 407,811 | 382,843 | 96.30 | 162 | 156 | 93.02 | 43 | 40 | 205 196 | ARI ZONA | 52 |
| CALIFORNIA | 93.33 | 255 | 1.6 | 3.06 | 96.39 | | 1,936,381 | 1,807,289 | 93.10 | 145 | 135 | 87.04 | 54 | 47 | 199 182 | CALI FORNI A | 53 |
| GUAM | 55.00 | 40 | 7.9 | 15.42 | 70.42 | 1 | 14,702 | 8,086 | 95.71 | 21 | 18 | 87.50 | 8 | 7 | 29 25 | GUAM | 54 |
| HAWAII | 95.00 | 180 | 1.6 | 3.18 | 98.18 | | 90,355 | 85,837 | 93.43 | 137 | 128 | 93.02 | 43 | 40 | 180 168 | HAWAI I | 55 |
| IDAHO | 100.00 | 238 | 0.0 | 0.00 | 100.00 | | 80,790 | 80,790 | 100.00 | 110 | 110 | 100.00 | 45 | 45 | 155 155 | I DAHO | 56 |
| NEVADA | 93.94 | 297 | 1.4 | 2.71 | 96.65 | | 193,356 | 181,637 | 97.35 | 151 | 147 | 97.67 | 43 | 42 | 194 189 | NEVADA | 57 |
| OREGON | 93.99 | 233 | 1.6 | 3.05 | 97.04 | | 404,991 | 380,657 | 95.61 | 114 | 109 | 95.74 | 47 | 45 | 161 154 | OREGON | 58 |
| WASHINGTON | 92.45 | 212 | 1.8 | 3.56 | 96.01 | | 541,365 | 500,507 | 90.38 | 104 | 94 | 100.00 | 21 | 21 | 125 115 | WASHI NGTON | 59 |
| U.S.# | 92.45 | | | | | 5 | 21,307,649 | 19,699,608 | | 5,201 | 4,801 | | 1,525 | 1,422 | 6,726 6,223 | | 60 |

* Un-weighted averages across last six months (not weighted for changing FYs or stratification). Data as of February 5, 2018.

# U.S. rate is weighted by FY 2015 caseload

**Please note that due to data challenges, this quarterly report does not contain data from Rhode Island; an updated spreadsheet will be shared when it is available.