Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx - I. Monthly Measures (M&W)**

| M | W | No | | Measure | Unit | Oct-17 | Nov-17 | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 |
|---|---|---|---|---------|------|--------|--------|--------|--------|--------|--------|--------|--------|
|  | **Monthly Overview (Monthly Report + Weekly Report)** |
| X | X | 1 | | Households due to recertify each month | # | 5,211 | 3,935 | 3,888 | 3,133 | 5,484 | 4,522 | 5,326 | 5,210 |
| X | X | 2 | a | Households with notice of expiration  (60 day recert notice) mailed | # | 4,932 | 3,798 | 3,275 | 1,701 | 5,414 | 4,456 | 5,258 | 5,090 |
| X | X | 3 | a | Households due to submit interim contact periodic reports. | # | 729 | 525 | 562 | 290 | 13 | 752 | 739 | 885 |
| | | | b | Households with interim contact periodic report notice mailed | # | 726 | 504 | 494 | 285 | 0 | 732 | 728 | 870 |
| X | X | 4 | a | Households due to submit mid-certification forms. | # | 3,890 | 4,129 | 3,530 | 3,721 | 3,107 | 3,148 | 3,386 | 2,692 |
| | | | b | Households with mid-certification forms mailed (30-60 days before due) | # | 3,761 | 3,934 | 3,361 | 3,598 | 3,014 | 3,070 | 3,301 | 2,590 |
| X | | 5A | | Cases closed/terminated (total) by reason | # | 3,964 | 4,175 | 3,181 | 3,659 | 3,692 | 3,260 | 4,711 | 5,218 |
| | | | a | Recert - No response | # | 1,433 | 1,687 | 1,121 | 518 | 1,817 | 1,193 | 1,906 | 2,309 |
| | | | b | Recert - Eligibility rules | # | 138 | 109 | 76 | 99 | 172 | 150 | 142 | 101 |
| | | | c | Recert - Outstanding verification | # | 17 | 17 | 13 | 20 | 51 | 23 | 90 | 177 |
| | | | d | Recert - Other | # | 1 | 1 | 0 | 0 | 1 | 8 | 8 | 43 |
| | | | e | Mid-cert - No Response | # | 811 | 921 | 740 | 835 | 854 | 801 | 1,267 | 1,240 |
| | | | f | Mid-cert - Eligibility rules | # | 60 | 90 | 42 | 32 | 51 | 31 | 55 | 12 |
| | | | g | Mid-cert - Outstanding verification | # | 1 | 5 | 2 | 4 | 2 | 2 | 18 | 36 |
| | | | h | Mid-cert - Other | # | 1 | 1 | 1 | 0 | 0 | 0 | 3 | 14 |
| | | | i | Closed following evidence change | # | 1,502 | 1,344 | 1,186 | 2,151 | 744 | 1,052 | 1,222 | 1,286 |
| X | | 5B | | Cases closed by Service Center | # | 3,964 | 4,175 | 3,181 | 3,659 | 3,692 | 3,260 | 4,711 | 5,218 |
| | | | a | Anacostia | # | 785 | 820 | 595 | 699 | 719 | 657 | 860 | 981 |
| | | | b | Congress Heights | # | 684 | 722 | 547 | 605 | 656 | 563 | 865 | 959 |
| | | | c | Fort Davis | # | 822 | 854 | 604 | 761 | 796 | 672 | 997 | 1,078 |
| | | | d | H Street | # | 899 | 993 | 759 | 844 | 773 | 724 | 1,141 | 1,226 |
| | | | e | Taylor Street | # | 710 | 706 | 518 | 676 | 683 | 597 | 790 | 911 |
| | | | f | Other | # | 64 | 80 | 158 | 74 | 65 | 47 | 58 | 63 |
| X | X | 6 | a | Total number of cases with SNAP benefit issued (Caseload) | # | 70,968 | 70,153 | 71,217 | 69,658 | 69,385 | 69,107 | 68,046 | 67,088 |

Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx - I. Monthly Measures (M&W)**

| M | W | No | | Measure | Unit | Oct-17 | Nov-17 | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 |
|---|---|---|---|---------|------|--------|--------|--------|--------|--------|--------|--------|--------|
| | | b | | Total amount of SNAP benefit issuance | $ | $ 16,129,140 | $ 15,916,555 | $ 16,312,451 | $ 15,760,964 | $ 15,704,758 | $ 15,824,332 | $ 15,103,472 | $ 15,135,847 |
| x | | 7 | | SNAP notices issued | N/A | | | | | | | | |
| | | | a | SNAP approval notices issued (total) | # | 7,095 | 6,884 | 5,614 | 7,095 | 7,405 | 8,033 | 8,017 | 8,077 |
| | | | | e-SNAP approval | # | 1,678 | 1,046 | 779 | 1,043 | 1,068 | 1,304 | 1,540 | 1,537 |
| | | | | Regular SNAP approval | # | 2,622 | 2,977 | 3,013 | 3,239 | 3,453 | 3,526 | 3,471 | 3,401 |
| | | | | SNAP recert approval | # | 2,795 | 2,861 | 1,822 | 2,813 | 2,884 | 3,203 | 3,006 | 3,139 |
| | | | b | All SNAP denial notices issued | # | 81 | 96 | 2 | 5 | 2 | 3 | 148 | 265 |
| | | | c | SNAP termination notices | # | 8,311 | 7,755 | 7,412 | 7,702 | 11,016 | 9,027 | 10,300 | 10,401 |
| | | | d | SNAP request for contact notices | # | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | x | 8 | | Number of cases with failed benefit transactions | # | 0 | 1 | 24 | 3 | 5 | 0 | 0 | 0 |
| | | | | Total amount of transaction failure | $ | $    - | $    640 | $   5,281 | $    196 | $   1,053 | $    - | $    - | $    - |
| | x | 9 | | Households with duplicate payments during month | # | 84 | 65 | 42 | 38 | 24 | 23 | 22 | 9 |
| | x | 10 | a | Total number of EBT cards not linked to households | # | | | | | | | | |
| | | | b | Total number of households without EBT cards | # | | | | | | | | |
| | x | 11 | | Total number of cases expunged prior to client having access to benefit | # | | | | | | | 4,242 | 3,847 |
| | x | 12 | | Cases that failed (EBT transaction) due to exceeding threshold during month | # | 1 | 2 | 1 | 1 | 2 | 0 | 0 | 0 |
| | x | 13 | | Total number of cases that are pending benefit reduction, closure, or denial based on Prisoner Verification System (PVS), Death, and National Directory of New Hires matches received and screened along with the total number of these cases that have been referred to OPRMI/OQAA | | | | | | | | | |

Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx - I. Monthly Measures (M&W)**

| M | W | No | Measure | Unit | Oct-17 | Nov-17 | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 |
|---|---|----|---------|------|--------|--------|--------|--------|--------|--------|--------|--------|
| | x | 14 | Total number of Intentional Program Violations (IPV) determinations with pending claims | | | | | | | | | |
| | x | 15 | Total number of IPV determinations with court ordered restitution | | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 1 |
| | x | 16 | Total number of delinquent debts over 90 days (without a court imposed date of delinquency) | | | | | | | | | |
| | x | 17 | Total number of IPV that have been reinstated benefits | | | | | | | | | |
| | x | 18 | Total number of IPV determinations expiring in April (please note, this is a onetime request for the month of April) | | | | | | | | 8 | 6 |
| **Backlog (Monthly Report)** | | | | | | | | | | | | |
| x | | 19 a | Total number of tasks in the worker queues pertaining to the documents below by the number of days overdue (30 days, 60 days, 90+ days) | | | | | | | | | |
| | | b | Initial expedited applications | | | | | | | | | |
| | | c | Initial regular applications | | | | | | | | | |
| | | d | Recertifications | | | | | | | | | |
| | | e | Mid-certification reports | | | | | | | | | |
| | | f | Case maintenance documents | | | | | | | | | |
| x | | 20 a | Total number of documents awaiting action in the mail or scanning center (i.e. documents received by the mail or scanning center that have not been worked and so would not be showing up in eligibility worker queues). | | | | | | | | | |
| | | b | Initial expedited applications | | | | | | | | | |
| | | c | Initial regular applications | | | | | | | | | |
| | | d | Recertifications | | | | | | | | | |
| | | e | Mid-certification reports | | | | | | | | | |

Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx - I. Monthly Measures (M&W)**

| M | W | No | Measure | Unit | Oct-17 | Nov-17 | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 |
|---|---|----|---------|------|--------|--------|--------|--------|--------|--------|--------|--------|
| | | f | Case maintenance documents | | | | | | | | | |
| | | g | Returned mail (Any type, does not need to be specific to SNAP) | | | | | | | | | |
| **Other** | | | | | | | | | | | | |
| x | | 21 | Total number of overpayment cases from client caused errors pending establishment | # | | | | | | 33 | 65 | 10 |
| x | | 22 | APT Rate | % | 93.50% | 92.99% | 90.74% | 83.36% | 87.19% | 82.52% | 87.00% | 87.05% |

Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx - I. Monthly Measures (M&W)**

| M | W | No | | Measure | Data Source | Note |
|---|---|---|---|---|---|---|
| | | | | **Monthly Overview (Monthly Report + Weekly Repo** | | |
| x | x | 1 | | Households due to recertify each month | DCAS Report - SNAP Recert | |
| x | x | 2 | a | Households with notice of expiration  (60 day recert notice) mailed | DCAS Report - SNAP Recert | Notice data is pulled based on the recert due month (NOT the month when notice was mailed). |
| x | x | 3 | a | Households due to submit interim contact periodic reports. | DCAS Report - SNAP Interim-Contact | |
| | | | b | Households with interim contact periodic report notice mailed | | |
| x | x | 4 | a | Households due to submit mid-certification forms. | DCAS Report - SNAP Mid-Cert (Updated) | |
| | | | b | Households with mid-certification forms mailed (30-60 days before due) | | |
| x | | 5A | | Cases closed/terminated (total) by reason | DCAS Report - Case Closure | At the moment, we are unable to identify those closed due to missed interview.  The SNAP Recert/MidCert enhancement planned for July 2018 will allow us to add this reason.  Shared with FNS. |
| | | | a | Recert - No response | | |
| | | | b | Recert - Eligibility rules | | |
| | | | c | Recert - Outstanding verification | | |
| | | | d | Recert - Other | | |
| | | | e | Mid-cert - No Response | | |
| | | | f | Mid-cert - Eligibility rules | | |
| | | | g | Mid-cert - Outstanding verification | | |
| | | | h | Mid-cert - Other | | |
| | | | i | Closed following evidence change | | |
| x | | 5B | | Cases closed by Service Center | | This was a weekly measure under certificaiton metrics section.  Beginning this week, we are reporting this under monthly measures. |
| | | | a | Anacostia | | |
| | | | b | Congress Heights | | |
| | | | c | Fort Davis | | |
| | | | d | H Street | | |
| | | | e | Taylor Street | | |
| | | | f | Other | | |
| x | x | 6 | a | Total number of cases with SNAP benefit issued (Caseload) | DCAS - Caseload Report (as of 6/6) | The District's monthly SNAP caseload (# of cases with benefit paid) and the total amount of benefits. |

Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx - I. Monthly Measures (M&W)**

| M | W | No | | Measure | Data Source | Note |
|---|---|----|---|---------|-------------|------|
| | | b | | Total amount of SNAP benefit issuance | | |
| x | | 7 | | SNAP notices issued | | |
| | | | a | SNAP approval notices issued (total) | DCAS - Notice Report (SNAP Notice Passed) | This counts the number of respective notices that have been successfully issued and does not include any notices that failed to be generated. |
| | | | | e-SNAP approval | | |
| | | | | Regular SNAP approval | | |
| | | | | SNAP recert approval | | |
| | | | b | All SNAP denial notices issued | | |
| | | | c | SNAP termination notices | | |
| | | | d | SNAP request for contact notices | N/A | DC currently doesn't send this notice. |
| | x | 8 | | Number of cases with failed benefit transactions<br><br>Total amount of transaction failure | DCAS - Failed Transaction | This is to replace the measure on "# of cases in DCAS vs. FIS". This data identifies any benefit transactions that failed to be processed to FIS. |
| | x | 9 | | Households with duplicate payments during month | DCAS - Duplicate Payment Rpt | This counts the number of households with more than one SNAP benefit payment made for an overlapping coverage time period. |
| | x | 10 | a | Total number of EBT cards not linked to households | OCFO - Active EBT cards not linked (Point-in-time data) | FIS is working to develop a report that captures this information. We expect this data to be available for the following monthly submission including June data, which will be submitted to FNS in early July |
| | | | b | Total number of households without EBT cards | | |
| | x | 11 | | Total number of cases expunged prior to client having access to benefit | FIS | This counts all of the cases where some amount of SNAP benefit has been expunged as it aged more than 12 months. |
| | x | 12 | | Cases that failed (EBT transaction) due to exceeding threshold during month | DCAS - One-time report | This issue was fixed in March and no cases are failing EBT transaction due to the threshold issue. |
| | x | 13 | | Total number of cases that are pending benefit reduction, closure, or denial based on Prisoner Verification System (PVS), Death, and National Directory of New Hires matches received and screened along with the total number of these cases that have been referred to OPRMI/OQAA | OPRMI | Data will be provided in early July (next monthly report due date). |

Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx - I. Monthly Measures (M&W)**

| M | W | No | | Measure | Data Source | Note |
|---|---|---|---|---|---|---|
| | x | 14 | | Total number of Intentional Program Violations (IPV) determinations with pending claims | Collections Unit | DCAS is developing a report to generate data by day. Expect to be able to report by 6/29. |
| | x | 15 | | Total number of IPV determinations with court ordered restitution | Internal Quality Insurance | |
| | x | 16 | | Total number of delinquent debts over 90 days (without a court imposed date of delinquency) | Collections Unit | DCAS is developing a report to generate data by day. Expect to be able to report by 6/29. |
| | x | 17 | | Total number of IPV that have been reinstated benefits | Overpayments Unit | This requires a new report to be developed.  It is expected to be available by 6/22 |
| | x | 18 | | Total number of IPV determinations expiring in April (please note, this is a onetime request for the month of April) | OQAA (eDRS IPV Disqualification Data) | FNS to inform DHS if this data should still be provided each month (was iniitally a one-time request for April) |
| **Backlog (Monthly Report)** | | | | | | |
| x | | 19 | a | Total number of tasks in the worker queues pertaining to the documents below by the number of days overdue (30 days, 60 days, 90+ days) | Pathos | Following discussion with FNS on 5/23, DHS is working with the PathOS vendor to develop a report to capture this data.  Data will be provided in early July (next monthly report due date). |
| | | | b | Initial expedited applications | | |
| | | | c | Initial regular applications | | |
| | | | d | Recertifications | | |
| | | | e | Mid-certification reports | | |
| | | | f | Case maintenance documents | | |
| x | | 20 | a | Total number of documents awaiting action in the mail or scanning center (i.e. documents received by the mail or scanning center that have not been worked and so would not be showing up in eligibility worker queues). | N/A | As discussed during the 5/23 conference call, documents are identified at the same time that they are placed in an eligibility queue (as a non-lobby workflow item in PathOS). From that point forward, we know what the document is and that it is awaiting action.  Becuase that is a single process, DHS cannot report on items that are not yet in a work queue without duplicating effort. |
| | | | b | Initial expedited applications | | |
| | | | c | Initial regular applications | | |
| | | | d | Recertifications | | |
| | | | e | Mid-certification reports | | |

Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx - I. Monthly Measures (M&W)**

| M | W | No | Measure | Data Source | Note |
|---|---|----|---------|-------------|------|
| | | f | Case maintenance documents | | |
| | | g | Returned mail (Any type, does not need to be specific to SNAP) | | |
| **Other** | | | | | |
| x | | 21 | Total number of overpayment cases from client caused errors pending establishment | | This has been moved to monthly measure per FNS. |
| x | | 22 | APT Rate | DCAS - APT Rate | FNS guideline is to measure APT monthly.  This was included in certifcation metrics and we have moved it to this monthly measure tab. |

Exhibit D

FNS Weekly Report from DC 2018-06-15.xlsx - II. Certification Metrics (W)

| No | | Measure (by Service Center) | Unit | Oct-17 | Nov-17 | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Weekly Total (Ending 6/2) | 06/03 (Sun) | 06/04 (Mon) | 06/05 (Tue) | 06/06 (Wed) | 06/07 (Thu) | 06/08 (Fri) | 06/09 (Sat) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | a | Initial applications received (Total) | # | 3,200 | 3,013 | 3,113 | 3,779 | 2,957 | 3,297 | 3,389 | 3,371 | 629 | 0 | 164 | 183 | 187 | 144 | 119 | 0 |
| | | Anacostia | # | 602 | 578 | 604 | 736 | 584 | 656 | 712 | 649 | 109 | | 28 | 35 | 28 | 23 | 29 | |
| | | Congress Heights | # | 576 | 562 | 588 | 693 | 538 | 608 | 602 | 633 | 102 | | 28 | 30 | 28 | 34 | 17 | |
| | | Fort Davis | # | 634 | 602 | 612 | 788 | 631 | 627 | 692 | 642 | 140 | | 30 | 33 | 40 | 36 | 26 | |
| | | H Street | # | 720 | 639 | 703 | 808 | 626 | 745 | 768 | 736 | 144 | | 46 | 36 | 45 | 25 | 26 | |
| | | Taylor Street | # | 614 | 581 | 561 | 688 | 530 | 574 | 529 | 634 | 112 | | 23 | 33 | 39 | 25 | 20 | |
| | | Other | # | 54 | 51 | 45 | 66 | 48 | 87 | 86 | 77 | 22 | | 9 | 16 | 7 | 1 | 1 | |
| | b | Recertifications received (Total) | # | 7,189 | 8,084 | 6,041 | 8,125 | 7,344 | 7,468 | 8,886 | 5,762 | | | | | | | | |
| | | Anacostia | # | 686 | 736 | 489 | 761 | 939 | 898 | 872 | 321 | | | | | | | | |
| | | Congress Heights | # | 1,215 | 1,527 | 1,131 | 1,398 | 1,501 | 1,478 | 1,987 | 1,460 | | | | | | | | |
| | | Fort Davis | # | 1,367 | 1,629 | 1,208 | 1,501 | 1,614 | 1,590 | 1,922 | 1,295 | | | | | | | | |
| | | H Street | # | 1,425 | 1,663 | 1,337 | 1,618 | 1,760 | 1,634 | 2,125 | 1,288 | | | | | | | | |
| | | Taylor Street | # | 432 | 590 | 418 | 500 | 676 | 688 | 618 | 62 | | | | | | | | |
| | | Other | # | 2,064 | 1,939 | 1,458 | 2,347 | 854 | 1,180 | 1,362 | 1,336 | | | | | | | | |
| 2 | a | Initial applications approved for e-SNAP | # | 1,937 | 1,429 | 2,083 | 2,205 | 1,680 | 1,675 | 1,994 | 1,867 | 278 | 0 | 73 | 91 | 98 | 116 | 54 | 0 |
| | | Anacostia | # | 369 | 265 | 410 | 438 | 321 | 323 | 422 | 333 | 48 | | 10 | 22 | 21 | 21 | 17 | 0 |
| | | Congress Heights | # | 345 | 260 | 416 | 390 | 314 | 323 | 363 | 373 | 51 | | 15 | 12 | 16 | 28 | 9 | 0 |
| | | Fort Davis | # | 374 | 309 | 399 | 452 | 352 | 330 | 439 | 371 | 59 | | 12 | 15 | 18 | 27 | 11 | 0 |
| | | H Street | # | 446 | 300 | 458 | 453 | 350 | 357 | 431 | 410 | 65 | | 22 | 17 | 17 | 14 | 10 | 0 |
| | | Taylor Street | # | 366 | 273 | 372 | 435 | 312 | 302 | 297 | 341 | 49 | | 10 | 22 | 22 | 24 | 6 | 0 |
| | | Other | # | 37 | 22 | 28 | 37 | 31 | 40 | 42 | 39 | 6 | | 4 | 3 | 4 | 2 | 1 | 0 |
| | b | Initial applications approved for regular SNAP | # | 511 | 511 | 653 | 732 | 687 | 633 | 695 | 633 | 103 | 0 | 21 | 34 | 31 | 36 | 27 | 6 |
| | | Anacostia | # | 96 | 101 | 119 | 142 | 132 | 134 | 152 | 137 | 10 | | 6 | 12 | 5 | 5 | 6 | 0 |
| | | Congress Heights | # | 97 | 94 | 115 | 134 | 121 | 108 | 110 | 93 | 14 | | 4 | 6 | 5 | 10 | 5 | 1 |
| | | Fort Davis | # | 91 | 85 | 138 | 144 | 129 | 127 | 127 | 124 | 23 | | 1 | 8 | 11 | 6 | 5 | 1 |
| | | H Street | # | 120 | 102 | 157 | 176 | 164 | 152 | 166 | 145 | 27 | | 7 | 5 | 4 | 12 | 6 | 3 |
| | | Taylor Street | # | 102 | 122 | 121 | 124 | 128 | 101 | 128 | 126 | 28 | | 3 | 2 | 6 | 2 | 5 | 1 |
| | | Other | # | 5 | 7 | 3 | 12 | 13 | 11 | 12 | 8 | 1 | | 0 | 1 | 0 | 1 | 0 | 0 |

Exhibit D

FNS Weekly Report from DC 2018-06-15.xlsx - II. Certification Metrics (W)

