UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHONICE G. GARNETT, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>LAURA ZEILINGER,<br><br>    Defendant. | Civil Action No. 17–1757 (CRC) |

DEFENDANT'S MOTION TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT

The District of Columbia (the District)[1] moves to dismiss plaintiffs' Amended Complaint [26] under Federal Rule of Civil Procedure 12(b)(1) and (6). In the Amended Complaint, plaintiffs challenge the District's administration of the Supplemental Nutrition Assistance Program (SNAP), alleging the District has violated the Food and Nutrition Act of 2008 (SNAP Act) and due process requirements, based on a policy or practice of failing to: (1) timely process initial SNAP applications; (2) provide SNAP beneficiaries a sufficient opportunity to complete the recertification process and receive their benefits timely; and (3) timely send notice to SNAP beneficiaries of processing delays and the opportunity for an administrative hearing.

---

[1] Defendant is Laura Zeilinger, sued in her official capacity as the Director of the District of Columbia Department of Human Services (DHS). As discussed in the attached memorandum of points and authorities, the District of Columbia should be substituted as the proper defendant.

As set forth in the accompanying memorandum of points and authorities, which is incorporated here, plaintiffs do not have standing to bring this lawsuit because there is no private right of action under the SNAP Act and plaintiffs have failed to exhaust their administrative remedies. Plaintiffs also lack standing because they—each and collectively—fail to allege an adequate injury-in-fact; any difficulties they experienced with their SNAP benefits have been remedied and their allegations do not show an ongoing failure in the District's administration of SNAP. But even if plaintiffs had standing, the Court still should dismiss the Amended Complaint as it fails to state a claim upon which relief can be granted because it relies on a misreading of since-corrected data. Finally, plaintiffs' constitutional claim should be dismissed because plaintiffs fail to state a due process violation or a basis for municipal liability under 42 U.S.C. § 1983. A proposed order is attached.

Dated:  July 17, 2018.          Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Conrad Z. Risher
CONRAD Z. RISHER [1044678]
AMANDA J. MONTEE [1018326]
Assistant Attorneys General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 442–5868
(202) 741–0557 (fax)
conrad.risher@dc.gov

*Counsel for Defendant the District of Columbia*