UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHONICE G. GARNETT *et al.*,

Plaintiffs,

v.

LAURA ZEILINGER,

Defendant.

Case No. 17-cv-1757 (CRC)

**SAMPLE REPORT**

Report for the month of _____, 2018

|  | Total Approved | Approved Timely | Percentage Approved Timely | Approved 0-10 Days Late | Approved 10-20 Days Late | Approved 20-30 Days Late | Approved 30+ Days Late |
|---|---|---|---|---|---|---|---|
| Non-expedited initial applications |  |  |  |  |  |  |  |
| Expedited initial applications |  |  |  |  |  |  |  |
| Recertification applications |  |  |  |  |  |  |  |
| All applications |  |  |  |  |  |  |  |

**Certification:** I have reviewed the above information and certify that it is accurate to the best of my knowledge.

Date: _____                    Signature (of appropriate official): _____