## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHONICE G. GARNETT** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **LAURA ZEILINGER,** <br><br> Defendant | Case No. 17-cv-1757 (CRC) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [71] Defendant's Motion to Dismiss is GRANTED IN PART and DENIED IN PART.  The Court will dismiss Count III of the Amended Complaint but will not dismiss Counts I and II.  It is further

**ORDERED** that Defendant file a response to the complaint by September 22, 2018.  It is further

**ORDERED** that the parties shall appear for an Initial Scheduling Conference on Thursday, October 25, 2018, at 10:00 a.m. in Courtroom 27A.  The Court will issue a separate Order providing further details regarding the Initial Scheduling Conference.

**SO ORDERED**.

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:  August 23, 2018