UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHONICE G. GARNETT, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | Civil Action No. 1:17-cv-1757 |
| v. | ) ) | |
| LAURA ZEILINGER, | ) ) ) | |
| *Defendant*. | ) ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY'S FEES

Individual Plaintiffs Shonice G. Garnett, Kathryn Harris, Linda Murph, James Stanley, and Roderick Gaines, and Organizational Plaintiff Bread for the City (collectively "Plaintiffs"), through counsel and pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby respectfully request that this Court grant an extension for Plaintiffs to file a motion for attorney's fees. Federal Rule of Civil Procedure 54(d)(2)(B)(i) requires Plaintiffs to file such a motion by September 6, 2018, 14 days after this Court's entry of its Preliminary Injunction Order. *See* Fed. R. Civ. P. 54(d)(2)(B)(i). Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure allows courts to extend deadlines for good cause. Fed. R. Civ. P. 6(b)(1)(A).

In support of the requested extension, the Plaintiffs state as follows:

1. On August 23, 2018, this Court entered a Preliminary Injunction Order. *See* ECF No. 74. Under the Federal Rules of Civil Procedure, a motion for attorney's fees is due "no later than 14 days after the entry of judgment." Fed. R. Civ. P. 54(d)(2)(B)(i). A grant of a preliminary injunction is a "judgment" under Federal Rule of Civil Procedure 54. *See* Fed. R. Civ. P. 54(a) (defining judgment as "any order from which an appeal lies"); *see also Select Milk*

*Producers, Inc. v Johanns*, 400 F.3d 939, 948 (D.C. Cir. 2005) (observing that "it is well established that preliminary injunctions are appealable orders under 28 U.S.C. § 1292(a)(1)"). As Plaintiffs are "prevailing parties" under the fee-shifting provisions of 42 U.S.C. § 1988, Plaintiffs' motion for attorney's fees in connection with the Court's entry of the Preliminary Injunction Order is due on September 6, 2018.

2. Plaintiffs request an extension of time to file a motion for attorney's fees until 30 days after either party informs the Court that the parties are at an impasse in the discussion of attorney's fees or such other time as may be agreed by the parties. This extension would enable the parties to discuss the issue of fees and potentially resolve the issue without the need for Plaintiffs to file a motion.

3. An extension would not prejudice the Defendant and would not delay resolution of this matter.

4. Pursuant to Local Rule of Civil Procedure 7(m), Plaintiffs exchanged electronic communication regarding this motion with Defendant's counsel on September 4 and 5, 2018. Counsel for the Defendant advised that they did not object to an extension for Plaintiffs to file a motion for attorney's fees.

Wherefore, Plaintiffs respectfully request the entry of the attached Order granting Plaintiff an extension of time for the filing of a motion for attorney's fees to 30 days after either party informs the Court that the parties are at an impasse or such other time as may be agreed by the parties.

Dated: September 5, 2018

Respectfully submitted,

   /s Chinh Q. Le
Chinh Q. Le (DC Bar No. 1007037)
Jennifer Mezey (DC Bar No. 462724)[*]
Chelsea Sharon (DC Bar No. 1016006)[*]
LEGAL AID SOCIETY OF THE
   DISTRICT OF COLUMBIA
1331 H Street NW, Suite 350
Washington, DC 20005
202-628-1161 (Phone)
202-727-2132 (Fax)
cle@legalaiddc.org
jmezey@legalaiddc.org
csharon@legalaiddc.org

Marc Cohan[††]
Travis W. England[††]
Katharine Deabler-Meadows[†]
NATIONAL CENTER FOR LAW
   AND ECONOMIC JUSTICE
275 7th Avenue, Suite 1506
New York, NY 10001
212-633-6967 (Phone)
212-633-6371 (Fax)
cohan@nclej.org

Peter R. Bisio (DC Bar No. 459256)
Lance Y. Murashige (DC Bar No. 1021562)
Emily Goldman (DC Bar No. 1032032)
Kaitlin Welborn (DC Bar No. 88187724)
Susan A. Musser[††]
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
202-637-5600 (Phone)
202-637-5910 (Fax)
peter.bisio@hoganlovells.com

*Attorneys for Plaintiffs*

---

[*]    Practicing pursuant to LCvR 83.2(g).
[†]    Application for admission *pro hac vice* to be sought.
[††]   Admitted to appear *pro hac vice*.

**CERTIFICATE OF SERVICE**

    I certify that, on September 5, 2018, I caused a copy of this Unopposed Motion for Extension of Time to File Motion for Attorney's Fees and accompanying materials to be served on the following via ECF:

Fernando Amarillas
Conrad Z. Risher
Amanda J. Montee
Office of the Attorney General for the District of Columbia
441 4th Street, NW
Washington, DC 20001
202-442-9887
fernando.amarillas@dc.gov
conrad.risher@dc.gov
amanda.montee@dc.gov


Date:  September 5, 2018                     /s/ Chinh Q. Le
                                                      Chinh Q. Le (DC Bar No. 1007037)
                                                      LEGAL AID SOCIETY OF THE
                                                          DISTRICT OF COLUMBIA
                                                      1331 H Street NW, Suite 350
                                                      Washington, DC 20005
                                                      202-628-1161 (Phone)
                                                      202-727-2132 (Fax)
                                                      cle@legalaiddc.org

                                                      *Attorney for Plaintiffs*