# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHONICE G. GARNETT, *et al.*,<br><br>         Plaintiffs,<br><br>    v.<br><br>LAURA ZEILINGER,<br><br>         Defendant. | Civil Action No. 17–1757 (CRC) |

## DEFENDANT'S ANSWER AND DEFENSES
## TO PLAINTIFFS' AMENDED COMPLAINT

Defendant the District of Columbia (the District)[1] responds to plaintiffs' Amended Complaint (Complaint) [26] as follows:

## DEFENSES

The District asserts and preserves the defenses listed below based on information currently available. The District reserves the right to withdraw these defenses or assert additional defenses as additional information becomes available.

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

---

[1] Defendant is Laura Zeilinger, sued in her official capacity as the Director of the District of Columbia Department of Human Services. Defendant is referred to as "the District" in this reply.

## THIRD DEFENSE

Plaintiffs' claims are barred by the failure to exhaust administrative or other available remedies.

## FOURTH DEFENSE

If plaintiffs were injured or damaged as alleged in the Complaint, such injuries or damages foreseeably resulted from the conduct of a person or entity other than the District, or factors outside the District's control.

## FIFTH DEFENSE

The District, at all relevant times, acted consistently with applicable laws, rules, regulations, and constitutional provisions.

## SIXTH DEFENSE

The District denies all allegations of wrongdoing including, but not limited to, any alleged violations of statutory and common law, and further denies that plaintiffs are entitled to any relief.

## SEVENTH DEFENSE

The doctrines of waiver, estoppel, unclean hands and laches equitably bar plaintiffs from seeking the relief sought in the Complaint.

## EIGHTH DEFENSE

The Complaint should be dismissed, in whole or in part, because the injunctive relief requested by plaintiffs exceeds the scope of their claims.

## NINTH DEFENSE

Plaintiffs are not entitled to any equitable relief from this Court because of their own actions or inactions.

## TENTH DEFENSE

Plaintiffs lack standing to maintain this action.

## ELEVENTH DEFENSE

The Complaint fails to allege sufficient facts to establish municipal liability under 42 U.S.C. § 1983.

## TWELFTH DEFENSE

Plaintiffs' claims are barred by the Court's August 23, 2018 Order [76].

## ANSWER TO PLAINTIFFS' AMENDED COMPLAINT

The District asserts that any allegation not specifically admitted in this Answer is denied and responds to the individually-numbered paragraphs of the Complaint as follows:

1.      This paragraph purports to characterize the nature of plaintiffs' action and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

2.      This paragraph purports to characterize plaintiffs and the nature of plaintiffs' action and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

3.      This paragraph purports to characterize the nature of plaintiffs' action and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

4.      This paragraph purports to characterize the nature of plaintiffs' action and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

## JURISDICTION[2]

5.      The District denies the allegations in this paragraph.

6.      The District denies the allegations in this paragraph.

## PARTIES

7.      The District lacks sufficient information to admit or deny the allegations in this paragraph.

8.      The District lacks sufficient information to admit or deny the allegations in this paragraph.

9.      The District lacks sufficient information to admit or deny the allegations in this paragraph.

10.      The District lacks sufficient information to admit or deny the allegations in this paragraph.

11.      The District lacks sufficient information to admit or deny the allegations in this paragraph.

12.      The District lacks sufficient information to admit or deny the allegations in this paragraph.

13.      The District lacks sufficient information to admit or deny the allegations in this paragraph.

14.      The District admits Bread for the City Inc. is a non-profit corporation registered in the District of Columbia. The remainder of this paragraph purports to

---

[2] Headings are provided to correspond to the Complaint to assist the Court in reviewing the Answer. However, the District denies all statements in the headings.

characterize the nature of Bread for the City and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

15.     The District admits that Laura Zeilinger is the Director of the District of Columbia Department of Human Services and that Director Zeilinger is sued in her official capacity. The remaining allegations are denied.

## STATUTORY AND REGULATORY SCHEME

### Overview

16.     The District admits the Food Stamp Act of 1964 was enacted in 1964. The remainder of this paragraph purports to characterize the nature of the Food Stamp Program and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

17.     The District admits Section 4001 of the Food, Conservation, and Energy Act of 2008, Pub. L. 110–234, title IV, §4001(b), May 22, 2008, 122 Stat. 1092, amended the first section of the Food Stamp Act of 1977 by striking "Food Stamp Act of 1977" and inserting "Food and Nutrition Act of 2008[.]" The District denies the remaining allegations in this paragraph.

