UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHONICE G. GARNETT, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>LAURA ZEILINGER,<br><br>　　Defendant. | Civil Action No. 17-1757 (CRC) |

DEFENDANT'S CONSENT MOTION TO
MODIFY PRELIMINARY INJUNCTION ORDER

Defendant the District of Columbia (the District)[1] moves to modify Paragraph No. 6 of the Court's August 23, 2018 Preliminary Injunction Order [74] to make the monthly certified report due on the first business day following the 15th day of each month. As a result, the deadline for the first report would be modified from October 5, 2018, to October 16, 2018.

The current deadline for the reports—"the first Friday of each month"—presents the District with insufficient time to comply with the Court's Order. For example, the first Friday of November 2018 is November 2 and the first Friday of February 2019 is February 1, meaning the District would have just 48 and 24 hours, respectively, to produce the reports. The District requests a modification of the deadline to allow sufficient time to collect the month's data and ensure its integrity,

---

[1] Defendant is Laura Zeilinger, sued in her official capacity as the Director of the District of Columbia Department of Human Services. Defendant is referred to as "the District" in this motion.

which will avoid the submission of data that may be incorrect, incomplete, improperly formatted, or duplicative.

Pursuant to Local Civil Rule 7(m), undersigned counsel discussed this matter in good faith with plaintiffs' counsel. Plaintiffs consent to the relief requested.

The District attaches a memorandum of points and authorities in support of this consent motion and a proposed order. The District requests that the Court grant this motion and enter the proposed order.

Dated:  September 24, 2018.        Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS (Bar No. 974858)
Chief, Equity Section

/s/ Conrad Z. Risher
CONRAD Z. RISHER (Bar No. 1044678)
AMANDA J. MONTEE (Bar No. 1018326)
Assistant Attorneys General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-5691
(202) 741-8934 (fax)
conrad.risher@dc.gov

*Counsel for Defendant Laura Zeilinger*