UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHONICE G. GARNETT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LAURA ZEILINGER, <br><br> Defendant. | Civil Action No. 17-1757 (CRC) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION TO MODIFY PRELIMINARY INJUNCTION ORDER

In support of the District's consent motion to modify the Court's August 23, 2018 Preliminary Injunction Order [74], the District submits:

1. Rule 6(b)(1) of the Federal Rules of Civil Procedure;

2. Plaintiffs' consent;

3. The District's showing of good cause in support of the motion; and

4. The inherent power of the Court.

The District requests a modification of the deadline in Paragraph No. 6 of the Court's August 23, 2018 Order, making the monthly reports due on the first business day following the 15th day of each month, rather than "the first Friday of each month." This would allow sufficient time to collect and inspect the data underlying each report and ensure the integrity of the data. The Court and plaintiffs will still receive a new report every month, and no Party will be prejudiced by the modification.

The District requests that the Court grant the consent motion and enter the proposed order.

Dated: September 24, 2018.	Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS (Bar No. 974858)
Chief, Equity Section

/s/ Conrad Z. Risher
CONRAD Z. RISHER (Bar No. 1044678)
AMANDA J. MONTEE (Bar No. 1018326)
Assistant Attorneys General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-5691
(202) 741-8934 (fax)
conrad.risher@dc.gov

*Counsel for Defendant Laura Zeilinger*