## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHONICE G. GARNETT, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>LAURA ZEILINGER,<br><br>    Defendant. | Civil Action No. 17-1757 (CRC) |

### ORDER

Upon consideration of Defendant's Consent Motion to Modify Preliminary Injunction Order, and the entire record, it is this 25th day of September, 2018, ORDERED that:

1)    The Motion is GRANTED; and

2)    Defendant shall file the certified reports required under Paragraph No. 6 of the Court's August 23, 2018 Preliminary Injunction Order by the first business day after the 15th day of each month, commencing October 16, 2018.

SO ORDERED.

_____
THE HONORABLE CHRISTOPHER R. COOPER
Judge, United States District Court for
    the District of Columbia