UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHONICE G. GARNETT, *et al.*, | ) |
|  | ) |
| *Plaintiffs*, | ) |
|  | ) Civil Action No. 1:17-cv-1757 |
| v. | ) |
|  | ) |
| LAURA ZEILINGER, | ) |
|  | ) |
| *Defendant*. | ) |
|  | ) |

## MOTION TO SUBSTITUTE CLASS REPRESENTATIVE

Individual Plaintiffs Shonice G. Garnett, Richard Messick, Jr., Kathryn Harris, Linda Murph, James Stanley, and Roderick Gaines (collectively "Plaintiffs"), through counsel hereby respectfully request that, pursuant to Federal Rules of Civil Procedure 23 and 24, this Court substitute Named Plaintiff and Class Representative Richard Messick, Jr. with Darroll Green.

In support of the requested motion, the Plaintiffs state as follows:

1. On March 28, 2018, the Court granted Plaintiffs' Motion for Class Certification. ECF No. 56. The Court certified three classes. *Id.* at 19.

2. The Court defined Class 1 as:

All District of Columbia residents since June 1, 2016: (1) who have applied, are applying, or will apply for SNAP benefits, through an initial application; and (2) who have had or will have the processing of such application delayed beyond the timeframes mandated by law.

*Id.*

3. The Court further appointed Shonice G. Garnett and Richard Messick, Jr. as Class Representatives for Class 1. *Id.*

4. On August 23, 2018, the Court granted in part and denied in part Defendant's Motion to Dismiss. ECF No. 75.

5. In the Court's Memorandum Opinion, the Court stated that Plaintiff Richard Messick, Jr. "did not state an *ongoing* injury as required for injunctive relief and may lack standing." ECF No. 76 at 8 n.2. The Court explained that "Plaintiffs may substitute in a new alternative class representative with standing for Mr. Messick should they desire to do so." *Id.*

6. Consistent with the Court's statement, Plaintiffs seek to substitute Darroll Green for Richard Messick, Jr. as Named Plaintiff and Class Representative for Class 1.

7. Under Rule 23, the Court's class certification order "may be altered or amended before final judgment." Fed. R. Civ. P. 23(c)(1)(C). As the Court has not yet issued a final judgment here, amending the class certification order is appropriate.

8. Mr. Green meets the Federal Rule of Civil Procedure 23(a) requirements to act as Class Representative for Class 1.

9. Mr. Green's claim is typical of Class 1 members' claims.[1] *See* Fed. R. Civ. P. 23(a)(3). Mr. Green is a resident of the District of Columbia. Decl. of Darroll Green ("Green Decl."), ¶ 1 (attached as Exhibit 1). Mr. Green applied for SNAP benefits through an initial application after June 1, 2016. *See id.* ¶ 6 ("On August 15, 2018, a Legal Aid legal assistant, Lisa Meehan, submitted an initial application for food stamps for me, along with supporting documents, by fax to Department of Human Services (DHS) at 202-724-8964.").

10. Defendant has delayed the processing of Mr. Green's initial application beyond the timeframe mandated by law. *See id.* ¶¶ 6-7 (Defendant received Mr. Green's initial application on August 15 but had not processed it by September 18); *id.* ¶ 8 (Defendant has not

---

[1] Should the Court so wish, Plaintiffs will file an amended complaint reflecting these facts.

processed Mr. Green's initial application and Mr. Green has not received food stamps by September 24—40 days after filing his application); *see also* 7 U.S.C. § 2020(e)(3) (describing a State's responsibility to promptly certify a household's eligibility and provide SNAP benefits to applicants no later than 30 days after the application's filing).

11. Mr. Green "will fairly and adequately protect the interests of" Class 1. Fed. R. Civ. P. 23(a)(4). Plaintiffs' counsel has informed Mr. Green of his responsibilities as Class Representative. *See* Green Decl., ¶ 12. Mr. Green is willing to serve as Class Representative and will "protect and advance the interests of the plaintiff class rather than acting in [his] sole interest." *See id.* ¶¶ 11-12.

12. None of the other Rule 23(a) factors has changed.

13. Pursuant to Local Rule of Civil Procedure 7(m), Plaintiffs exchanged electronic communication regarding this motion with Defendant's counsel on September 25, 2018. Plaintiffs were unable to obtain consent or an agreement not to object to this motion from Defendant's counsel.

Wherefore, Plaintiffs respectfully request the entry of the attached Order granting Plaintiffs' Motion to Substitute Class Representative.

Dated: September 25, 2018                     Respectfully submitted,

                                                  /s Chinh Q. Le
                                      Chinh Q. Le (DC Bar No. 1007037)
                                      Jennifer Mezey (DC Bar No. 462724)[*]
                                      Chelsea Sharon (DC Bar No. 1016006)[*]
                                      LEGAL AID SOCIETY OF THE
                                          DISTRICT OF COLUMBIA
                                      1331 H Street NW, Suite 350
                                      Washington, DC 20005

---

[*]    Practicing pursuant to LCvR 83.2(g).

3

202-628-1161 (Phone)
202-727-2132 (Fax)
cle@legalaiddc.org
jmezey@legalaiddc.org
csharon@legalaiddc.org

Marc Cohan††
Travis W. England††
Katharine Deabler-Meadows†
NATIONAL CENTER FOR LAW
   AND ECONOMIC JUSTICE
275 7th Avenue, Suite 1506
New York, NY 10001
212-633-6967 (Phone)
212-633-6371 (Fax)
cohan@nclej.org

Peter R. Bisio (DC Bar No. 459256)
Lance Y. Murashige (DC Bar No. 1021562)
Emily Goldman (DC Bar No. 1032032)
Kaitlin Welborn (DC Bar No. 88187724)
Susan A. Musser††
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
202-637-5600 (Phone)
202-637-5910 (Fax)
peter.bisio@hoganlovells.com

*Attorneys for Plaintiffs*

---

†     Application for admission *pro hac vice* to be sought.
††    Admitted to appear *pro hac vice*.

**CERTIFICATE OF SERVICE**

    I certify that, on September 25, 2018, I caused a copy of this Motion to Substitute Class Representative and accompanying materials to be served on the following via ECF:

Fernando Amarillas
Conrad Z. Risher
Amanda J. Montee
Office of the Attorney General for the District of Columbia
441 4th Street, NW
Washington, DC 20001
202-442-9887
fernando.amarillas@dc.gov
conrad.risher@dc.gov
amanda.montee@dc.gov

Date:   September 25, 2018             /s/ Chinh Q. Le
                                                           Chinh Q. Le (DC Bar No. 1007037)
                                                           LEGAL AID SOCIETY OF THE
                                                               DISTRICT OF COLUMBIA
                                                          1331 H Street NW, Suite 350
                                                          Washington, DC 20005
                                                          202-628-1161 (Phone)
                                                          202-727-2132 (Fax)
                                                          cle@legalaiddc.org

                                                          *Attorney for Plaintiffs*