```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x
SHONICE G. GARNETT, et al.,
                                     CA No:  1:17-cv-01757-CRC
            Plaintiffs,
                                     Washington, D.C.
                                     Thursday, November 1, 2018
vs.                                  11:01 a.m.

LAURA ZEILINGER,

            Defendant.
- - - - - - - - - - - - - - - x

_____

                TRANSCRIPT OF STATUS CONFERENCE
     HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
                UNITED STATES DISTRICT JUDGE
_____

APPEARANCES:

For the Plaintiffs:     TRAVIS ENGLAND, ESQ.
                        NATIONAL CENTER FOR LAW AND
                        ECONOMIC JUSTICE
                        275 Seventh Avenue, Suite 1506
                        New York, NY 10001-6860
                        (212) 633-6967

                        EMILY GOLDMAN, ESQ.
                        KAITLIN WELBORN, ESQ.
                        HOGAN LOVELLS US LLP
                        555 Thirteenth Street, NW
                        Washington, DC 20004
                        (202) 637-5457

                        CHELSEA C. SHARON, ESQ.
                        LEGAL AID SOCIETY OF D.C.
                        1331 H Street, NW, Suite 350
                        Washington, DC 20005
                        (202) 661-5947
                        csharon@legalaiddc.org

(CONTINUED ON NEXT PAGE)

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
 1      APPEARANCES (CONTINUED):

 2      For the Defendant:         CONRAD Z. RISHER, ESQ.
                                   AMANDA MONTEE, ESQ.
 3                                 OFFICE OF THE ATTORNEY GENERAL FOR
                                   THE DISTRICT OF COLUMBIA
 4                                 441 4th Street, NW, Suite 630 South
                                   Washington, DC 20001
 5                                 (202) 442-9887

 6
        Court Reporter:            Lisa A. Moreira, RDR, CRR
 7                                 Official Court Reporter
                                   U.S. Courthouse, Room 6718
 8                                 333 Constitution Avenue, NW
                                   Washington, DC  20001
 9                                 202-354-3187

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                       P R O C E E D I N G S
 2              THE COURTROOM DEPUTY:  Your Honor, we're on the
 3      record for Civil Case 17-1757, Shonice Garnett, et al. vs.
 4      Laura Zeilinger.
 5              Counsel, please approach the lectern and identify
 6      yourselves for the record.
 7              MR. ENGLAND:  Good morning, Your Honor; Travis
 8      England with the National Center for Law and Economic
 9      Justice on behalf of the plaintiffs and the plaintiff
10      classes.
11              With me today at counsel table is Kaitlin Welborn,
12      Chelsea --
13              MS. SHARON:  Sharon.
14              MR. ENGLAND:  -- Sharon.
15              MS. GOLDMAN:  Emily Goldman.
16              MS. JONES:  And Harmony Jones.
17              THE COURT:  Okay.  Welcome, everyone.
18              MR. RISHER:  Good morning, Your Honor.
19              THE COURT:  God morning.
20              MR. RISHER:  Conrad Risher on behalf of defendant
21      Laura Zeilinger, District of Columbia.  I'm joined by my
22      colleague, Amanda Montee.
23              THE COURT:  Okay.  Welcome, everyone.
24              Mr. England, why don't you both come up.
25              All right.  I've read your meet-and-confer
```

1  statement.  I guess what I'm most interested in is what do
2  you both envision discovery to look like given where we are?
3  What discovery does the plaintiff anticipate taking?  I know
4  there is some degree of disagreement as to how long
5  discovery should last in the case.
6          So Mr. England, why don't you start us off.
7          MR. ENGLAND:  Sure.  Thank you, Your Honor.
8          Plaintiffs -- now that we've proceeded to this
9  point in the litigation, plaintiffs intend to proceed
10 expeditiously with seeking further discovery.  One -- among
11 the topics that plaintiffs would seek include the
12 application processing procedures/policies of the District
13 as well as the processes for issuing notification of the
14 requirement to recertify.  Plaintiffs would intend to issue
15 discovery requests fairly soon after the initial conference
16 on those topics.
17         THE COURT:  Okay.  And are the methodologies and
18 data and processes for coming up with the statistics still a
19 matter of dispute, or are we in agreement as to what the
20 relevant numbers are and how the District arrives at them?
21         MR. ENGLAND:  I don't believe that plaintiffs have
22 had a full opportunity, during the limited expedited
23 discovery that Your Honor granted in advance of the
24 preliminary injunction, to explore those topics as fully as
25 they would like, so we believe that there would still be

1     some discovery on those topics.
2              THE COURT:  Okay.  Mr. Risher.
3              MR. RISHER:  So it is not the District's
4     expectation at this time that it would be seeking
5     particularly extensive discovery from plaintiffs.  To the
6     extent that plaintiffs' discovery requests would go solely
7     to procedures and policies of the District, it may be that
8     discovery will not take as long as the District had feared.
9     But obviously it's hard to speak to the amount of time that
10    will be required to go through the documents until we see
11    what documents are requested and what information the
12    plaintiffs desire.
13             THE COURT:  Okay.  Well, the difference between
14    120 days and 180 days in a case like this where there is
15    already an injunction in place and the classes have been
16    certified really does not amount to too much of a
17    distinction.  I'm inclined to order the longer period but
18    would counsel you all to be expeditious about it and
19    complete it without need for any extensions, okay?
20             I received the status report that's required under
21    the injunctions, and at least on the face the numbers look
22    quite promising.  I suspect the plaintiffs may tell me that
23    looks are deceiving, but what's your reaction to these?
24             MR. ENGLAND:  Sure, Your Honor.  And, again, this
25    is one of the reasons why the plaintiffs believe that

1        further discovery regarding the methodologies of defendant's

2        compilation of these statistics --

3                    THE COURT:  You're not going to give them any

4        credit?

