UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHONICE G. GARNETT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LAURA ZEILINGER,<br><br>*Defendant*. | Civil Action No. 1:17-cv-1757 |

### MOTION TO WITHDRAW CLASS REPRESENTATIVE AND TO ADD NAMED PLAINTIFF AND CLASS REPRESENTATIVE

Individual Plaintiffs Shonice G. Garnett, James Stanley, Roderick Gaines, Kathryn Harris, and Darroll Green (collectively "Plaintiffs"), through counsel hereby respectfully request that, pursuant to Federal Rules of Civil Procedure 23, 24, and 41, this Court withdraw Roderick Gaines from status as Named Plaintiff and Class Representative and dismiss his claims without prejudice, and add Juan Scott as Named Plaintiff and Class Representative.

In support of the requested motion, the Plaintiffs state as follows:

Roderick Gaines

Plaintiffs move to withdraw Roderick Gaines as a Named Plaintiff and Class Representative for Class 3 and to dismiss his claims without prejudice pursuant to Rule 41(a)(2).

On March 28, 2018, the Court granted Plaintiffs' Motion for Class Certification and certified three classes. ECF No. 56 at 19. The Court defined Class 3 as:

> All District of Columbia SNAP recipients since June 1, 2016: (1) who have been or will be required to submit a recertification application to maintain SNAP benefits; (2) as to whom the Defendant has failed or will fail to issue notice of the need to recertify; and (3) who have been or will be terminated from participation

1

in SNAP due to Defendant's failure to issue such notice.

*Id.* The Court appointed James Stanley and Roderick Gaines as Class Representatives for Class 3. *Id.*

Under Rule 23, the Court's class certification order "may be altered or amended before final judgment." Fed. R. Civ. P. 23(c)(1)(C). Because the Court has not yet issued a final judgment, the Court can amend the class certification order to withdraw Roderick Gaines as Class Representative. This will not impact the certification of Class 3 because James Stanley will continue to be a Class Representative for Class 3.

Defendant Laura Zeilinger consents to the withdrawal of Mr. Gaines and to the dismissal of his claims.

<u>Juan Scott</u>

Plaintiffs move to add Juan Scott as a Named Plaintiff and Class Representative for Class 1. In its Class Certification Order, the Court defined certified Class 1 as:

> All District of Columbia residents since June 1, 2016: (1) who have applied, are applying, or will apply for SNAP benefits, through an initial application; and (2) who have had or will have the processing of such application delayed beyond the timeframes mandated by law.

ECF No. 56 at 19. The Court appointed Shonice G. Garnett and Richard Messick, Jr. as Class Representatives for Class 1. *Id.* On September 28, 2018, the Court granted Plaintiffs' motion to substitute Richard Messick, Jr. for Darroll Green as Class Representative for Class 1. ECF No. 83. Plaintiffs now move to add Juan Scott as a Named Plaintiff and Class Representative for Class 1.

Mr. Scott meets the Federal Rule of Civil Procedure 23(a) requirements to act as Class Representative for Class 1. Mr. Scott's claim is typical of Class 1 members' claims. *See* Fed. R. Civ. P. 23(a)(3). Mr. Scott is a resident of the District of Columbia. Decl. of Juan Scott ("Scott

Decl."), ¶ 1 (attached as Exhibit 1).  Defendant has delayed the processing of Mr. Scott's initial SNAP application beyond the timeframe mandated by law.  *See id.* ¶ 3 (Mr. Scott's attorney submitted his initial application to Defendant on February 28, 2019, but Defendant has yet to process the application more than two months later); *id.* ¶¶ 12–13 (at a March 28, 2019 hearing, Defendant's representative informed Mr. Scott that his February 28, 2019 application was pending and assured him that the application would be processed within the 30-day deadline, but Mr. Scott had not heard from Defendant by April 23, 2019); *see also* 7 U.S.C. § 2020(e)(3) (describing a State's responsibility to promptly certify a household's eligibility and provide SNAP benefits to applicants no later than 30 days after the application's filing).

