FNS Monthly Report from DC for January 2020 - Monthly Measures
DC Department of Human Services (DHS)

# SNAP Monthly Report (Caseload, Timeliness, Notice, Payment, Customer Service, and Work Queue)

Exhibit U

| No | Measure | Unit | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Trend | Goal | Monthly Average | Note | Data Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **I. Caseload, Entries, Exits & Certification Activities** |
| 1 | Total number of cases with SNAP benefit issued (Caseload) | # | 65,473 | 64,773 | 64,487 | 64,035 | 64,060 | 64,202 | 64,691 | 65,330 | 65,410 | 65,717 | 65,263 | 64,949 | 64,609 |  | N/A | 65,002 | Number of households paid for the respective month. The current and the previous month data are estimates. | DCAS [Caseload Report] + FNS-388 |
| 2 | Total SNAP benefit issuance | $ | $14,256K | $14,194K | $14,101K | $13,775K | $13,891K | $13,921K | $13,933K | $14,108K | $14,241K | $14,284K | $14,278K | $14,234K | $13,893K |  | N/A | $14,153K | Total monthly benefit amount paid. The current and previous month data are estimates (same as FNS-388 data). | Same as above |
|  | *Caseload/payment (1/2) data updated on* |  | 3/11/2019 | 4/11/2019 | 5/16/2019 | 6/11/2019 | 7/10/2019 | 8/11/2019 | 9/11/2019 | 10/15/2019 | 11/15/2019 | 12/11/2019 | 1/13/2020 | 2/14/2020 | 2/14/2020 |  |  |  |  |  |
| 3 | **Initial applications received (Total)** | # | 3,645 | 2,552 | 3,137 | 2,960 | 3,321 | 3,113 | 3,135 | 3,525 | 3,061 | 3,521 | 2,867 | 2,648 | 3,189 |  | N/A | 3,125 | All applications compiled based on [application filing date/month] when the customer submitted the original application. This is NOT static information but point-in-time status as of the report run date and data in certain category may change. As of March 2019, the withdrawn category includes applications withdrawn by customers and withdrawn due to active duplicate application processed. Previously, we reported all withdrawn applications in one row. | DCAS Report [Newly Filed Applications] |
| a | Approved | # | 2,963 | 2,110 | 2,741 | 2,585 | 2,813 | 2,582 | 2,742 | 2,912 | 2,432 | 2,791 | 2,259 | 2,151 | 2,626 |  | N/A | 2,599 |  |  |
| b | Denied | # | 245 | 217 | 233 | 183 | 265 | 263 | 233 | 328 | 304 | 433 | 336 | 290 | 320 |  | N/A | 276 |  |  |
| c | Remaining in Pending Status | # | 220 | 86 | 33 | 65 | 90 | 133 | 28 | 124 | 162 | 116 | 109 | 79 | 93 |  | N/A | 100 |  |  |
| d | Withdrawn by Customers | # | 217 | 139 | 89 | 106 | 123 | 114 | 91 | 125 | 115 | 146 | 120 | 101 | 128 |  | N/A | 124 |  |  |
| e | Withdrawn due to duplication | # |  |  | 41 | 21 | 30 | 21 | 41 | 36 | 48 | 35 | 43 | 27 | 22 |  | N/A | 33 |  |  |
| 4 | **Initial applications approved** | # | 2,861 | 2,139 | 2,532 | 2,524 | 2,745 | 2,570 | 3,041 | 2,938 | 2,022 | 2,775 | 2,264 | 2,254 | 2,488 |  | N/A | 2,557 | This is NOT a subset of #3 (initial applications filed) but is defined based on [application **approval/certification** date]. | DCAS Report [Approved and Denied Applications] |
| a | Approved for e-SNAP | # | 2,102 | 1,529 | 1,823 | 1,813 | 1,965 | 1,800 | 2,055 | 2,074 | 1,657 | 1,951 | 1,605 | 1,539 | 1,777 |  | N/A | 1,826 |  |  |
