UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SHONICE G. GARNETT,** *et al.*,

    Plaintiffs,

    v.

**LAURA ZEILINGER**,

    Defendant.

Case No. 17-cv-1757 (CRC)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [74] the Court's Preliminary Injunction is VACATED. It is further

**ORDERED** that [130] Plaintiffs' Motion for Summary Judgment is DENIED. It is further

**ORDERED** that [139] Defendant's Cross-Motion for Summary Judgment is GRANTED.

This is a final appealable Order.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date: September 9, 2020