UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHONICE G. GARNETT, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>LAURA ZEILINGER, )<br>)<br>*Defendant*. )<br>) | Civil Action No. 1:17-cv-1757 |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; DIRECTING NOTICE OF SETTLEMENT TO CLASS; AND <u>SCHEDULING FAIRNESS HEARING</u>**

Plaintiffs and Defendant have reached agreement on a proposed settlement of this class action. Plaintiffs therefore move for entry of an order granting preliminary approval of the proposed class action settlement, directing notice of the proposed settlement to the class, and scheduling a hearing for final approval of the settlement. Plaintiffs are simultaneously filing a supporting memorandum of law and accompanying exhibits in support of this motion, including a proposed order.

Dated: August 17, 2023

/s/ Chinh Q. Le
CHINH Q. LE [1007037]
JONATHAN H. LEVY [449274]
Legal Aid Society of the
District of Columbia
1331 H Street NW, Suite 350
Washington, D.C. 20005
Tel: (202) 628-1161
Fax: (202) 727-2132
cle@legalaiddc.org

BRIANA L. BLACK [989775]
LANCE Y. MURASHIGE [1021562]
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004-1109
Tel: (202) 637-5600
Fax: (202) 637-5910
briana.black@hoganlovells.com

KATHARINE DEABLER-MEADOWS
(admitted *pro hac vice*)
National Center for Law
and Economic Justice
50 Broadway, Suite 1500
New York, NY 10004-3821
212-633-6967 (Phone)
212-633-6371 (Fax)
deabler@nclej.org

*Counsel for Plaintiffs*