UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BREAD FOR THE CITY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LAURA ZEILINGER,<br><br>*Defendant*. | Civil Action No. 1:17-cv-1757-CRC |

## PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS

Plaintiffs move for entry of an order awarding Plaintiffs attorney's fees and costs in the amount of $500,000. Defendant consents to this motion. Plaintiffs are simultaneously filing a supporting memorandum of law and accompanying exhibits in support of this motion, including a proposed order.

Dated: December 14, 2023

Respectfully Submitted,

/s/ Chinh Q. Le_____
CHINH Q. LE [1007037]
JONATHAN H. LEVY [449274]
Legal Aid Society of the
District of Columbia
1331 H Street NW, Suite 350
Washington, D.C. 20005
Tel: (202) 628-1161
Fax: (202) 727-2132
cle@legalaiddc.org

BRIANA L. BLACK [989775]
LANCE Y. MURASHIGE [1021562]
Hogan Lovells US LLP
555 Thirteenth Street, NW

Washington, D.C. 20004-1109
Tel: (202) 637-5600
Fax: (202) 637-5910
briana.black@hoganlovells.com

KATHARINE DEABLER-MEADOWS
(admitted *pro hac vice*)
National Center for Law
and Economic Justice
50 Broadway, Suite 1500
New York, NY 10004-3821
212-633-6967 (Phone)
212-633-6371 (Fax)
deabler@nclej.org

*Counsel for Plaintiffs*