UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BREAD FOR THE CITY, *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>LAURA ZEILINGER,<br><br>      *Defendant*. | Civil Action No. 1:17-cv-1757-CRC |

## [PROPOSED] ORDER

This matter came before the Court upon Plaintiffs' unopposed Motion for an Award of Attorney's Fees and Costs ("Motion"). Having considered the Motion, together with its exhibits, and based upon the relevant papers and all prior proceedings in this matter, the Court has determined that an award to Plaintiffs of $500,000, inclusive of attorney's fees and costs, is fair, reasonable, and adequate. **IT IS HEREBY ORDERED THAT:**

Plaintiffs' Motion for an Award of Attorney's Fees and Costs in the amount of $500,000 is GRANTED.

IT IS SO ORDERED this __ day of _____, 20__.

_____
THE HONORABLE CHRISTOPHER R. COOPER
Judge, United States District Court for the District of Columbia

1