UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BREAD FOR THE CITY, *et al*., | ) ) ) | |
| *Plaintiffs*, | ) ) | Civil Action No. 1:17-cv-1757-CRC |
| v. | ) ) | |
| LAURA ZEILINGER, | ) ) | |
| *Defendant*. | ) ) | |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

The Court preliminarily approved the class action settlement on August 24, 2023. Mem. Op. & Order Granting Pls.' Mot. for Prelim. Approval of Class Action Settlement, ECF No. 171. Plaintiffs move for entry of an order granting final approval of the proposed class action settlement. Defendant consents to the motion. Plaintiffs are simultaneously filing a supporting memorandum of law and accompanying exhibits in support of this motion, including a proposed order.

Dated: December 14, 2023

Respectfully Submitted,

/s/ Chinh Q. Le
CHINH Q. LE [1007037]
JONATHAN H. LEVY [449274]
Legal Aid Society of the
District of Columbia
1331 H Street NW, Suite 350
Washington, D.C. 20005
Tel: (202) 628-1161
Fax: (202) 727-2132
cle@legalaiddc.org

BRIANA L. BLACK [989775]
LANCE Y. MURASHIGE [1021562]
Hogan Lovells US LLP
555 Thirteenth Street, NW

Washington, D.C. 20004-1109
Tel: (202) 637-5600
Fax: (202) 637-5910
briana.black@hoganlovells.com

KATHARINE DEABLER-MEADOWS
(admitted *pro hac vice*)
National Center for Law
and Economic Justice
50 Broadway, Suite 1500
New York, NY 10004-3821
212-633-6967 (Phone)
212-633-6371 (Fax)
deabler@nclej.org

*Counsel for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I certify that on December 14, 2023, the foregoing was electronically filed through this Court's CM/ECF system. All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

Dated: December 14, 2023

/s/ Chinh Q. Le
Chinh Q. Le [1007037]
Legal Aid Society of the
District of Columbia
1331 H Street NW, Suite 350
Washington, D.C. 20005
Tel: (202) 628-1161
Fax: (202) 727-2132
cle@legalaiddc.org