# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BREAD FOR THE CITY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LAURA ZEILINGER, <br><br> *Defendant*. | Civil Action No. 1:17-cv-1757-CRC |

**DECLARATION OF BRIAN CAMPBELL**

I, Brian Campell, declare:

1. I am the Chief of Staff and Senior Policy and Program Advisor for the Economic Security Administration within the District of Columbia Department of Human Services ("DHS"). I have personal knowledge of the facts stated in this declaration.

2. In my role at DHS, I am familiar with the operation of DHS offices and service centers. I am also familiar with the DHS website, which can be found at https://dhs.dc.gov.

3. Within 14 days of the Court's August 24, 2023 Order in this matter, DHS prepared notices of the Settlement Agreement and Release in this matter ("Settlement Agreement") in English, Spanish, and Amharic, formatted consistent with the requirements of the Settlement Agreement (the "Notices"). DHS shared the Notices with class counsel.

4. Within 14 days of the Court's August 24, 2023 Order in this matter, DHS posted the Notices in the public client waiting areas at all open DHS offices and service centers where applications or recertification applications for SNAP benefits are accepted.

5. Within 14 days of the Court's August 24, 2023 Order in this matter, DHS posted the Notices on its website. A true and correct screenshot of the homepage of the DHS website showing "Proposed SNAP Settlement *Read more*" near the top of the page is attached as Exhibit 1. The text "*Read more*" shown in Exhibit 1 links to a dedicated page with information regarding the Settlement Agreement, with links to download both the Notices and the Settlement Agreement. A true and correct screenshot of the dedicated page with information regarding the Settlement Agreement is attached as Exhibit 2.

6. The Notices were made available at relevant offices and services centers, and on the DHS website, for a period of at least forty-five (45) days.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2023.                    /s/ Brian Campbell
                                                  BRIAN CAMPBELL

# EXHIBIT 1



# EXHIBIT 2

