# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BREAD FOR THE CITY, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>LAURA ZEILINGER,<br><br>    *Defendant*. | )<br>)<br>)<br>)<br>) Civil Action No. 1:17-cv-1757<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JENNIFER MEZEY IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL

I, Jennifer Mezey, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am the Legal Director for Legal Operations and Client Services at the Legal Aid Society of the District of Columbia (Legal Aid DC). I am one of the attorneys representing the named Plaintiffs and the plaintiff class in the above-captioned matter. I am fully familiar with the facts stated in this Declaration.

2. I was responsible for the publishing of the Garnett settlement notice for Legal Aid DC in accordance with § 6 of the Proposed Settlement Agreement.

3. Within 14 days following Court approval of the Notice, Defendant provided Plaintiffs' counsel with a PDF of the Notice in English, Spanish, and Amharic in 18-point font, which the Legal Aid Society offered to make available to members of the Class upon request. No one requested a copy of the settlement agreement from us, although several individuals who called us appeared to already have copies.

4. Within 14 days following receipt of the PDF and copies of the Notice, Legal Aid DC, for a period of at least 45 days published the Notice on its website, in English on our website

at https://www.legalaiddc.org.  Legal Aid has a widget on its website that can translate the notice into Spanish, and Amharic. The notice remains posted today.  Exhibit 1.

5.      The Legal Aid Society of the District of Columbia also posted the Notice in its office for at least 45 days.

6.      In coordination with the National Center for Law and Economic Justice, we emailed the Notice to the disability rights and legal aid organization members of the DC Consortium of Legal Services Providers and the Fair Budget Coalition identified in Exhibit 3 of the proposed Settlement (through their respective listservs).  Exhibit 2.  We also provided the Notice to organizational Plaintiff Bread for the City.

7.      In our email communications, we provided links to English, Spanish and Amharic versions of the Notice and asked these entities to post these in their offices.

8.      We asked the entities to link to the Notice posted on the Legal Aid DC website on their website and in any mass communication with their clients.

9.      Finally, we asked the entities to notify their clients that DHS would provide audio interpretation of the Notice upon request.

10.     Legal Aid DC did receive a few calls in response to the notice, but most concerned problems with current SNAP benefits.

                    Respectfully Submitted,

Date:   December 14, 2023          /s Jennifer Mezey
                                                 Jennifer Mezey (DC Bar No. 462724)
                                                 LEGAL AID SOCIETY OF THE
                                                    DISTRICT OF COLUMBIA
                                                 1331 H Street NW, Suite 350
                                                 Washington, DC 20005
                                                 202-628-1161 (Phone)
                                                 202-727-2132 (Fax)
                                                 jmezey@legalaiddc.org

# EXHIBIT 1





# GARNETT V. ZEILINGER Settlement

## Garnett v. Zeilinger Settlement

NOTICE REGARDING PROPOSED CLASS ACTION SETTLEMENT

*Garnett v. Zeilinger*

**You should read this notice if you:**

- Submitted an application or recertification application for SNAP benefits to the DC Department of Human Services (DHS) between June 1, 2016 and August 24, 2023 and did not receive a decision within 30 days, or

- Were due to recertify for SNAP benefits with DHS between June 1, 2016 and August 24, 2023, did not receive the proper notice from DHS to do so, and had your benefits terminated.



# Acuerdo GARNETT V. ZEILINGER

## Acuerdo *Garnett contra Zeilinger*

AVISO SOBRE EL ACUERDO PROPUESTO DE DEMANDA COLECTIVA

*Garnett contra Zeilinger*

**Debe leer este aviso si:**

- Presentó una solicitud o solicitud de recertificación para beneficios SNAP al Departamento de Servicios Humanos (DHS) de DC entre el 1 de junio de 2016 y el 24 de agosto de 2023 y no recibió una decisión dentro de los 30 días, o

- Debía recertificarse para los beneficios SNAP con el DHS entre el 1 de junio de 2016 y el 24 de agosto de





# ጋርኔት V. ZEILINGER የስፈራ

## ጋርኔት v. Zeilinger የስፈራ

የታሰበ የክፍል እርምጃን በተመለከተ ማስታወቂያ

*ጋርኔት v. Zeilinger*

**የሚከተለውን ካደረጉ ይህን ማስታወቂያ ማንበብ አለብዎት፦**

- በጁን 1፣ 2016 እና ኦገስት 24፣ 2023 መካከል ለ SNAP ጥቅማጥቅሞች ማመልከቻ ወይም የድጋሚ ማረጋገጫ ማመልከቻ ለዲሲ የሰብአዊ አገልግሎት ዲፓርትመንት (DHS) አቅርቢል እና በ30 ቀናት ውስጥ ውሳኔ አላገኘም ወይም

- በሰኔ 1፣ 2016 እና ኦገስት 24፣ 2023 መካከል ለSNAP ጥቅማጥቅሞች ከDHS ጋር እንደገና ማረጋገጥ የነበረብት፣ ይህን ለማድረግ ከDHS ተገቢውን ማስታወቂያ አልደረሰም እና ጥቅማጥቅሞችዎ እንዲቋረጥ አድርገዋል።



# EXHIBIT 2

**[DC Consortium] Notice of Potential Settlement Agreement in Garnett v. Zeilinger (SNAP case)**

jmezey@legalaiddc.org via Pro Bono Net <listservs@mail.lawhelp.org>
Thu 9/21/2023 9:05 AM
To: Jennifer Mezey (she/her) <jmezey@legalaiddc.org>

Good morning,

In 2017, Legal Aid DC (along with Hogan Lovells and the National Center for Law and Economic Justice) sued the DC Department of Human Services over its untimely processing of SNAP applications and recertifications (including the failure to provide timely notice of recertification). We have now entered into a proposed settlement, the terms of which can be found at https://dhs.dc.gov/page/proposed-snap-settlement.