| No | Measure (by Service Center) | Unit | Oct-17 | Nov-17 | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Weekly Total (Ending 6/2) | 06/03 (Sun) | 06/04 (Mon) | 06/05 (Tue) | 06/06 (Wed) | 06/07 (Thu) | 06/08 (Fri) | 06/09 (Sat) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| c | Initial applications denied | # | 204 | 481 | 394 | 405 | 412 | 505 | 384 | 454 | 110 | 10 | 11 | 4 | 21 | 17 | 23 | 5 |
| | Anacostia | # | 37 | 99 | 69 | 91 | 86 | 89 | 94 | 98 | 22 | 3 | 3 | 1 | 1 | 2 | 3 | 1 |
| | Congress Heights | # | 41 | 82 | 81 | 81 | 79 | 94 | 64 | 88 | 25 | 0 | 4 | 1 | 4 | 2 | 0 | 0 |
| | Fort Davis | # | 42 | 96 | 85 | 83 | 92 | 105 | 77 | 70 | 11 | 2 | 2 | 0 | 5 | 6 | 6 | 1 |
| | H Street | # | 44 | 104 | 77 | 86 | 95 | 103 | 75 | 92 | 31 | 1 | 1 | 1 | 5 | 6 | 7 | 2 |
| | Taylor Street | # | 38 | 89 | 75 | 57 | 54 | 100 | 63 | 97 | 19 | 4 | 0 | 1 | 4 | 1 | 7 | 1 |
| | Other | # | 2 | 11 | 7 | 7 | 6 | 14 | 11 | 9 | 2 | 0 | 1 | 0 | 2 | 0 | 0 | 0 |
| d | Recertifications approved | # | 2,894 | 3,544 | 2,399 | 3,222 | 3,602 | 3,694 | 3,728 | 3,292 | | | | | | | | |
| | Anacostia | # | 530 | 609 | 400 | 642 | 715 | 717 | 729 | 632 | | | | | | | | |
| | Congress Heights | # | 386 | 588 | 378 | 543 | 595 | 646 | 673 | 622 | | | | | | | | |
| | Fort Davis | # | 495 | 617 | 426 | 634 | 708 | 750 | 686 | 592 | | | | | | | | |
| | H Street | # | 553 | 647 | 553 | 747 | 853 | 800 | 851 | 785 | | | | | | | | |
| | Taylor Street | # | 370 | 494 | 373 | 464 | 623 | 655 | 611 | 542 | | | | | | | | |
| | Other | # | 560 | 589 | 269 | 192 | 108 | 126 | 178 | 119 | | | | | | | | |
| e | Recertifications denied | # | 3,242 | 2,641 | 2,479 | 1,762 | 3,479 | 2,732 | 3,083 | 3,255 | | | | | | | | |
| | Anacostia | # | 500 | 435 | 455 | 327 | 692 | 504 | 573 | 593 | | | | | | | | |
| | Congress Heights | # | 514 | 369 | 419 | 297 | 600 | 504 | 517 | 568 | | | | | | | | |
| | Fort Davis | # | 612 | 425 | 493 | 384 | 744 | 570 | 638 | 691 | | | | | | | | |
| | H Street | # | 534 | 541 | 524 | 396 | 712 | 548 | 740 | 754 | | | | | | | | |
| | Taylor Street | # | 418 | 348 | 321 | 250 | 616 | 437 | 462 | 526 | | | | | | | | |
| | Other | # | 664 | 523 | 267 | 108 | 115 | 169 | 153 | 123 | | | | | | | | |
| f | Pending initial applications (with no outstanding verification item) | # | | | | | | | | | 362 | | | | | | | |
| | Anacostia | # | | | | | | | | | 72 | | | | | | | |
| | Congress Heights | # | | | | | | | | | 63 | | | | | | | |
| | Fort Davis | # | | | | | | | | | 78 | | | | | | | |
| | H Street | # | | | | | | | | | 87 | | | | | | | |
| | Taylor Street | # | | | | | | | | | 51 | | | | | | | |
| | Other | # | | | | | | | | | 11 | | | | | | | |

Exhibit D

FNS Weekly Report from DC 2018-06-15.xlsx - II. Certification Metrics (W)

| No | Measure (by Service Center) | Unit | Oct-17 | Nov-17 | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Weekly Total (Ending 6/2) | 06/03 (Sun) | 06/04 (Mon) | 06/05 (Tue) | 06/06 (Wed) | 06/07 (Thu) | 06/08 (Fri) | 06/09 (Sat) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Mid-cert forms received (Total) | # | 2,820 | 2,986 | 2,955 | 2,641 | 2,616 | 2,552 | 2,425 | 2,402 | 268 | 0 | 70 | 92 | 80 | 144 | 56 | 0 |
| | Anacostia | # | 1,169 | 1,491 | 1,462 | 1,003 | 1,302 | 873 | 731 | 557 | 29 | | 25 | 26 | 7 | 65 | 13 | |
| | Congress Heights | # | 407 | 395 | 348 | 467 | 346 | 400 | 447 | 622 | 66 | | 23 | 13 | 18 | 31 | 8 | |
| | Fort Davis | # | 672 | 526 | 492 | 524 | 378 | 670 | 500 | 551 | 40 | | 4 | 8 | 28 | 32 | 12 | |
| | H Street | # | 410 | 526 | 441 | 380 | 335 | 279 | 368 | 309 | 66 | | 1 | 16 | 7 | 5 | 8 | |
| | Taylor Street | # | 162 | 48 | 212 | 267 | 255 | 330 | 379 | 363 | 67 | | 17 | 29 | 20 | 11 | 15 | |
| | Other | # | | | | | | | | | | | | | | | | |
| 4 | Mid-cert cases processed (total) | # | 2,506 | 2,510 | 2,540 | 2,301 | 2,296 | 2,238 | 2,176 | 987 | 242 | 0 | 61 | 82 | 77 | 134 | 54 | 0 |
| | Anacostia | # | 983 | 1,179 | 1,237 | 818 | 1,106 | 703 | 607 | 232 | 27 | | 23 | 24 | 7 | 59 | 12 | |
| | Congress Heights | # | 368 | 323 | 277 | 375 | 294 | 340 | 409 | 244 | 54 | | 17 | 12 | 16 | 28 | 8 | |
| | Fort Davis | # | 646 | 518 | 486 | 518 | 372 | 655 | 492 | 192 | 38 | | 4 | 7 | 28 | 31 | 12 | |
| | H Street | # | 358 | 444 | 345 | 347 | 294 | 244 | 324 | 156 | 62 | | 1 | 13 | 7 | 5 | 7 | |
| | Taylor Street | # | 151 | 46 | 195 | 243 | 230 | 296 | 344 | 163 | 61 | | 16 | 26 | 19 | 11 | 15 | |
| | Other | # | | | | | | | | | | | | | | | | |
| 5 | Maintenance items received (Total) | # | 2,790 | 3,711 | 3,230 | 2,799 | 2,248 | 3,026 | 2,409 | 2,550 | 397 | 0 | 84 | 184 | 185 | 117 | 112 | 0 |
| | Anacostia | # | 465 | 347 | 480 | 301 | 258 | 446 | 383 | 413 | 73 | | 21 | 32 | 35 | 23 | 10 | |
| | Congress Heights | # | 313 | 350 | 235 | 193 | 255 | 172 | 241 | 205 | 25 | | 19 | 22 | 20 | 8 | 6 | |
| | Fort Davis | # | 517 | 518 | 476 | 394 | 389 | 478 | 559 | 503 | 95 | | 9 | 25 | 15 | 18 | 20 | |
| | H Street | # | 374 | 381 | 575 | 483 | 547 | 550 | 367 | 272 | 57 | | 15 | 12 | 2 | 4 | 13 | |
| | Taylor Street | # | 226 | 510 | 373 | 255 | 157 | 566 | 320 | 382 | 56 | | 13 | 16 | 18 | 6 | 7 | |
| | Other | # | 895 | 1,605 | 1,091 | 1,173 | 642 | 814 | 539 | 775 | 91 | | 7 | 77 | 95 | 58 | 56 | |
| 6 | Maintenance items processed (Total) | # | 2,321 | 3,178 | 2,741 | 2,203 | 1,782 | 2,507 | 1,959 | 2,030 | 350 | 0 | 71 | 142 | 132 | 67 | 69 | 0 |
| | Anacostia | # | 354 | 258 | 386 | 238 | 172 | 312 | 288 | 307 | 61 | | 18 | 25 | 18 | 17 | 8 | |
| | Congress Heights | # | 235 | 257 | 171 | 159 | 203 | 141 | 192 | 165 | 16 | | 17 | 17 | 18 | 7 | 4 | |
| | Fort Davis | # | 469 | 476 | 432 | 364 | 378 | 439 | 528 | 454 | 88 | | 8 | 22 | 12 | 16 | 20 | |
| | H Street | # | 251 | 263 | 463 | 363 | 406 | 418 | 291 | 225 | 48 | | 9 | 7 | 1 | 4 | 7 | |
| | Taylor Street | # | 194 | 382 | 318 | 208 | 134 | 470 | 265 | 308 | 48 | | 12 | 12 | 15 | 6 | 3 | |
| | Other | # | 818 | 1,542 | 971 | 871 | 489 | 727 | 395 | 571 | 89 | | 7 | 59 | 68 | 17 | 27 | |

Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx - II. Certification Metrics (W)**

| No | Measure (by Service Center) | Unit | Oct-17 | Nov-17 | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Weekly Total (Ending 6/2) | 06/03 (Sun) | 06/04 (Mon) | 06/05 (Tue) | 06/06 (Wed) | 06/07 (Thu) | 06/08 (Fri) | 06/09 (Sat) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Month** | | | | | | | | | **Day of Week** | | | |
| 7 | Cases closed by Service Center | | | | | | | | | | | | | | | | | |
| 8 | Initial expedited applications not yet processed after 7 days | # | | | | | | | | | | | | | | | | |
| | Anacostia | # | | | | | | | | | | | | | | | | |
| | Congress Heights | # | | | | | | | | | | | | | | | | |
| | Fort Davis | # | | | | | | | | | | | | | | | | |
| | H Street | # | | | | | | | | | | | | | | | | |
| | Taylor Street | # | | | | | | | | | | | | | | | | |
| | Other | # | | | | | | | | | | | | | | | | |
| 9 | Initial regular applications not yet processed after 30 days | # | | | | | | | | | | | | | | | | |
| 10 | All SNAP notices in "pass" status | # | 43,601 | 37,667 | 39,964 | 55,896 | 42,758 | 44,026 | 44,035 | 46,121 | **13,676** | 0 | 894 | 943 | 1,262 | 1,381 | 805 | 293 |
| 11 | All SNAP notices in "fail" status | # | 11,421 | 9,996 | 21,709 | 18,157 | 11,421 | 11,428 | 9,849 | 9,155 | **2,369** | 0 | 424 | 342 | 427 | 497 | 565 | 112 |
| 12 | APT Rate | | | | | | | | | | | | | | | | | |

Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx - II. Certification Metrics (W)**

| No | | Measure (by Service Center) | Weekly Total (Ending 6/9) | Data Source | Note |
|---|---|---|---|---|---|
| 1 | a | Initial applications received (Total) | 797 | DCAS Report - Newly Filed Initial Applications | This counts the number of initial applications received - filed by customers, based on application filing date.  Therefore, data may change as some data (backlog) can be entered retroactively. |
| | | Anacostia | 143 | | |
| | | Congress Heights | 137 | | |
| | | Fort Davis | 165 | | |
| | | H Street | 178 | | |
| | | Taylor Street | 140 | | |
| | | Other | 34 | | |
| | b | Recertifications received (Total) | | DCAS Report - Recertifications Received | Unlike initial applications, currently DCAS does not record the date of recertification receipt.  A change is underway.  In the meantime, for this measure, we compiled # of recertification cases processed (approved + denied/closed from recert due to other reasons when a customer returned to recertify).  The daily report will be created when revised SNAP Recert/Midcert functionality is deployed to production (expected summer 2018) |
| | | Anacostia | | | |
| | | Congress Heights | | | |
| | | Fort Davis | | | |
| | | H Street | | | |
| | | Taylor Street | | | |
| | | Other | | | |
| 2 | a | Initial applications approved for e-SNAP | 432 | DCAS Report - Initial Applications Approved | |
| | | Anacostia | 91 | | |
| | | Congress Heights | 80 | | |
| | | Fort Davis | 83 | | |
| | | H Street | 80 | | |
| | | Taylor Street | 84 | | |
| | | Other | 14 | | |
| | b | Initial applications approved for regular SNAP | 155 | DCAS Report - Initial Applications Approved | |
| | | Anacostia | 34 | | |
| | | Congress Heights | 31 | | |
| | | Fort Davis | 32 | | |
| | | H Street | 37 | | |
| | | Taylor Street | 19 | | |
| | | Other | 2 | | |

Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx - II. Certification Metrics (W)**

| No | Measure (by Service Center) | Weekly Total (Ending 6/9) | Data Source | Note |
|---|---|---|---|---|
| c | Initial applications denied | 91 | DCAS Report - Initial Applications Denied | |
| | Anacostia | 14 | | |
| | Congress Heights | 11 | | |
| | Fort Davis | 22 | | |
| | H Street | 23 | | |
| | Taylor Street | 18 | | |
| | Other | 3 | | |
| d | Recertifications approved | | DCAS Report - Recertification Approved | The daily report will be created when revised SNAP Recert/Midcert functionality is deployed to production (expected summer 2018) |
| | Anacostia | | | |
| | Congress Heights | | | |
| | Fort Davis | | | |
| | H Street | | | |
| | Taylor Street | | | |
| | Other | | | |
| e | Recertifications denied | | DCAS Report - Recertification Denied | The daily report will be created when revised SNAP Recert/Midcert functionality is deployed to production (expected summer 2018) |
| | Anacostia | | | |
| | Congress Heights | | | |
| | Fort Davis | | | |
| | H Street | | | |
| | Taylor Street | | | |
| | Other | | | |
| f | Pending initial applications (with no outstanding verification item) | 362 | DCAS Report - Pending Application | Number of pending applications is a point-in-time snapshot data and the District will continue to provide this data at the end of the reporting week as discussed during the 5/23 conference call.

NOTE: Data reported in the first baseline report for the week ending 5/12 was incorrect - we provided the number based on revised logic in our socond weekly report (May 19). |
| | Anacostia | 74 | | |
| | Congress Heights | 71 | | |
| | Fort Davis | 71 | | |
| | H Street | 79 | | |
| | Taylor Street | 53 | | |
| | Other | 14 | | |

Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx - II. Certification Metrics (W)**

| No | Measure (by Service Center) | Weekly Total (Ending 6/9) | Data Source | Note |
|---|---|---|---|---|
| 3 | Mid-cert forms received (Total) | **442** | Pathos | Mid-cert forms received is defined as non-lobby tasks claimed for mid-certification in PathOS |
| | Anacostia | 136 | | |
| | Congress Heights | 93 | | |
| | Fort Davis | 84 | | |
| | H Street | 37 | | |
| | Taylor Street | 92 | | |
| | Other | | | |
| 4 | Mid-cert cases processed (total) | **408** | Pathos | Need clarification on 'processed'.  In this report, the District included those cases initiated to process but that have not been completed as well as approved and denied mid-cert cases. |
| | Anacostia | 125 | | |
| | Congress Heights | 81 | | |
| | Fort Davis | 82 | | |
| | H Street | 33 | | |
| | Taylor Street | 87 | | |
| | Other | | | |
| 5 | Maintenance items received (Total) | **682** | Pathos | DC counted verifications (for all programs) as the only maintenance documents for this measure. Verification items received are defined as non-lobby tasks claimed for verifications. They include verification items handled by CPU, ABD Transitions, and Returned Verification. |
| | Anacostia | 121 | | |
| | Congress Heights | 75 | | |
| | Fort Davis | 87 | | |
| | H Street | 46 | | |
| | Taylor Street | 60 | | |
| | Other | 293 | | |
| 6 | Maintenance items processed (Total) | **481** | Pathos | Same as above; need clarification on 'processed'. |
| | Anacostia | 86 | | |
| | Congress Heights | 63 | | |
| | Fort Davis | 78 | | |
| | H Street | 28 | | |
| | Taylor Street | 48 | | |
| | Other | 178 | | |

Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx - II. Certification Metrics (W)**

| No | Measure (by Service Center) | Weekly Total (Ending 6/9) | Data Source | Note |
|---|---|---|---|---|
| 7 | Cases closed by Service Center | | | Upon FNS approval, this item has been moved to I.Monthly Measures |
| 8 | Initial expedited applications not yet processed after 7 days<br><br>Anacostia<br>Congress Heights<br>Fort Davis<br>H Street<br>Taylor Street<br>Other | | DCAS Report - Pending Application | DHS will use e-SNAP "potential eligibility" to break pending apps into expedite and non-expedite.  The report is in development and we should be able to start reporting by 6/29. |
| 9 | Initial regular applications not yet processed after 30 days | | DCAS - Pending Application | Same as above (DHS will use "potential eligibility" for pending applications) |
| 10 | All SNAP notices in "pass" status | 5,578 | DCAS Report - Notice Summary | FNS confirmed data should be provided weekly - DHS has added a 4th tab to the spreadsheet with the required details |
| 11 | All SNAP notices in "fail" status | 2,367 | DCAS Report - Notice Summary | Same as above |
| 12 | APT Rate | | | FNS guideline is to measure APT monthly.  This was included in certifcation metrics and we have moved it to this monthly measure tab. |

Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx - III. Other Metrics (W)**

| No | | Measure (by Service Center) | Unit | Month | | | Week Ending 6/2/18 | | Day of Week | | | | | Week Ending 6/9/18 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Mar-18 | Apr-18 | May-18 | Weekly Total | Daily Average | 06/04 (Mon) | 06/05 (Tue) | 06/06 (Wed) | 06/07 (Thu) | 06/08 (Fri) | Weekly Total | Daily Average |
| **Mail Center/Scanning Center Metrics** | | | | | | | | | | | | | | | |
| 1 | | Total number of documents received | # | | | | | | | | | | | | |
| | a | Initial applications + Recertifications | # | | | | | | | | | | | | |
| | b | Mid certification forms | # | | | | | | | | | | | | |
| | c | Maintenance (verification items) | # | | | | | | | | | | | | |
| | d | Returned mail | # | | | | | | | | | | | | |
| 2 | | Total number of SNAP documents that were scanned by document type | # | | | | | | | | | | | | |
| | a | Initial applications + Recertifications | # | | | | | | | | | | | | |
| | c | Mid-certifications | # | | | | | | | | | | | | |
| | d | Other maintenance documents | # | | | | | | | | | | | | |
| 3 | | Total number of SNAP documents that were scanned but not indexed timely. | # | | | | | | | | | | | | |
| 4 | | Total number of tasks on pending task list, break down by type | # | | | | | | | | | | | | |
| **Lobby Metrics (by Day and Service Center)** | | | | | | | | | | | | | | | |
| 5 | a | Customer visit (Lobby cases) per day | # | 735 | 809 | 791 | 3,379 | **845** | 879 | 876 | 950 | 772 | 725 | 4,202 | **840** |
| | b | Anacostia | # | 144 | 174 | 175 | 680 | **170** | 181 | 180 | 200 | 176 | 154 | 891 | **178** |
| | c | Congress Heights | # | 125 | 149 | 129 | 532 | **133** | 154 | 165 | 166 | 152 | 122 | 759 | **152** |
| | d | Fort Davis | # | 123 | 134 | 141 | 607 | **152** | 143 | 162 | 167 | 131 | 146 | 749 | **150** |
| | e | H Street | # | 196 | 202 | 195 | 895 | **224** | 237 | 197 | 231 | 166 | 173 | 1,004 | **201** |
| | f | Taylor Street | # | 147 | 150 | 151 | 665 | **166** | 164 | 172 | 186 | 147 | 130 | 799 | **160** |
| | g | Other | # | | | | | | | | | | | | |
| 6 | a | Average wait time in lobby | h:m | 1:40 | 1:39 | 1:26 | | **1:48** | 2:02 | 1:58 | 1:46 | 1:47 | 1:48 | | **1:52** |
| | b | Anacostia | h:m | 1:17 | 1:07 | 1:19 | | 1:39 | 1:20 | 1:59 | 1:21 | 1:33 | 1:52 | | 1:37 |
| | c | Congress Heights | h:m | 1:34 | 1:25 | 1:31 | | 1:28 | 1:20 | 1:22 | 1:11 | 1:37 | 1:21 | | 1:22 |
| | d | Fort Davis | h:m | 1:35 | 1:37 | 1:28 | | 1:36 | 3:13 | 2:19 | 1:38 | 1:40 | 1:46 | | 2:07 |

Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx - III. Other Metrics (W)**

| No | | Measure (by Service Center) | Unit | Month | | | Week Ending 6/2/18 | | Day of Week | | | | | Week Ending 6/9/18 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Mar-18 | Apr-18 | May-18 | Weekly Total | Daily Average | 06/04 (Mon) | 06/05 (Tue) | 06/06 (Wed) | 06/07 (Thu) | 06/08 (Fri) | Weekly Total | Daily Average |
| | e | H Street | h:m | 2:00 | 1:48 | 2:09 | | 1:57 | 2:33 | 2:29 | 2:46 | 2:20 | 1:56 | | 2:24 |
| | f | Taylor Street | h:m | 1:54 | 2:20 | 1:56 | | 2:20 | 1:47 | 1:43 | 1:57 | 1:47 | 2:05 | | 1:51 |
| | g | Other | h:m | | | | | | | | | | | | |
| 7 | a | Reason for coming into the office | # | | | | | | | | | | | | |
| 8 | a | Non-lobby cases per day | # | 698 | 757 | 711 | 3,158 | **790** | 756 | 713 | 997 | 487 | 1,767 | 4,720 | **944** |
| | b | Anacostia | # | 99 | 109 | 97 | 452 | **113** | 85 | 113 | 125 | 110 | 52 | 485 | **97** |
| | c | Congress Heights | # | 68 | 86 | 70 | 349 | **87** | 62 | 56 | 123 | 34 | 88 | 363 | **73** |
| | d | Fort Davis | # | 103 | 119 | 114 | 567 | **142** | 127 | 75 | 182 | 85 | 120 | 589 | **118** |
| | e | H Street | # | 167 | 166 | 189 | 894 | **224** | 176 | 145 | 189 | 161 | 177 | 848 | **170** |
| | f | Taylor Street | # | 108 | 113 | 100 | 411 | **103** | 77 | 81 | 104 | 68 | 130 | 460 | **92** |
| | g | Other | # | 153 | 165 | 142 | 485 | **121** | 229 | 243 | 274 | 29 | 1,200 | 1,975 | **395** |
| 9 | a | Completed lobby cases (one-and-done) per day for all centers | # | | | 464 | 1,943 | **486** | 502 | 450 | 535 | 477 | 411 | 2,375 | **475** |
| | b | Anacostia | # | | | 111 | 414 | **104** | 119 | 105 | 143 | 115 | 94 | 576 | **115** |
| | c | Congress Heights | # | | | 57 | 225 | **56** | 77 | 58 | 55 | 88 | 61 | 339 | **68** |
| | d | Fort Davis | # | | | 102 | 425 | **106** | 80 | 93 | 102 | 89 | 94 | 458 | **92** |
| | e | H Street | # | | | 95 | 448 | **112** | 120 | 87 | 105 | 83 | 71 | 466 | **93** |
| | f | Taylor Street | # | | | 99 | 431 | **108** | 106 | 107 | 130 | 102 | 91 | 536 | **107** |
| | g | Other | # | | | | | | | | | | | | |
| 10 | a | Completion (one-and-done) rate for all customer centers | % | 84% | 85% | 85% | | **84%** | 86% | 83% | 86% | 87% | 84% | | **85%** |
| | b | Anacostia | % | 87% | 87% | 86% | | **85%** | 86% | 87% | 87% | 86% | 85% | | **86%** |
| | c | Congress Heights | % | 83% | 83% | 82% | | **81%** | 88% | 70% | 82% | 81% | 73% | | **79%** |
| | d | Fort Davis | % | 86% | 88% | 88% | | **87%** | 86% | 86% | 87% | 90% | 89% | | **88%** |
| | e | H Street | % | 82% | 84% | 85% | | **85%** | 85% | 89% | 85% | 88% | 88% | | **87%** |
| | f | Taylor Street | % | 82% | 82% | 84% | | **84%** | 85% | 85% | 87% | 89% | 85% | | **86%** |
| | g | Other | % | | | | | | | | | | | | |

Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx - III. Other Metrics (W)**

| No | Measure (by Service Center) | Unit | Month | | | Week Ending 6/2/18 | | Day of Week | | | | | Week Ending 6/9/18 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar-18 | Apr-18 | May-18 | Weekly Total | Daily Average | 06/04 (Mon) | 06/05 (Tue) | 06/06 (Wed) | 06/07 (Thu) | 06/08 (Fri) | Weekly Total | Daily Average |
| **Call Center Metrics (By Day)** | | | | | | | | | | | | | | |
| 11 a | Total number of incoming calls | # | 35,844 | 31,796 | 37,331 | **7,477** | **1,869** | 2,730 | 2,058 | 1,917 | 1,620 | 1,622 | **9,947** | **1,989** |
| 12 a | Calls Answered | # | 21,384 | 17,508 | 20,181 | **3,713** | **928** | 916 | 1,169 | 901 | 1,061 | 850 | **4,897** | **979** |
| b | Calls Abandoned | # | 14,460 | 14,288 | 17,150 | **3,764** | **941** | 1,814 | 889 | 1,016 | 559 | 772 | **5,050** | **1,010** |
| 13 a | Average hold time per call | min | 12m | 13m | 13m | | **15m** | 22m | 13m | 16m | 11m | 13m | | **15m** |
| b | Average handle time per call | min | 7m | 8m | 7m | | **8m** | 9m | 7m | 9m | 8m | 8m | | **8m** |
| 14 | SNAP-related complaints | | | | | 45 | 11 | 9 | 22 | 11 | 20 | 5 | 58 | **13** |
| 15 | Fair hearing requests received | # | **31** | **43** | | 9 | | **2** | **2** | **0** | **7** | **0** | **11** | |
| | Anacostia | # | | | | 2 | | 0 | 0 | 0 | 3 | 0 | 3 | |
| | Congress Heights | # | | | | 1 | | 0 | 1 | 0 | 2 | 0 | 3 | |
| | Fort Davis | # | | | | 0 | | 1 | 1 | 0 | 1 | 0 | 3 | |
| | H Street | # | | | | 5 | | 0 | 0 | 0 | 1 | 0 | 1 | |
| | Taylor Street | # | | | | 1 | | 1 | 0 | 0 | 0 | 0 | 1 | |
| **System Metrics (Weekly)** | | | | | | | | | | | | | | |
| 16 | Number of unplanned system outages, including what, when and duration | # | 0 | 0 | 0 | None | | None | | | | | | |
| 17 | Status of future planned outages, including what, when and duration | | N/A | N/A | N/A | DCAS has scheduled maintenance | | DCAS has scheduled maintenance windows on Sundays, normally from 7:00am to 2:00pm, used when needed. | | | | | | |
| **Recipient Overpayment Metrics (Weekly)** | | | | | | | | | | | | | | |
| 18 | Total number of client caused errors pending establishment | # | | | | | | | | | | | | |
| 19 a | Total number of delinquent claims in DCAS | # | 6127 | 6127 | 6127 | | | | | | | | | |

Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx - III. Other Metrics (W)**

| No | Measure (by Service Center) | Unit | Month Mar-18 | Month Apr-18 | Month May-18 | Week Ending 6/2/18 Weekly Total | Week Ending 6/2/18 Daily Average | Day of Week 06/04 (Mon) | Day of Week 06/05 (Tue) | Day of Week 06/06 (Wed) | Day of Week 06/07 (Thu) | Day of Week 06/08 (Fri) | Week Ending 6/9/18 Weekly Total | Week Ending 6/9/18 Daily Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| b | Total number of delinquent claims Federal Treasury Offset Program (TOP) Active Debt File | # | 2004 | 2004 | 2004 | | | | | | | | | |
| 20 a | Total amount of TOP collections | # | | 21 | | | | | | | | | | |
| b | Total amount of TOP refunds | # | | 29 | | | | | | | | | | |
| 21 | Total number of actions that could not be processed to include the root cause of the error and how it was addressed | # | 6 | 1 | 6 | 0 | x | 3 | 3 | 2 | 3 | 3 | 14 | x |
| 22 a | Number of debts terminated | # | 0 | 0 | 0 | 0 | x | | | | | | | |
| b | Number of debts written off | # | 0 | 3 | 0 | 0 | x | | | | | | | |
| c | Pending subsequent demand letter | # | 33 | 65 | 10 | 0 | x | 5 | 1 | 1 | 2 | 3 | 12 | |

Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx - III. Other Metrics (W)**

| No | | Measure (by Service Center) | Data Source | Note |
|---|---|---|---|---|
| **Mail Center/Scanning Center Metrics** | | | | |
| 1 | | Total number of documents received | PathOS | DHS will provide data using Pathos.  The report is in development.  We expect to be able to report by 6/22. |
| | a | Initial applications + Recertifications | | |
| | b | Mid certification forms | | |
| | c | Maintenance (verification items) | | |
| | d | Returned mail | | |
| 2 | | Total number of SNAP documents that were scanned by document type | N/A | The required information is not stored in DIMS, but receipt of these documents will be tracked by #1 above.  Discussed with FNS and this is to be removed. |
| | a | Initial applications + Recertifications | | |
| | c | Mid-certifications | | |
| | d | Other maintenance documents | | |
| 3 | | Total number of SNAP documents that were scanned but not indexed timely. | DIMS | DIMS currently does not track the program associated with scanned documents, but is scheduled to be updated by the end 2018.  The upgrade will allow us to report on this measure, so we will begin reporting in the following month upon implementation of the system update. |
| 4 | | Total number of tasks on pending task list, break down by type | DCAS | We are in the process of updating the task function and triggers in DCAS.  We will start reporting this data beginning July 2018. |
| **Lobby Metrics (by Day and Service Center)** | | | | |
| 5 | a | Customer visit (Lobby cases) per day | Pathos | The number of customer visits tends to be higher in the first two weeks of each month. |
| | b | Anacostia | | |
| | c | Congress Heights | | |
| | d | Fort Davis | | |
| | e | H Street | | |
| | f | Taylor Street | | |
| | g | Other | | |
| 6 | a | Average wait time in lobby | Pathos | So does the average wait-time as it is affected by the number of customer visits |
| | b | Anacostia | | |
| | c | Congress Heights | | |
| | d | Fort Davis | | |

Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx - III. Other Metrics (W)**

| No | | Measure (by Service Center) | Data Source | Note |
|---|---|---|---|---|
| | e | H Street | | |
| | f | Taylor Street | | |
| | g | Other | | |
| 7 | a | Reason for coming into the office | Pathos | We are in the process of developing a report to summarize this data broken by reason, location and day.  We expect to be able to report this by 6/22. |
| 8 | a | Non-lobby cases per day | Pathos | Other location indicates Central Processing Unit (CPU), which processes a variety of ad-hoc/special projects as well as ongoing items, including incarceration report, new born report, and transition report.  Therefore, the number in the "Other" group may fluctuate day by day. |
| | b | Anacostia | | |
| | c | Congress Heights | | |
| | d | Fort Davis | | |
| | e | H Street | | |
| | f | Taylor Street | | |
| | g | Other | | |
| 9 | a | Completed lobby cases (one-and-done) per day for all centers | Pathos | |
| | b | Anacostia | | |
| | c | Congress Heights | | |
| | d | Fort Davis | | |
| | e | H Street | | |
| | f | Taylor Street | | |
| | g | Other | | |
| 10 | a | Completion (one-and-done) rate for all customer centers | Pathos | Completion rate is defined as the number of completed lobby cases out of lobby cases worked. |
| | b | Anacostia | | |
| | c | Congress Heights | | |
| | d | Fort Davis | | |
| | e | H Street | | |
| | f | Taylor Street | | |
| | g | Other | | |

Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx - III. Other Metrics (W)**

| No | Measure (by Service Center) | Data Source | Note |
|---|---|---|---|
| **Call Center Metrics (By Day)** | | | |
| 11 a | Total number of incoming calls | Call Ctr | |
| 12 a<br>b | Calls Answered<br>Calls Abandoned | Call Ctr | DC does not use the term of 'dropped call' |
| 13 a<br>b | Average hold time per call<br>Average handle time per call | Call Ctr | |
| 14 | SNAP-related complaints | Salesforce.com | DHS has launched a new Saleforce.com (SFDCV) tool for tracking customer complaints.  Because June will be the first full month with this data, monthly |
| 15 | Fair hearing requests received<br><br>Anacostia<br>Congress Heights<br>Fort Davis<br>H Street<br>Taylor Street | OARA | May data will be updated in the next report. |
| **System Metrics (Weekly)** | | | |
| 16 | Number of unplanned system outages, including what, when and duration | DHCF | An unplanned system outage occurs rarely.  Discuss moving this topic to the bi-weekly technical meeting. |
| 17 | Status of future planned outages, including what, when and duration | DHCF | |
| **Recipient Overpayment Metrics (Weekly)** | | | |
| 18 | Total number of client caused errors pending establishment | Over-payment unit | Per FNS guideline, DC has not processed recoupment on these cases. FNS has confirmed that DC can report this monthly, so it is been moved to the bottom of the "Monthly" Tab I |
| 19 a | Total number of delinquent claims in DCAS | DCAS Rpt - MR540 | DCAS is developing a report to generate data by day.  Expect to be able to report by 6/29. |

Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx - III. Other Metrics (W)**

| No | | Measure (by Service Center) | Data Source | Note |
|---|---|---|---|---|
| | b | Total number of delinquent claims | | Same as above. |
| | | Federal Treasury Offset Program (TOP) Active Debt File | DCAS Rpt - FY209 | |
| 20 | a | Total amount of TOP collections | DCAS Rpt - FY209 | Same as above. |
| | b | Total amount of TOP refunds | DCAS Rpt - FY209 | Same as above. |
| 21 | | Total number of actions that could not be processed to include the root cause of the error and how it was addressed | DCAS | Last two weeks we had 6 records failed with reason 58(Debt Account ID cannot be found for Agency/Agency Site). |
| 22 | a | Number of debts terminated | DCAS Rpt - FY209 | Currently the DHS Finance Office determines debt collectability every six months. This process is being updated to monthly, and DHS is requesting to report the data monthly as well (which would move this question to Tab I). |
| | b | Number of debts written off | | |
| | c | Pending subsequent demand letter | | |

Exhibit D

**FNS Weekly Report from DC 2018-06-15.xlsx**

## SNAP Notice Summary by Notice Type and Day

Source: DCAS Notice Summary Report (downloaded as of 6/12/18)

| Notice Template Name | Notice Status | Day when notice was genreated during week between 6/3/18 and 6/9/18 | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | Sunday 06/03/18 | Monday 06/04/18 | Tuesday 06/05/18 | Wednesday 06/06/18 | Thursday 06/07/18 | Friday 06/08/18 | Saturday 06/09/18 | |
| SNAP Approval | Failed | | 8 | 5 | 8 | 8 | 68 | 1 | **98** |
| | PASSED | | 79 | 133 | 204 | 235 | 138 | 77 | **866** |
| | **Total** | | **87** | **138** | **212** | **243** | **206** | **78** | **964** |
| SNAP Change in Benefit | Failed | | 336 | 219 | 322 | 398 | 209 | 52 | **1,536** |
| | PASSED | | 196 | 135 | 236 | 290 | 103 | 24 | **984** |
| | **Total** | | **532** | **354** | **558** | **688** | **312** | **76** | **2,520** |
| SNAP Denial | Failed | | 4 | 7 | 4 | 5 | 4 | 10 | **34** |
| | PASSED | | 13 | 9 | 14 | 8 | 10 | 15 | **69** |
| | **Total** | | **17** | **16** | **18** | **13** | **14** | **25** | **103** |
| SNAP Expedited Approval | Failed | | 9 | 12 | 17 | 25 | 34 | | **97** |
| | PASSED | | 71 | 82 | 83 | 86 | 38 | | **360** |
| | **Total** | | **80** | **94** | **100** | **111** | **72** | | **457** |
| SNAP Expedited Approval Verification Needed | Failed | | 3 | 7 | 7 | 3 | 3 | | **23** |
| | PASSED | | | 2 | | 5 | | | **7** |
| | **Total** | | **3** | **9** | **7** | **8** | **3** | | **30** |
| SNAP Intentional Program Violation | Failed | | | | | | | | **0** |
| | PASSED | | | | | 1 | | | **1** |
| | **Total** | | | | | **1** | | | **1** |
| SNAP Interview Appointment | Failed | | | | | | | | **0** |
| | PASSED | | | | | 1 | | | **1** |
| | **Total** | | | | | **1** | | | **1** |
| SNAP Mid Certification Reported Changes | Failed | | **19** | **17** | **11** | **17** | **28** | **16** | **108** |
| | PASSED | | 63 | 63 | 77 | 105 | 41 | 5 | **354** |
| | **Total** | | **82** | **80** | **88** | **122** | **69** | **21** | **462** |
| SNAP Mid-Cert Reinstatement | Failed | | | | | 2 | | | **2** |
| | PASSED | | | | | | | | **0** |
| | **Total** | | | | | **2** | | | **2** |
| SNAP Overpayment Demand | Failed | | | | | 1 | | | **1** |
| | PASSED | | | | | | | | **0** |
| | **Total** | | | | | **1** | | | **1** |
| SNAP Recertification | Failed | | | | | | | | **0** |
| | PASSED | | 1 | | | | | | **1** |
| | **Total** | | **1** | | | | | | **1** |
| SNAP recertification approval | Failed | | 25 | 44 | 15 | 9 | 54 | 3 | **150** |
| | PASSED | | 113 | 116 | 152 | 154 | 115 | 20 | **670** |
| | **Total** | | **138** | **160** | **167** | **163** | **169** | **23** | **820** |
| SNAP Simplified Reporting | Failed | | | 1 | | 2 | 106 | 2 | **111** |
| | PASSED | | 249 | 301 | 385 | 372 | 243 | 99 | **1,649** |
| | **Total** | | **249** | **302** | **385** | **374** | **349** | **101** | **1,760** |
| SNAP Standard Reporting | Failed | | | | 1 | | 23 | | **24** |
| | PASSED | | 56 | 57 | 60 | 72 | 44 | 7 | **296** |
| | **Total** | | **56** | **57** | **61** | **72** | **67** | **7** | **320** |

**FNS Weekly Report from DC 2018-06-15.xlsx**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SNAP Termination | Failed | | 20 | 30 | 42 | 27 | 36 | 28 | **183** |
| | PASSED | | 53 | 45 | 51 | 52 | 73 | 46 | **320** |
| | **Total** | | **73** | **75** | **93** | **79** | **109** | **74** | **503** |
| **Total** | **Failed** | **0** | **424** | **342** | **427** | **497** | **565** | **112** | **2,367** |
| | **PASSED** | **0** | **894** | **943** | **1,262** | **1,381** | **805** | **293** | **5,578** |
| | **Total** | **0** | **1,318** | **1,285** | **1,689** | **1,878** | **1,370** | **405** | **7,945** |