18.     This paragraph purports to characterize the nature of the federal government's Supplemental Nutrition Assistance Program (SNAP) and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

19.     This paragraph purports to characterize the Food and Nutrition Act of 2008 and federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

20.     This paragraph purports to characterize a section of federal law and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

21.     The District admits the allegations in this paragraph.

22.     This paragraph purports to characterize federal and District of Columbia law and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

23.     This paragraph purports to characterize federal law and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

## Filing of Applications, Eligibility Interviews, and Verification

24.     This paragraph purports to characterize federal law and regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

25.     This paragraph purports to characterize federal law and regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

26.     This paragraph purports to characterize federal law and regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

27.     This paragraph purports to characterize a federal regulation and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

28.     This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

29.     This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

30.     This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

31.     This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

32.     This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

33.     This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

34.     This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

35. This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

36. This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

## Timely Processing and Benefit Issuance Requirements for Initial Application

37. This paragraph purports to characterize federal law and regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

38. This paragraph purports to characterize federal law and regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

39. This paragraph purports to characterize federal law and regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

40. This paragraph purports to characterize federal law and regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

41. This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

42.     This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

43.     This paragraph purports to characterize a federal regulation and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

## Certification Periods

44.     This paragraph purports to characterize federal law and regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

45.     This paragraph purports to characterize federal law and regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

## Timely Recertification of Eligibility

46.     This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

47.     This paragraph purports to characterize federal law and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

48.     This paragraph purports to characterize federal law and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

49.     This paragraph purports to characterize federal law and regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

50.     This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

51.     This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

52.     This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

53.     This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

54.     This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

55.     This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

56.    This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

57.    This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

58.    This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

Notice and Hearing Rights

59.    This paragraph purports to characterize federal law and regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

60.    This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

61.    This paragraph purports to characterize federal law and regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

62.    This paragraph purports to characterize federal law and regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

63. This paragraph purports to characterize federal regulations and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

## FACTS COMMON TO THE CLASS

### SNAP Administration in the District of Columbia

64. The District admits the allegations in this paragraph.

65. The District admits that the URL in this paragraph directs to a page describing how one "can apply or be recertified for one or more … assistance programs" administered by the District Department of Human Services. The District denies the remaining allegations in this paragraph.

66. The District lacks sufficient information to admit or deny the allegations in this paragraph.

67. The District admits that the URL in this paragraph directs to a document titled "ESA Policy Manual," which is the best evidence of its contents. The District denies all other characterizations and allegations in this paragraph.