5                    MR. ENGLAND:  There are certainly -- we -- at this

6        point we just don't know enough, including one of the

7        footnotes that the District points out in its filing that

8        suggests that approximately 1,700 applications are not

9        included in the recertification count.  We certainly would

10       seek additional information about that as well as the

11       additional discovery regarding essentially when the clock

12       starts ticking.  Each step along the process would be the

13       focus of plaintiffs' discovery as to timeliness of

14       application processing.

15                   THE COURT:  Okay.

16                   All right.  There really didn't seem to be any

17       other areas of disagreement in the report, unless I missed

18       something.  There was a reference to potentially moving to

19       decertify one of the classes.  I will await any briefing on

20       that.  That's not something I'm prepared to resolve today.

21                   MR. ENGLAND:  Your Honor, if I may point out --

22                   THE COURT:  Any other issues?

23                   MR. ENGLAND:  There were just a few issues, if I

24       may, Your Honor, regarding where the parties disagreed

25       regarding the process for summary judgment briefing.

1      THE COURT:  Yes.  I'm going to have you back after
2 discovery, and we'll talk about summary judgment at that
3 time.  That's my general practice.
4      MR. ENGLAND:  Okay.  If that is Your Honor's
5 inclination --
6      THE COURT:  We'll have a post-discovery status
7 conference.  I guess by that time we'll have at least a
8 couple more status reports.
9      You know, you obviously make your own decisions,
10 but based on the discovery that you obtain, the status
11 reports, it may be that some resolution of this matter can
12 be achieved.
13      Fair enough?
14      MR. ENGLAND:  Thank you, Your Honor.
15      THE COURT:  Okay.  Mr. Risher.
16      MR. RISHER:  There were a few other small areas of
17 disagreement that Your Honor may have already resolved, but
18 the question of when joinder should be completed was
19 somewhat disputed by the parties.
20      THE COURT:  This is adding class members who
21 materialize along the way?
22      MR. ENGLAND:  Correct.  Correct, Your Honor.
23 Plaintiffs had proposed that -- I believe in Your Honor's
24 guidelines for complex discovery there's a deadline that may
25 be 60 days for complex cases following this conference in

```
 1    which the parties may amend the pleadings or join parties.
 2             THE COURT:  Yes, so that really doesn't
 3    contemplate class actions.  You're talking about joining --
 4    adding plaintiffs, not adding defendants, correct?
 5             MR. ENGLAND:  Correct.
 6             THE COURT:  Yes.  What do the class action rules
 7    say about adding class members, which is really what we're
 8    talking about here?
 9             MR. ENGLAND:  At this point we do not believe that
10    joinder would be necessary.  In other cases of this nature,
11    particularly pre-class-certification, it has been necessary
12    to keep an extended deadline for potential joinder of
13    parties, but we agree that at this stage it may -- this may
14    be an issue that is not so present.
15             THE COURT:  Yes.  I mean that deadline is
16    generally for adding defendants, not adding plaintiffs.
17    We'll put in our standard deadline for joining parties, but
18    I wouldn't anticipate that to be an issue here.
19             Anything else?
20             MR. ENGLAND:  I just wanted to point out one other
21    point of dispute regarding the deadline by which the parties
22    may serve discovery.  Plaintiffs had requested that deadline
23    be 30 days before the close of discovery.  Your Honor's
24    guidelines contemplate a different schedule, and so we
25    were -- plaintiffs had requested that that deadline be 30
```

1 days before the close of discovery, which is standard with
2 the Federal Rules.
3     THE COURT:  Okay.  We'll take a look at that.
4     MR. ENGLAND:  Okay.  Thank you.
5     THE COURT:  Mr. Risher, anything else?
6     MR. RISHER:  The only other issue -- and it,
7 again, may not actually be an issue -- was questions as to
8 the proper scope of discovery and what is relevant.  The
9 District's position was that, following Rule 26, "relevance"
10 would mean to any parties' claim or defense.  As the
11 District understood plaintiffs' proposal, they would include
12 even the claim that was dismissed by the Court.
13     THE COURT:  Well, I mean, you all know what the
14 rules say.  It's hard to decide these issues in the
15 abstract.  If there's a specific discovery request that you
16 believe is not relevant to the remaining claims in the case
17 or their defenses, then meet and confer about that; and if
18 you can't convince the plaintiffs otherwise, give us a call.
19 There will be a telephone number to chambers in the
20 scheduling order.
21     No discovery motions without leave of Court.
22 Typically, if you all can't agree, we can get on the phone
23 and hash it out without need for a motion to quash or
24 anything like that.  Okay?
25     MR. RISHER:  Thank you, Your Honor.

1     MR. ENGLAND:  Thank you, Your Honor.
2     THE COURT:  Okay.  All right.  Good luck, and we
3  will await the next status report in the meantime.
4     MR. RISHER:  Thank you, Your Honor.
5     THE COURT:  All right.
6     MR. ENGLAND:  Thank you, Your Honor.
7         (Whereupon the hearing was
8            concluded at 11:12 a.m.)
9
10              **CERTIFICATE OF OFFICIAL COURT REPORTER**
11
12         I, LISA A. MOREIRA, RDR, CRR, do hereby
13  certify that the above and foregoing constitutes a true and
14  accurate transcript of my stenographic notes and is a full,
15  true and complete transcript of the proceedings to the best
16  of my ability.
17     Dated this 27th day of February, 2019.
18
19
                              /s/Lisa A. Moreira, RDR, CRR
20                            Official Court Reporter
                              United States Courthouse
21                            Room 6718
                              333 Constitution Avenue, NW
22                            Washington, DC 20001
23
24
25