Mr. Scott "will fairly and adequately protect the interests of" Class 1.  Fed. R. Civ. P. 23(a)(4).  Plaintiffs' counsel has informed Mr. Scott of his responsibilities as Class Representative.  *See* Scott Decl., ¶ 16.  Mr. Scott is willing to serve as Class Representative and will "protect and advance the interests of the plaintiff class rather than acting in [his] sole interest."  *See id.*

The remaining Rule 23(a) factors—commonality and numerosity—are unchanged and continue to be satisfied.

Adding Mr. Scott as a Named Plaintiff and Class Representative will not prejudice Defendant.  The parties are conducting discovery and no depositions have taken place.  Thus, Defendant has ample time to conduct discovery of Mr. Scott.  Further, Plaintiffs did not delay in bringing this motion.  Plaintiffs' counsel learned that Mr. Scott's application had not been timely processed on April 1, 2019 and promptly informed Defendant of their intention to add Mr. Scott as a Named Plaintiff and Class Representative.  Thus, there is no basis to deny Plaintiffs'

motion.[1]

Pursuant to Local Rule of Civil Procedure 7(m), Plaintiffs have met and conferred with Defendant, and Defendant has stated that she does not consent to adding Mr. Scott as a Named Plaintiff and Class Representative for Class 1.

Wherefore, Plaintiffs respectfully request the entry of the attached Order granting Plaintiffs' Motion to Withdraw Class Representative and to Add Named Plaintiff and Class Representative.

Date:   April 29, 2019                     /s Chinh Q. Le
                                                       Chinh Q. Le (DC Bar No. 1007037)
                                                       Jennifer Mezey (DC Bar No. 462724)[*]
                                                       Chelsea Sharon (DC Bar No. 1016006)[*]
                                                       LEGAL AID SOCIETY OF THE
                                                          DISTRICT OF COLUMBIA
                                                       1331 H Street NW, Suite 350
                                                       Washington, DC 20005
                                                       202-628-1161 (Phone)
                                                       202-727-2132 (Fax)
                                                       cle@legalaiddc.org
                                                       jmezey@legalaiddc.org
                                                       csharon@legalaiddc.org

                                                       Marc Cohan[††]
                                                       Travis W. England[††]
                                                       Katharine Deabler-Meadows[†]
                                                       NATIONAL CENTER FOR LAW
                                                          AND ECONOMIC JUSTICE

---

[1] Plaintiffs note the Court's scheduling order identifies January 1, 2019 as the deadline to add parties. ECF No. 77 at 3. As the Court explained, however, the standard scheduling order deadline to add parties "doesn't contemplate class actions" and "is generally for adding defendants, not adding plaintiffs." Tr. of Nov. 1, 2018 Status Conference at 8:2–3, 15–16. The Court stated that it would put in place its "standard deadline for joining parties, but [] wouldn't anticipate that to be an issue here." *Id*. at 8:18. Thus, while Plaintiffs' motion to add Mr. Scott as a Named Plaintiff is filed after January 1, 2019, that is not a basis to deny the motion.

[*]     Practicing pursuant to LCvR 83.2(g).
[†]     Application for admission *pro hac vice* to be sought.
[††]     Admitted to appear *pro hac vice*.

275 7th Avenue, Suite 1506
New York, NY 10001
212-633-6967 (Phone)
212-633-6371 (Fax)
cohan@nclej.org

Peter R. Bisio (DC Bar No. 459256)
Lance Y. Murashige (DC Bar No. 1021562)
Emily Goldman (DC Bar No. 1032032)
Kaitlin Welborn (DC Bar No. 88187724)
Susan A. Musser[††]
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
202-637-5600 (Phone)
202-637-5910 (Fax)
peter.bisio@hoganlovells.com

*Attorneys for Plaintiffs*