| b | Approved for regular SNAP | # | 759 | 610 | 709 | 711 | 780 | 770 | 986 | 864 | 365 | 824 | 659 | 715 | 711 |  | N/A | 731 |  |  |
| 5 | **Initial applications denied** | # | 385 | 349 | 381 | 239 | 304 | 433 | 315 | 531 | 365 | 509 | 492 | 411 | 367 |  | N/A | 390 | Based on [application **denial** date] | Same as above |
|  | *Application (3-5) data updated on* |  | 2/7/2019 | 3/11/2019 | 4/9/2019 | 5/16/2019 | 6/17/2019 | 7/10/2019 | 8/12/2019 | 9/9/2019 | 10/9/2019 | 11/15/2019 | 12/12/2019 | 1/13/2020 | 2/14/2020 |  |  |  |  |  |
| 6 a | Recertification approved | # | 3,642 | 2,666 | 2,919 | 2,635 | 2,625 | 2,843 | 3,484 | 3,066 | 2,604 | 3,638 | 2,380 | 2,887 | 3,156 |  | N/A | 2,940 | Data provided previously was compiled based on the date of receipt of recert/mid-cert forms. As of May 2019, this data has been updated to compile the number based on the date of approval. | Recertification Information for all ESA Programs |
| b | Mid-certification form approved | # | 3,150 | 2,186 | 2,403 | 2,358 | 2,610 | 2,114 | 2,624 | 2,496 | 1,919 | 2,544 | 1,906 | 2,261 | 2,665 |  | N/A | 2,371 |  |  |
| c | Interim contact form approved | # | 684 | 620 | 780 | 715 | 723 | 748 | 860 | 862 | 795 | 1,030 | 733 | 875 | 924 |  | N/A | 776 |  |  |
| 7 | **Households due to recertify (Total)** | # | 4,364 | 4,659 | 4,344 | 4,357 | 3,875 | 4,354 | 4,362 | 3,790 | 4,193 | 4,681 | 3,477 | 4,392 | 3,802 |  | N/A | 4,236 | Total number of SNAP households whose certification periods are scheduled to expire during month. |  |
| a | Approved before cert ended | # | 2,367 | 2,086 | 1,919 | 1,983 | 1,874 | 1,975 | 2,225 | 1,897 | 1,938 | 2,388 | 1,390 | 1,860 | 1,650 |  | N/A | 1,951 | Those who recertified before the existing certification period ended. |  |
| b | Approved during grace period | # | 715 | 1,169 | 1,191 | 1,236 | 958 | 1,243 | 1,143 | 938 | 1,199 | 1,159 | 1,044 | 1,336 | 814 |  | N/A | 1,120 | Those approved for recertification after the existing certification period ended (the grace period). Data in this category may increase. | Same as above |
| c | Denied due to ineligibility | # | 12 | 12 | 5 | 3 | 1 | 1 | 3 | 4 | 5 | 0 | 2 | 4 | 3 |  | N/A | 5 | Those who submitted a recertification form but were denied due to ineligibility. |  |
| d | In process / pending | # | 4 | 41 | 28 | 13 | 46 | 47 | 49 | 65 | 76 | 78 | 72 | 50 | 114 |  | N/A | 49 | Those who submitted recert form but recertification is still in process or pending due to incomplete interviews or outstanding verification items. |  |
| e | Customers failed to recertify | # | 1,266 | 1,351 | 1,201 | 1,122 | 996 | 1,088 | 942 | 886 | 975 | 1,056 | 969 | 1,142 | 1,221 |  | N/A | 1,109 | Those who did not recertify (yet if the grace period is still applicable). |  |
| f | Recertification Rate |  | 71% | 70% | 72% | 74% | 73% | 74% | 77% | 75% | 75% | 76% | 70% | 73% |  |  | N/A | 73% | Portion of households approved (a+b) out of all due (total) |  |
| 8 | **Households due to submit mid-certification form (Total)** | # | 3,741 | 3,100 | 3,282 | 3,681 | 2,843 | 3,325 | 2,769 | 3,207 | 3,085 | 3,308 | 3,070 | 3,544 | 3,535 |  | N/A | 3,282 | Total number of SNAP households who are due to submit mid-certification forms in the month. |  |