A federal court judge has given preliminary approval of the settlement, and now we need to notify potential class members about the settlement and their chance to object to it at a fairness hearing in January 2024. That is where you all come in.

**We would really appreciate it if you could help us by:**

1. Posting the settlement notice in your offices. (The DHS website has Spanish and Amharic translations as well).
2. Linking to Legal Aid's website on your website or in any mass communication with your clients to notify them about the settlement.
3. If you have clients who are vision impaired, letting them know that DHS will provide audio interpretation of the notice on request.

If you or your clients have any questions about the settlement itself, you can call or email Legal Aid at the number or email address we have set up for this purpose -- (202) 221-8222 or snapsettlement@legalaiddc.org . If you have any questions about the notification process, please feel free to email Jennifer Mezey at jmezey@legalaiddc.org.

Thank you in advance for your help.

Jennifer

**Jennifer Mezey**   |   Legal Director of Legal Operations and Client Services
**Legal Aid of the District of Columbia**
1331 H Street, NW | Suite 350

Washington, DC 20005 | [www.LegalAidDC.org](www.LegalAidDC.org)
P: (202) 661-5962 | F: (202) 727-2132

**Pronouns: she/her**

**Please visit our website at [www.legalaiddc.org](www.legalaiddc.org) and click on "[Get Help](Get Help)" for information on how to apply for our services.**

**Para obtener información sobre cómo solicitar nuestros servicios, visite nuestro sitio web en [www.legalaiddc.org](www.legalaiddc.org) y haga clic en "[Get Help](Get Help)" ("Consigue Ayuda").**

*This message and any attachments may be protected by the attorney-client privilege, work product doctrine or other applicable protection. If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message. Thank you.*

_____ REMINDER: This listserv is open to the public. It has over 1300 members from all corners of the legal community, including attorneys at law firms that do pro bono work, social services program staff, judges and court staff, and DC and federal government attorneys. Please do not post sensitive information on the listserv. http://www.probono.net/dc/consortium/ SUBSCRIBE: DC-Consortium-subscribe@mail.lawhelp.org UNSUBSCRIBE: DC-Consortium-unsubscribe@mail.lawhelp.org SEND A MESSAGE: DC-Consortium@mail.lawhelp.org

[Unsubscribe from this mailing list.](Unsubscribe from this mailing list.)

Proposed Settlement in Garnett v. Zeilinger (SNAP Case)

Jen Jenkins <jjenkins@legalaiddc.org>
Thu 9/21/2023 9:50 AM

To:fairbudgetcoalition@googlegroups.com <fairbudgetcoalition@googlegroups.com>;Niciah Mujahid <niciah@fairbudget.org>;katharine@fairbudget.org <katharine@fairbudget.org>
Cc:Jennifer Mezey (she/her) <jmezey@legalaiddc.org>

Good morning,

In 2017, Legal Aid DC (along with Hogan Lovells and the National Center for Law and Economic Justice) sued the DC Department of Human Services over its untimely processing of SNAP applications and recertifications (including the failure to provide timely notice of recertification).  We have now entered into a proposed settlement, the terms of which can be found at https://dhs.dc.gov/page/proposed-snap-settlement.

A federal court judge has given preliminary approval of the settlement, and now we need to notify potential class members about the settlement and their chance to object to it at a fairness hearing in January 2024.  That is where you all come in.

**We would really appreciate it if you could help us by:**

1. Posting the settlement notice in your offices.  (The DHS website has Spanish and Amharic translations as well).
2. Linking to Legal Aid's website on your website or in any mass communication with your clients to notify them about the settlement.
3. If you have clients who are vision impaired, letting them know that DHS will provide audio interpretation of the notice on request.

If you or your clients have any questions about the settlement itself, you can call or email Legal Aid at the number or email address we have set up for this purpose -- (202) 221-8222 or snapsettlement@legalaiddc.org.  If you have any questions about the notification process, please feel free to email Jennifer Mezey at jmezey@legalaiddc.org.

Thank you in advance for your help.

Jennifer


**Jennifer Mezey** | Legal Director of Legal Operations and Client Services

**Legal Aid of the District of Columbia**

1331 H Street, NW | Suite 350

Washington, DC 20005 | www.LegalAidDC.org
P: (202) 661-5962 | F: (202) 727-2132

**Pronouns: she/her**

**Please visit our website at www.legalaiddc.org and click on "Get Help" for information on how to apply for our services.**

**Para obtener información sobre cómo solicitar nuestros servicios, visite nuestro sitio web en www.legalaiddc.org y haga clic en "Get Help" ("Consigue Ayuda").**

*This message and any attachments may be protected by the attorney-client privilege, work product doctrine or other applicable protection. If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message. Thank you.*

Jen Jenkins | Policy Counsel
Legal Aid Society of the District of Columbia
1331 H Street, NW | Suite 350 Washington, DC 20005 | www.LegalAidDC.org
P: (202) 386-6677 | F: (202) 727-2132 Visit Our Blog at www.MakingJusticeReal.org
Pronouns: they/them/theirs
Please visit our website at www.legalaiddc.org and click on "Get Help" for information on how to apply for our services.
Para obtener información sobre cómo solicitar nuestros servicios, visite nuestro sitio web en www.legalaiddc.org y haga clic en "Get Help" ("Consigue Ayuda").
This message and any attachments may be protected by the attorney-client privilege, work product doctrine or other applicable protection. If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message. Thank you.