68. The District lacks sufficient information to admit or deny the allegations in this paragraph.

69. The District denies the allegations in this paragraph.

### Widespread Problems Following Implementation of New Computer System

70. The District denies the allegations in this paragraph.

71. The District denies the allegations in this paragraph.

72. The District denies the allegations in this paragraph.

73. The District denies the allegations in this paragraph.

74.     The District denies the allegations in this paragraph.

75.     The District denies the allegations in this paragraph.

76.     The District denies the allegations in this paragraph.

77.     The District denies the allegations in this paragraph.

78.     The District denies the allegations in this paragraph.

79.     The District denies the allegations in this paragraph.

80.     The District denies the allegations in this paragraph.

## Application and Recertification Data

81.     The District denies the allegations in this paragraph.

82.     The District denies the allegations in this paragraph.

83.     The District denies the allegations in this paragraph.

84.     The District denies the allegations in this paragraph.

85.     The District denies the allegations in this paragraph.

86.     The District denies the allegations in this paragraph.

87.     The District denies the allegations in this paragraph.

88.     The District denies the allegations in this paragraph.

## Failure to Send Notices to SNAP Applicants and Recipients

89.     The District denies the allegations in this paragraph.

90.     The District denies the allegations in this paragraph.

91.     The District denies the allegations in this paragraph.

92.     The District denies the allegations in this paragraph.

93.     The District denies the allegations in this paragraph.

94.     The District denies the allegations in this paragraph.

95.     The District denies the allegations in this paragraph.

## FACTS REGARDING INDIVIDUALLY NAMED PLAINTIFFS

### Plaintiff Shonice G. Garnett

96.     The District lacks sufficient information to admit or deny the allegations in this paragraph.

97.     The District lacks sufficient information to admit or deny the allegations in this paragraph.

98.     The District admits the allegations in this paragraph.

99.     The District lacks sufficient information to admit or deny the allegations in this paragraph.

100.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

101.    The District denies the allegations in this paragraph.

102.    The District denies the allegations in this paragraph.

### Plaintiff Richard Messick

103.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

104.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

105.    The District denies the allegations in this paragraph.

106.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

107.    The District denies the allegations in this paragraph.

14

108.    The District denies the allegations in this paragraph.

**Plaintiff Linda Murph**

109.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

110.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

111.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

112.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

113.    The District denies the allegations in this paragraph.

114.    The District denies the allegations in this paragraph.

115.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

116.    The District denies the allegations in this paragraph.

117.    The District admits the allegations in this paragraph.

**Plaintiff Tracy Ross**

118.    This paragraph refers to a plaintiff who voluntarily dismissed her claims, *see* ECF No. 42, and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

119.    This paragraph refers to a plaintiff who voluntarily dismissed her claims, *see* ECF No. 42, and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

120.    This paragraph refers to a plaintiff who voluntarily dismissed her claims, *see* ECF No. 42, and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

121.    This paragraph refers to a plaintiff who voluntarily dismissed her claims, *see* ECF No. 42, and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

122.    This paragraph refers to a plaintiff who voluntarily dismissed her claims, *see* ECF No. 42, and requires no response. To the extent a response is required, the District denies the allegations in this paragraph.

**Plaintiff James Stanley**

123.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

124.    The District denies the allegations in this paragraph.

125.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

126.    The District denies the allegations in this paragraph.

127.    The District admits the allegations in this paragraph.

128.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

129.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

130.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

131.    The District denies the allegations in this paragraph.

**Plaintiff Roderick Gaines**

132.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

133.    The District denies the allegations in this paragraph.

134.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

135.    The District denies the allegations in this paragraph.

136.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

137.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

138.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

139.    The District denies the allegations in this paragraph.

**Plaintiff Kathryn Harris**

140.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

141.    The District denies the allegations in this paragraph.

142.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

143.    The District denies the allegations in this paragraph.

144.    The District denies the allegations in this paragraph.

145.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

146.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

147.    The District denies the allegations in this paragraph.

## FACTS REGARDING ORGANIZATIONAL PLAINTIFF BREAD FOR THE CITY

148.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

149.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

150.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

151.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

152.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

153.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

154.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

155.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

156.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

157.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

158.    The District denies the allegations in this paragraph.

159.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

160.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

161.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

162.    The District denies the allegations in this paragraph.

163.    The District denies the allegations in this paragraph.

## CLASS ALLEGATIONS

164.    This paragraph consists of a legal conclusion to which no response is required. To the extent a response is required, the District denies the allegations in this paragraph.

   a.   This paragraph consists of a legal conclusion to which no response is required. To the extent a response is required, the District denies the allegations in this paragraph.

   b.   This paragraph consists of a legal conclusion to which no response is required. To the extent a response is required, the District denies the allegations in this paragraph.

165.    This paragraph consists of a legal conclusion to which no response is required. To the extent a response is required, the District denies the allegations in this paragraph.

166.    The District admits that the URLs in this paragraph direct to two documents, which are the best evidence of their contents. The District denies all other characterizations and allegations in this paragraph.

167.    The District denies the allegations in this paragraph.

168.    The District denies the allegations in this paragraph.

169.    The District lacks sufficient information to admit or deny the allegations in this paragraph.

170.    The District denies the allegations in this paragraph.

**STATEMENT OF CLAIMS**

**FIRST CLAIM (SNAP)**

171.    The District denies the allegations in this paragraph.

**SECOND CLAIM (SNAP)**

172.    The District denies the allegations in this paragraph.

**THIRD CLAIM (SNAP AND DUE PROCESS)**

173.    This claim was dismissed by the Court, *see* ECF No. 75, so no response is required. To the extent a response is required, the District denies the allegations in this paragraph.

## REQUEST FOR RELIEF

The District denies plaintiffs are entitled to the relief sought in the Complaint, and requests judgment dismissing the Complaint with prejudice, an award of costs and such additional relief as the Court may deem appropriate.

Dated:  September 21, 2018.         Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Conrad Z. Risher
CONRAD RISHER [1044678]
AMANDA J. MONTEE [1018326]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 600S
Washington, D.C. 20001
Phone: (202) 442-5868
Fax: (202) 741-0557
Email: conrad.risher@dc.gov

*Counsel for Defendant the District of Columbia*