| a | Approved before mid-cert due | # | 2,126 | 1,495 | 1,534 | 1,788 | 1,370 | 1,595 | 1,453 | 1,649 | 1,527 | 1,630 | 1,418 | 1,476 | 1,628 |  | N/A | 1,597 |  |  |
| b | Approved during grace period | # | 560 | 796 | 874 | 1,061 | 690 | 909 | 618 | 716 | 776 | 785 | 723 | 942 | 645 |  | N/A | 784 |  |  |
| c | Denied due to ineligibility | # | 9 | 4 | 0 | 2 | 0 | 0 | 0 | 1 | 2 | 1 | 2 | 0 | 1 |  | N/A | 3 | Same as for recertification | Same as above |
| d | In process / pending | # | 14 | 24 | 15 | 39 | 66 | 47 | 93 | 89 | 83 | 88 | 101 | 105 | 99 |  | N/A | 62 |  |  |
| e | Customers failed to submit mid-cert | # | 1,032 | 781 | 859 | 791 | 717 | 774 | 605 | 752 | 697 | 804 | 826 | 1,021 | 1,162 |  | N/A | 836 |  |  |
| f | Mid-certification Rate |  | 72% | 74% | 73% | 77% | 72% | 75% | 75% | 74% | 75% | 73% | 70% | 68% |  |  | N/A | 73% |  |  |

| No | Measure | Unit | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Trend | Goal | Monthly Average | Note | Data Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Households due to submit interim contact form (Total) | # | 910 | 1,009 | 1,009 | 974 | 1,131 | 1,028 | 1,225 | 1,206 | 1,434 | 1,529 | 1,134 | 1,275 | 1,181 | | N/A | 1,140 | Total number of SNAP households who are due to submit interim contact forms in the month. | |
| a | Approved before contact due | # | 456 | 483 | 465 | 471 | 543 | 509 | 590 | 581 | 638 | 733 | 472 | 560 | 533 | | N/A | 534 | | |
| b | Approved during grace period | # | 146 | 228 | 210 | 190 | 235 | 220 | 230 | 227 | 324 | 310 | 287 | 299 | 202 | | N/A | 236 | | |
| c | Denied due to ineligibility | # | 2 | 1 | 2 | 1 | 1 | 0 | 0 | 2 | 1 | 0 | 2 | 1 | 0 | | N/A | 1 | Same as above | |
| d | In process / pending | # | 1 | 7 | 3 | 22 | 33 | 14 | 54 | 53 | 68 | 80 | 54 | 53 | 53 | | N/A | 35 | Same as for recertification | |
| e | Customers failed to submit forms | # | 305 | 290 | 329 | 290 | 319 | 285 | 351 | 343 | 403 | 406 | 319 | 362 | 393 | | N/A | 333 | | |
| f | Interim Contact Certification Rate | % | 66% | 70% | 67% | 68% | 69% | 71% | 67% | 67% | 67% | 68% | 67% | 67% | | | | 68% | | |
| | Data for 6-9 updated on | | 3/18/2019 | 4/10/2019 | 5/16/2019 | 6/17/2019 | 7/10/2019 | 8/12/2019 | 9/9/2019 | 9/9/2019 | 10/10/2019 | 12/12/2019 | 12/12/2019 | 2/14/2020 | 2/14/2020 | | | | | |
| 10 | Cases closed/terminated (Total) | # | 4,493 | 4,294 | 4,332 | 3,725 | 4,140 | 5,032 | 3,686 | 3,661 | 4,149 | 4,291 | 4,408 | 5,088 | 4,612 | | N/A | 4,375 | | |
| a | Recert - No response | # | 1,613 | 2,139 | 2,173 | 2,110 | 1,773 | 2,143 | 1,874 | 1,561 | 1,907 | 1,932 | 1,874 | 2,247 | 1,834 | | N/A | 1,987 | | |
| b | Recert - Eligibility rules | # | 34 | 26 | 33 | 15 | 31 | 30 | 21 | 39 | 31 | 26 | 26 | 50 | 39 | | N/A | 32 | | |
| c | Recert - Outstanding verification | # | 96 | 121 | 105 | 65 | 87 | 133 | 87 | 101 | 152 | 137 | 120 | 93 | 142 | | N/A | 111 | | |
| d | Recert - Other | # | 32 | 32 | 26 | 7 | 34 | 34 | 27 | 26 | 29 | 38 | 24 | 30 | 3 | | N/A | 27 | | DCAS Report [Closed Cases] |
| e | Mid-cert - No Response | # | 1,829 | 1,355 | 1,132 | 1,179 | 1,368 | 1,665 | 1,002 | 1,402 | 1,465 | 1,525 | 1,557 | 1,963 | 1,826 | | N/A | 1,490 | | |
| f | Mid-cert - Eligibility rules | # | 26 | 12 | 15 | 5 | 24 | 27 | 24 | 20 | 22 | 15 | 20 | 22 | 21 | | N/A | 19 | | |
| g | Mid-cert - Outstanding verification | # | 33 | 34 | 19 | 15 | 31 | 52 | 24 | 20 | 21 | 30 | 28 | 22 | 27 | | N/A | 28 | | |
| h | Mid-cert - Other | # | 11 | 13 | 7 | 5 | 17 | 23 | 10 | 19 | 19 | 16 | 15 | 12 | 25 | | N/A | 15 | | |
| i | Closed following evidence change | # | 819 | 562 | 822 | 324 | 775 | 925 | 617 | 473 | 503 | 572 | 744 | 649 | 695 | | N/A | 668 | | |
| | Closed Case data (10) updated on | | 2/7/2019 | 3/15/2019 | 4/17/2019 | 5/28/2019 | 6/17/2019 | 7/11/2019 | 8/12/2019 | 9/9/2019 | 10/10/2019 | 11/15/2019 | 12/12/2019 | 1/15/2020 | 2/14/2020 | | | | | |
| **II. Timely Processing of Application** | | | | | | | | | | | | | | | | | | | | |
| 11 | QC APT Rate | % | 95.83% | | 95.83% | 97.50% | 100.00% | 95.83% | 86.67% | 100.00% | 90.32% | | | | | | ↑ | 93.81% | QC sample review result, which is the basis for FNS APT rate. | FNS State QC System |
| 12 | State APT Rate | % | 87.77% | 87.94% | 88.94% | 84.80% | 88.72% | 88.49% | 88.75% | 88.76% | 85.42% | 87.09% | 84.51% | 84.54% | 86.83% | | ↑ | 87.26% | Measured following the FNS protocol for the universe applications. Should be noted that this measure includes only initial applications as the District treats recertification cases differently from initial applications. | DCAS Report [SNAP APT Rate] |
| a | e-SNAP | % | 85.95% | 85.67% | 87.17% | 83.20% | 86.88% | 86.17% | 86.32% | 86.66% | 81.81% | 83.53% | 81.34% | 80.47% | 83.76% | | ↑ | 84.71% | | |
| b | Regular SNAP | % | 92.83% | 93.64% | 93.53% | 88.68% | 93.39% | 93.90% | 93.81% | 93.79% | 93.94% | 95.51% | 92.27% | 93.29% | 94.51% | | ↑ | 93.35% | | |
| 13 | Adjusted State APT Rate | % | 95.73% | 95.85% | 96.22% | 93.10% | 95.54% | 96.32% | 96.74% | 96.03% | 93.30% | 94.67% | 93.52% | 94.54% | 95.29% | | ↑ | 95.28% | Exclude applications where the number of days from the application filing date to the latest verification clearance date exceeds the required timeframe - consider them delayed due to customer's delayed submission of documentation. | Analysis of [SNAP APT Rate] data conducted by ESA Data Division |
| a | e-SNAP | % | 94.75% | 94.97% | 95.13% | 93.22% | 94.61% | 95.63% | 95.89% | 95.24% | 91.50% | 92.98% | 91.81% | 93.14% | 94.13% | | ↑ | 94.24% | | |
| b | Regular SNAP | % | 98.34% | 97.95% | 98.96% | 92.84% | 97.83% | 97.83% | 98.40% | 97.84% | 97.23% | 98.38% | 97.44% | 97.23% | 97.96% | | ↑ | 97.64% | | |
| 14 | Recertification Timeliness Rate | % | 97.89% | 96.77% | 96.33% | 97.57% | 96.50% | 98.41% | 97.21% | 96.93% | 96.91% | 95.05% | 94.11% | 95.95% | 95.60% | | ↑ | 96.58% | Timeliness of recertification has been defined based on the statutory requirements on timely submission and processing of recertification. | DCAS Report [Recertification Timeliness] |
| | APT Rate (11-14) data updated on | | 2/13/2019 | 3/11/2019 | 4/10/2019 | 5/13/2019 | 6/10/2019 | 7/10/2019 | 8/12/2019 | 9/9/2019 | 10/15/2019 | 11/15/2019 | 12/12/2019 | 1/9/2020 | 2/10/2020 | | | | | |

| No | | Measure | Unit | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Trend | Goal | Monthly Average | Note | Data Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **III. Notice** | | | | | | | | | | | | | | | | | | | | | |
| 15 | a | Households due to recertify | # | 4,364 | 4,659 | 4,344 | 4,357 | 3,875 | 4,354 | 4,362 | 3,790 | 4,193 | 4,681 | 3,477 | 4,392 | 3,802 | | | 4,236 | It should be noted that the District mails notices for recertification and periodic reports to all customers (100%) due between 45-60 days prior to the due date. However, some cases may have their recert/mid-cert due dates added manually after the notices have been sent out when there is any unusual event triggering a change of the respective certification periods. They will be treated as those with no notices mailed in this measure. | Recertification Information for all ESA Programs |
| | b | Notice of expiration mailed | # | 4,337 | 4,625 | 4,295 | 4,322 | 3,814 | 4,317 | 4,344 | 3,757 | 4,158 | 4,652 | 3,453 | 4,350 | 3,785 | | | 4,200 | | |
| | c | % with notice mailed | % | 99.4% | 99.3% | 98.9% | 99.2% | 98.4% | 99.2% | 99.6% | 99.1% | 99.2% | 99.4% | 99.3% | 99.0% | 99.6% | | ↑ | 99.2% | | |
| 16 | a | Households due to submit mid-cert | # | 3,741 | 3,100 | 3,282 | 3,681 | 2,843 | 3,325 | 2,769 | 3,207 | 3,085 | 3,308 | 3,070 | 3,544 | 3,535 | | | 3,282 | | |
| | b | Mid-certification forms mailed | # | 3,739 | 3,098 | 3,277 | 3,678 | 2,826 | 3,316 | 2,768 | 3,206 | 3,084 | 3,306 | 3,068 | 3,532 | 3,530 | | | 3,255 | | |
| | c | % with mid-cert forms mailed | % | 99.9% | 99.9% | 99.8% | 99.9% | 99.4% | 99.7% | 100.0% | 100.0% | 100.0% | 99.9% | 99.9% | 99.7% | 99.9% | | ↑ | 99.2% | | |
| 17 | a | Households due for interim contact | # | 910 | 1,009 | 1,009 | 974 | 1,131 | 1,028 | 1,225 | 1,206 | 1,434 | 1,529 | 1,134 | 1,275 | 1,181 | | | 1,140 | | |
| | b | Interim contact forms mailed | # | 907 | 1,007 | 1,008 | 973 | 1,113 | 1,028 | 1,225 | 1,203 | 1,434 | 1,529 | 1,134 | 1,274 | 1,180 | | | 1,130 | | |
| | c | % with forms mailed | % | 99.7% | 99.8% | 99.9% | 99.9% | 98.4% | 100.0% | 100.0% | 99.8% | 100.0% | 100.0% | 100.0% | 99.9% | 99.9% | | ↑ | 98.9% | | |
| 18 | a | SNAP notices issued (passed) | # | 39,852 | 41,331 | 35,905 | 36,848 | 37,369 | 34,745 | 38,668 | 98,906 | 30,975 | 41,098 | 31,372 | 47,480 | 34,314 | | | 43,094 | | DCAS Report [Notice Dashboard] |
| | b | SNAP notices failed | # | 406 | 327 | 359 | 347 | 488 | 336 | 389 | 269 | 429 | 535 | 96 | 131 | 85 | | | 319 | | |
| | c | Notice pass rate | % | 99.0% | 99.2% | 99.0% | 99.1% | 98.7% | 99.0% | 99.0% | 99.7% | 98.6% | 98.7% | 99.7% | 99.7% | 99.8% | ~\/\ | ↑ | 99.2% | | |
| 19 | a | SNAP IPV notice issued (passed) | # | | | | | | | | | | | | | 3 | | | | | DCAS Report [Notice Dashboard] |
| | b | SNAP IPV notice failed | # | | | | | | | | | | | | | 1 | | | | | |
| | c | SNAP IPV notice pass rate | % | | | | | | | | | | | | | 75.0% | | ↑ | | | |
| 20 | a | SNAP Interview Appointment notice issued (passed) | # | | | | | | | | | | | | | 8 | | | | | DCAS Report [Notice Dashboard] |
| | b | SNAP Interview Appointment notice failed | # | | | | | | | | | | | | | 1 | | | | | |
| | c | SNAP Interview Appointment notice pass rate | % | | | | | | | | | | | | | 88.9% | | ↑ | | | |
| | | Notice (15-20) data updated on | | 3/18/2019 | 3/18/2019 | 4/17/2019 | 5/18/2019 | 6/17/2019 | 7/12/2019 | 8/12/2019 | 9/9/2019 | 10/10/2019 | 11/15/2019 | 12/12/2019 | 1/15/2020 | 2/14/2020 | | | | | |
| **IV. Payment Issues** | | | | | | | | | | | | | | | | | | | | | |
| 21 | | Duplicate payments during month | # | 5 | 7 | 3 | 4 | 4 | 6 | 5 | 6 | 7 | 10 | 11 | 9 | 3 | ~ | ↓ | 6 | Households with duplicate payments during the month | DCAS [Duplicate Payment] |
| 22-24 | | Overpayment and IPV metrics | | | | | | | | | | | | | | | | | | Working with OPRMI to start reporting data with the same logic used in the 366-B report. | OPRMI Fraud Division |
| **V. Customer Services** | | | | | | | | | | | | | | | | | | | | | |
| 25 | | Customer visits per day | # | 746 | 748 | 817 | 812 | 853 | 879 | 928 | 979 | 982 | 971 | 949 | 889 | 968 | | ↓ | 871 | | |
| 26 | | Average wait time in lobby | h:m | 2:06 | 1:36 | 1:54 | 1:56 | 2:09 | 2:20 | 2:27 | 2:12 | 2:19 | 1:49 | 2:00 | 2:07 | 2:36 | | ↓ | 2:05 | In May 2019, DHS implemented a pre-triage navigator process, which resulted in a noticeable increase in the measurable wait time by adding pre-triage wait time that had not been captured previously. | PathOS |
| 27 | | Lobby completion rate | % | 85% | 85% | 86% | 84% | 84% | 85% | 85% | 85% | 83% | 84% | 85% | 87% | 85% | | → | 85% | Completed (one-and-done) on the same day | |

FNS Monthly Report from DC for January 2020
DC Department of Human Services (DHS)
## SNAP Backlog (Pending Applications and Recertifications)

| No | Measure | 07/15/19 | 07/24/19 | 08/15/19 | 08/30/19 | 09/13/19 | 09/30/19 | 10/15/19 | 10/30/19 | 11/15/19 | 12/02/19 | 12/16/19 | 12/30/19 | 01/15/20 | 01/30/20 | Trend | Note | Data Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Application Backlog (Overdue Pending Applications without Outstanding Verification Items Waiting for Action)** | | | | | | | | | | | | | | | | | | |
| 1 | Overdue pending app - Total | 12 | 11 | 15 | 26 | 27 | 28 | 18 | 17 | 39 | 24 | 28 | 31 | 28 | 29 | | Overdue: pending for >7 days for e-SNAP, for >30 days for regular SNAP applications with **no outstanding verification** as of report run date. The breakdown shows the number of pending overdue applications by length overdue: # of days beyond the required timeframe. | DCAS Report [Pending Applications] |
| a | Overdue by 1-30 days | 4 | 6 | 4 | 4 | 17 | 15 | 11 | 4 | 18 | 13 | 9 | 9 | 16 | 17 | | | |
| b | Overdue by 31-60 days | 7 | 4 | 9 | 12 | 7 | 10 | 5 | 9 | 16 | 10 | 15 | 18 | 9 | 8 | | | |
| c | Overdue by >60 Days | 1 | 1 | 2 | 10 | 3 | 3 | 2 | 4 | 5 | 1 | 4 | 4 | 3 | 4 | | | |
| 2 | Overdue pending - eSNAP Only | 4 | 7 | 7 | 10 | 18 | 20 | 14 | 8 | 20 | 14 | 12 | 14 | 18 | 20 | | This is e-SNAP applications only and a sub-group of measure 1 above. | |
| a | Overdue by 1-30 days | 4 | 6 | 4 | 4 | 17 | 15 | 11 | 4 | 18 | 13 | 9 | 9 | 16 | 17 | | | |
| b | Overdue by 31-60 days | 0 | 1 | 3 | 3 | 1 | 5 | 2 | 3 | 2 | 1 | 1 | 4 | 2 | 1 | | | |
| c | Overdue by > 60 Days | 0 | 0 | 0 | 3 | 0 | 0 | 1 | 1 | 0 | 0 | 2 | 1 | 0 | 2 | | | |
| 3 | Overdue pending -Regular Only | 8 | 4 | 8 | 16 | 9 | 8 | 4 | 9 | 19 | 10 | 16 | 17 | 10 | 9 | | This is regular SNAP applications only and a sub-group of measure 1 above. | |
| a | Overdue by 1-30 days | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| b | Overdue by 31-60 days | 7 | 3 | 6 | 9 | 6 | 5 | 3 | 6 | 14 | 9 | 14 | 14 | 7 | 7 | | | |
| c | Overdue by > 60 Days | 1 | 1 | 2 | 7 | 3 | 3 | 1 | 3 | 5 | 1 | 2 | 3 | 3 | 2 | | | |
| **Overdue Pending Applications with Outstanding Verification Items (to be Submitted by Customers)** | | | | | | | | | | | | | | | | | | |
| 4 | Overdue w/ outstanding verification | 165 | 182 | 153 | 114 | 85 | 102 | 75 | 97 | 85 | 51 | 72 | 90 | 85 | 92 | | Overdue: pending for >7 days for e-SNAP, for >30 days for regular SNAP applications with **>=1 outstanding verification** as of report run date. | |
| a | Overdue by 1-30 days | 29 | 32 | 25 | 19 | 19 | 18 | 19 | 23 | 23 | 17 | 22 | 21 | 18 | 23 | | | |
| b | Overdue by 31-60 days | 65 | 57 | 63 | 48 | 42 | 47 | 35 | 40 | 45 | 15 | 32 | 40 | 46 | 34 | | | |
| c | Overdue by > 60 Days | 71 | 93 | 65 | 47 | 24 | 37 | 21 | 34 | 17 | 19 | 18 | 29 | 21 | 35 | | | |
| **Recert/Mid-cert Backlog (Overdue Pending Recertifications and Periodic Reports Waiting for Agency's Action)** | | | | | | | | | | | | | | | | | | |
| 5 | Overdue pending -Recertification | | 28 | 39 | 41 | 48 | 10 | 19 | 22 | 46 | 41 | 31 | 37 | 55 | 54 | | Overdue: if 1) a customer did not receive benefits for the cert period without a break when the customer submitted recert form <=15th of the recert (or periodic report) due month; or 2) if a customer did not receive benefits within 30 days from the recert submission date when the customer submitted the form after the 15th of the month or during the grace period as of report run date. | Recertification Information for all ESA Programs |
| a | Overdue by 1-30 days | | 16 | 19 | 15 | 13 | 5 | 17 | 18 | 29 | 25 | 18 | 18 | 27 | 18 | | | |
| b | Overdue by 31-60 days | | 5 | 8 | 9 | 16 | 3 | 1 | 3 | 14 | 14 | 8 | 11 | 15 | 13 | | | |
| c | Overdue by > 60 Days | | 7 | 12 | 17 | 19 | 2 | 1 | 1 | 3 | 2 | 5 | 8 | 13 | 23 | | | |
| 6 | Overdue pending - Mid-cert | | 19 | 28 | 29 | 28 | 4 | 4 | 3 | 16 | 22 | 13 | 13 | 30 | 33 | | | |
| a | Overdue by 1-30 days | | 12 | 14 | 9 | 3 | 4 | 4 | 3 | 10 | 10 | 5 | 4 | 13 | 17 | | | |
| b | Overdue by 31-60 days | | 6 | 10 | 9 | 14 | 0 | 0 | 0 | 1 | 4 | 4 | 2 | 1 | 2 | | | |
| c | Overdue by > 60 Days | | 1 | 4 | 11 | 11 | 0 | 0 | 0 | 5 | 8 | 4 | 7 | 16 | 14 | | | |
| 7 | Overdue pending - Interim Contact | | 4 | 4 | 5 | 5 | 0 | 4 | 5 | 8 | 14 | 6 | 8 | 12 | 13 | | | |
| a | Overdue by 1-30 days | | 3 | 2 | 1 | 2 | 0 | 4 | 4 | 5 | 10 | 3 | 3 | 5 | 5 | | | |
| b | Overdue by 31-60 days | | 1 | 2 | 3 | 1 | 0 | 0 | 1 | 3 | 4 | 1 | 3 | 2 | 2 | | | |
| c | Overdue by > 60 Days | | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 5 | 6 | | | |